United States District Court
Southern District of Texas
FILED

APR 0 1 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA L. ESPINOSA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-04-052 |
| | § | |
| HARLINGEN CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT and | § | |
| LARRY B. BRUNT, | § | |
| Defendants. | § | |

### DEFENDANT HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT'S DISCLOSURE OF INTERESTED PARTIES

Defendant Harlingen Consolidated Independent School District (HCISD) submits the following Disclosure of Interested Parties:

(1) **Plaintiff:**
Cynthia L. Espinosa
c/o Janice Cassidy
Attorney at Law
P. O. Box 592
San Benito, TX 78586

**Counsel for Plaintiff:**
Janice Cassidy
Attorney at Law
P. O. Box 592
San Benito, TX 78586
(956) 399-3327
(956) 399-0688 (Facsimile)

(2) **Defendant HCISD:**
Harlingen Consolidated Independent School District
1409 East Harrison
Harlingen, TX 78550-7129

**Counsel for Defendant HCISD:**

Bridget Robinson
Todd Clark
Walsh, Anderson, Brown
 Schulze & Aldridge, P.C.
P.O. Box 2156
Austin, Texas 78768
(512) 454-6864
(512) 467-9318 (Facsimile)

(3)  **Defendant Brunt:**

Larry B. Brunt, *pro se*
8113 La Paloma
El Paso, Texas 79907
(915) 433-8476

Respectfully submitted,

WALSH, ANDERSON, BROWN
SCHULZE & ALDRIDGE, P.C.
P.O. Box 2156
Austin, Texas 78768
Telephone: (512) 454-6864
Facsimile: (512) 467-9318

By: _____
BRIDGET ROBINSON
State Bar No. 17086800
Southern Dist. Admission No. 16521

TODD A. CLARK
State Bar No. 04298850
Southern Dist. Admission No. 18324

ATTORNEYS FOR DEFENDANT HCISD

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2004, a true and correct copy of the foregoing pleading was served upon counsel of record by placing same in the United States mail, certified, return receipt requested, postage prepaid and addressed as follows:

Janice A. Cassidy
Attorney at Law
P. O. Box 592
San Benito, TX 78586

Larry B. Brunt
8113 La Paloma
El Paso, Texas 79907

_____
BRIDGET ROBINSON