Dear Ms Cauazos

MAY 2 0 2004
Michael N. Milby
Clerk of Court

I understand that I need to let you know that I did make plans and am going to be at the Pretrial Conference set for May 25 @ 10:15 A.M.

I am sorry for not knowing any better about letting you know.

Larry Brunt
Pro se Defendant

Civil Action No. B-04-052 Cynthia Espinosa -vs- Harlingen school district and Larry Brunt

Larry B Brunt