**Bridget R. Robinson**
Board Certified Civil Trial Law
Texas Board of Legal Specialization

**WALSH, ANDERSON,
BROWN, SCHULZE
& ALDRIDGE, P.C.**
ATTORNEYS AT LAW
AUSTIN • SAN ANTONIO • IRVING

brobinson@wabsa.com
(512) 454-6864

May 13, 2004

United States District Court
Southern District of Texas
RECEIVED
MAY 1 7 2004
Michael N. Milby, Clerk

Ms. Stella Cavazos, Case Manager
United States District Clerk
600 East Harrison, Suite 101
Brownsville, Texas 78520-7114

      Re:    Civil Action No. B-04-052; *Cynthia L. Espinosa vs. Harlingen Consolidated
              Independent School District and Larry B. Brunt*

Dear Ms. Cavazos:

    By letter dated April 9, 2004, I requested to attend the pretrial conference set in this case for May 25, 2004 at 10:15 a.m. by telephone conference. However, I have been able to rearrange my schedule to attend the conference in person. Accordingly, I hereby withdraw my request to attend the pretrial conference telephonically.

    Thank you very much for your assistance in this case. As always, please do not hesitate to call if you would like to discuss this matter in further detail.

                                  Very truly yours,

                                  Bridget Robinson

BR/mm

cc:    Janice A. Cassidy
       P. O. Box 592
       San Benito, TX 78586
       Counsel for Plaintiff

       Larry B. Brunt, *pro se* Defendant
       8113 La Paloma
       El Paso, Texas 79907