# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas  ■ Levesque |
| DATE | 05 / 25 / 04 |
| TIME | 10:23 a.m. — 10:40 a.m. |
| CIVIL ACTION | B-04-52 |
| STYLE | **Cynthia L. Espinosa** *versus* **Harlingen CISD and Larry Brunt** |



United States District Court
Southern District of Texas
FILED

MAY 25 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;           (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):              Janice Cassidy
Attorney(s) for Defendant(s):              Bridget Robinson for HCISD
                                           Larry Brunt pro se

---

Comments:

Deft. Larry Brunt appeared without counsel. He will attempt to hire counsel by June 24, 2004. He was instructed to notify the Court by this date.

Plaintiff: Court inquired about claim. Ct. asked whether counsel had any authority for the proposition that a Title IX remedy included curtailing the federal funding HCISD receives. Counsel said not yet. Court informed PL her complaint should be amended if research does not unearth this as a remedy.

Def. believes there is 11th A. immunity b/c HCISD is basically part of a centralized funding scheme and other state courts have determined that once a school is partially centralized for its funding, it is entitled to 11th A immunity. Def does not intend to base a dispositive motion on this ground, but rather wanted to preserve the issue if necessary. This would be an issue of first impression. Def also pled contributory negligence in the event that Pl had a cause of action for negligence in addition to the Title IX claim. This was based on the fact that PL did not report the touching and b/c the standard for a school is whether it took prompt remedial action, it could have been relevant. But, contributory negligence seemingly does not apply in light of no negligence claim.

Defense counsel drafted a joint motion for Pl to execute a release of her education records. It is an agreed motion and the Court will grant it when it is received and docketed.