

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 25 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CYNTHIA L. ESPINOSA,<br>Plaintiff, | §<br>§<br>§ |
| v. | § Civil Action No. B-04-052 |
| | § |
| HARLINGEN CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT and<br>LARRY B. BRUNT,<br>Defendants. | §<br>§<br>§<br>§ |

### DEFENDANT HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT'S MOTION TO DISCLOSE CONFIDENTIAL INFORMATION PROTECTED BY THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT

TO THE HONORABLE COURT:

NOW COMES the Harlingen Consolidated Independent School District, Defendant herein, and files this Motion to Disclose Confidential Information Protected by the Family Educational Rights and Privacy Act.

1.   The bases of Plaintiff's claims in this lawsuit include allegations that Defendant violated federal law, specifically Title IX, during Plaintiff's tenure as a student in the Harlingen Consolidated Independent School District. Defendant Harlingen Consolidated Independent School District has educational records regarding Plaintiff, which may be used as evidence in this case. However, Defendant is prevented from disclosing personally identifiable student information, including educational records, which might be relevant to Defendant's defense of Plaintiff's allegations, because such information is protected by the Family Educational Rights and Privacy Act ("FERPA") (20 U.S.C. § 1232(g)), and it cannot be disclosed by Defendant absent a valid subpoena or court order (34 C.F.R. § 99.31(a)(9)(i)).

Case 1:04-cv-00052   Document 8   Filed in TXSD on 05/25/2004   Page 2 of 4

2. Prior to any disclosure permitted by 34 C.F.R. § 99.31(a)(9)(i), Defendant is required to make "a reasonable effort to notify the parent or eligible student of the order ... in advance of compliance, so that the parent or eligible student may seek protective action . ...." 34 C.F.R. § 99.31(a)(9)(ii). Therefore, Defendant respectfully requests that any order entered by this Court include a directive that Defendant must make a reasonable effort to notify the parent or eligible student of the contemplated disclosure of personally identifiable student information, including educational records, which Defendant may use in defense of Plaintiff's allegations, so that the parent or eligible student may have an opportunity to challenge the Court's order. Currently, Defendant does not anticipate the disclosure of personally identifiable information regarding anyone other than Plaintiff. Defendant submits that a reasonable effort to notify Plaintiff of the use of her educational records is achieved by disclosure of the records to Plaintiff's attorney.

3. The Court's consideration of these requirements will allow Defendant to comply with the FERPA regulations, and, at the same time, allow Defendant to defend itself against Plaintiff's allegations in this lawsuit. Defendant does not seek a blanket order to produce all personally identifiable student information. Rather, Defendant seeks a limited order to allow it to disclose only the personally identifiable student information necessary to defend itself against Plaintiff's allegations in this lawsuit.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that the Court enter an order allowing it to disclose confidential student information, including educational records, which it may use to defend itself against Plaintiff's allegations, after Defendant has made a reasonable effort to notify the parent or eligible student of the contemplated disclosure.

2

Respectfully submitted,

WALSH, ANDERSON, BROWN
SCHULZE & ALDRIDGE, P.C.
P.O. Box 2156
Austin, Texas 78768
Telephone: (512) 454-6864
Facsimile: (512) 467-9318

By: _____
BRIDGET ROBINSON
State Bar No. 17086800
Southern Dist. Admission No. 16521

TODD A. CLARK
State Bar No. 04298850
Southern Dist. Admission No. 18324

ATTORNEYS FOR DEFENDANT HCISD

## CERTIFICATE OF CONFERENCE

I hereby certify that I spoke with opposing counsel, Janice Cassidy, on May 24, 2004 regarding the foregoing motion. Ms. Cassidy said Plaintiff is not opposed to consenting to the release of confidential information or having the Court enter an order allowing the release of confidential information. I further certify that I have conferred with co-Defendant Larry Brunt and he does not oppose the granting of this motion.

_____
BRIDGET ROBINSON

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2004, a true and correct copy of the foregoing pleading was served upon counsel of record by hand delivery to:

Janice A. Cassidy
Attorney at Law
P. O. Box 592
San Benito, TX 78586

Larry B. Brunt
8113 La Paloma
El Paso, Texas 79907

BRIDGET ROBINSON