9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 2 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| CYNTHIA L. ESPINOSA, § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No. B-04-052 |
| § | |
| HARLINGEN CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT and § | |
| LARRY B. BRUNT, § | |
|     Defendants. § | |

### ORDER GRANTING
### DEFENDANT HARLINGEN CONSOLIDATED
### INDEPENDENT SCHOOL DISTRICT'S MOTION
### TO DISCLOSE CONFIDENTIAL INFORMATION
### **PROTECTED BY THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT**

On this day came on to be considered Defendant Harlingen Consolidated Independent School District's Motion to Disclose Confidential Information Protected by the Family Educational Rights and Privacy Act. After consideration of said motion, the Court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Defendant Harlingen Consolidated Independent School District's Motion to Disclose Confidential Information Protected by the Family Educational Rights and Privacy Act be, and the same is hereby granted.

IT IS FURTHER ORDERED that Defendant may disclose personally identifiable student information, including educational records, for use in this lawsuit for the purpose of defending itself against Plaintiff's allegations, after Defendant has made a reasonable effort to notify the parent or eligible student of such contemplated disclosure. A reasonable effort to notify Plaintiff of the contemplated use educational records containing personally identifiable information regarding

Plaintiff is achieved by disclosure of the records to Plaintiff's attorney.

SIGNED this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

_____
Janice A. Cassidy
Counsel for Plaintiff Espinosa

_____
Bridget Robinson
Counsel for Defendant Harlingen CISD

_____
Larry B. Brunt
Defendant *pro se*