United States District Court
Southern District of Texas
FILED

JUN 0 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA L. ESPINOZA<br>Plaiintiff | § § § § | |
| V. | § | Civil Action No. B-04-052 |
| HARLINGEN CONSOLIDATED<br>SCHOOL DISTRICT and<br>LARRY B. BRUNT,<br>Defendants | § § § § § | |

## NOTICE OF APPEARANCE OF COUNSEL

To the Honorable Judge of this Court:

Notice is hereby given to the Court and all counsel of record that the services of the following attorney and firm have been retained to represent Defendant, Larry B. Brunt, in the above referenced matter:

Lecia Chaney
State Bar No. 00785757
Federal Id. No. 16499
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 E. Van Buren
P.O. Box 2155
Brownsville, Texas 78522
956.542.7441
956.541.2170 (facsimile)
ll.chaney@rcclaw.com

Counsel for Defendant Brunt hereby requests that all pleadings be sent to her and that she be given timely notice of all court proceedings, depositions and others matters having to do with the instant case.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY
& SAENZ, LLP

By: /s/ Lecia Chaney
Lecia Chaney
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax   : (956) 541-2170

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

Janice A. Cassidy
Janice A. Cassidy, P.C.
P.O. Box 592
San Benito, TX 78586

Bridget Robinson
Walsh, Anderson, Brown, Schulze & Aldridge, P.C.
P.O. Box 2156
Austin TX 78768

Larry Brunt
8113 La Paloma
El Paso, TX 79907

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the __9__ day of June, 2004.

Lecia L. Chaney