IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 1 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CYNTHIA L. ESPINOSA § | |
| *Plaintiff* § | |
| § | |
| vs. § | CIVIL ACTION NO.   B-04-052 |
| § | |
| HARLINGEN CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT and § | |
| LARRY B. BRUNT § | |
| *Defendant* § | |

### DEFENDANT LARRY B. BRUNT'S MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Larry B. Brunt, one of the Defendants in the above entitled cause of action and files this it's Motion to Substitute Counsel, and in support thereof would respectfully show unto the Court as follows:

**I.**

Defendant, Larry B. Brunt, requests that the court substitute Eileen Leeds of Willette & Guerra, L.L.P., as attorney of record in place of Lecia Chaney, of Rodriguez, Colvin, Chaney & Saenz, LLP, 1201 E. Van Buren St., Brownsville, Texas 78522

**II.**

This substitution is not being filed for purposes of delay but so that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendant Larry B. Brunt, respectfully request the Court allow Ms. Eileen Leeds of Willette & Guerra, L.L.P. to substitute in for Lecia Chaney, of Rodriguez, Colvin, Chaney & Saenz, LLP, and for all other and further relief to which it may be justly entitled to receive.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Ste. 200
Brownsville, Texas 78520
Telephone　　: 210-541-1846
Facsimile　　　: 210-541-1893


By: _____*Eileen Leeds*_____
　　　Eileen M. Leeds
　　　State Bar No. 00791093

**Attorney for Defendant Larry R. Brunt**


## CERTIFICATE OF SERVICE

　　　I hereby certify that on this the 30th day of June, 2004, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CM/RRR # 7003 1680 0006 5136 0891**
Ms. Janice A. Cassidy
Attorney at Law
P.O. Box 592
San Benito, Texas 78586

Ms. Bridget R. Robinson
Walsh, Anderson, Brown, Schulze & Aldridge, P.C.
P.O. Box 2156
Austin, Texas 78768

_____*Eileen Leeds*_____
　　　Eileen M. Leeds