IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CYNTHIA L. ESPINOSA<br>*Plaintiff* § § § | |
| vs. § | CIVIL ACTION NO.   B-04-052 |
| § § | |
| HARLINGEN CONSOLIDATED § <br>INDEPENDENT SCHOOL DISTRICT and § <br>LARRY B. BRUNT § <br>*Defendant* § | |

**United States District Court**
**Southern District of Texas**
**FILED**

JUL 13 2004

Michael N. Milby
Clerk of Court

**United States District Court**
**Southern District of Texas**
**ENTERED**

JUL 1 4 2004

Michael N. Milby, Clerk of Court,
By Deputy Clerk

## ORDER GRANTING SUBSTITUTION OF COUNSEL

On this day, came on to be considered, Defendant Larry B. Brunt Motion to Substitute Counsel. The Court having considered said motion together with the papers on file, is of the opinion that said motion is meritorious and same should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that attorney Eileen Leeds, of the law offices of WILLETTE & GUERRA, L.L.P., 1534 East 6th Street, Ste. 200, Brownsville, Texas 78520, Telephone No. (956) 541-1846, Facsimile No. (956) 541-1893 be placed as attorney of record in place of Lecia Chaney, of Rodriguez, Colvin, Chaney & Saenz, LLP, for Defendant Larry B. Brunt.

SIGNED this ____ day of _July_____, 2004.

_____
JUDGE PRESIDING

Copies to:

Janice A. Cassidy, Attorney at Law, P.O. Box 592, San Benito, Texas 78586
Bridget R. Robinson, Walsh, Anderson, Brown, Schulze & Aldridge, P.C., P.O. Box 2156, Austin, TX 78768
Eileen Leeds, Willette & Guerra, L.L.P., 1534 East 6th Street, Ste. 200, Brownsville, TX  78520