United States District Court
Southern District of Texas
ENTERED

JUL 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| CYNTHIA L. ESPINOSA | § | |
| vs. | § | Civil Action No. B-04-52 |
| HARLINGEN CISD and LARRY BRUNT | § | |

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3 - 4__ days.     ■ Bench   ❑ Jury

✓ 2. New parties must be joined by:     7/19/2004
   *Furnish a copy of this scheduling order to new parties.*

✓ 3. The plaintiff's experts will be named with a report furnished by:     9/15/2004

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

✓ 5. Discovery must be completed by:     11/29/2004
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

✓ 6. Dispositive Motions will be filed by:     12/17/2004

✓ 7. Joint pretrial order is due:     3/15/2005

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     3/30/2005

9. Jury Selection is set for 9:00 a.m. on:     N/A
   *(The case will remain on standby until tried)*

Signed _July 14_____, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge