IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 3 2004

Michael N. Milby
Clerk of Court

| CYNTHIA L. ESPINOSA | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.   B-04-052 |
| | § | |
| HARLINGEN CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT and | § | |
| LARRY B. BRUNT | § | |
| *Defendant* | § | |

**DEFENDANT LARRY B. BRUNT'S DISCLOSURE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Larry B. Brunt, Defendant in the above styled and numbered cause and certify that to the best of our knowledge, the only persons, associations, etc., to be financially interested in the outcome of this litigation, at this point in time are:

1. Cynthia L. Espinosa, Plaintiff

2. Janice Cassidy, Plaintiff's attorney

3. Harlingen, CISD, Defendant

4. Bridget Robinson, Defendant Harlingen CISD's attorney

5. Larry B. Brunt, Defendant

6. Eileen M. Leeds, Defendant Larry B. Brunt's attorney

04-161 Espinosa: int-parties
Page 1

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Ste. 200
Brownsville, Texas 78520
Telephone   : 210-541-1846
Facsimile   : 210-541-1893

By: _____
    Eileen M. Leeds
    State Bar No. 00791093

**Attorney for Defendant Larry B. Brunt**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of September, 2004, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

VIA CM/RRR # 7003 1680 0006 5133 5356
Ms. Janice A. Cassidy
Janice A. Cassidy, P.C.
P.O. Box 592
San Benito, Texas 78586

Ms. Bridget R. Robinson
Walsh, Anderson, Brown, Schulze & Aldridge, P.C.
6300 La Calma, Suite 200
Austin, Texas 78752

_____
Eileen M. Leeds