United States District Court
Southern District of Texas
FILED

SEP 2 0 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA L. ESPINOSA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-04-052 |
| | § | |
| HARLINGEN CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT and | § | |
| LARRY B. BRUNT, | § | |
| Defendants. | § | |

### DEFENDANT'S SUPPLEMENT TO ITS NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant Harlingen Consolidated Independent School District (HCISD) and files this Supplement to its Notice of Removal previously filed in this cause.

1. In compliance with the Court's rules, attached hereto please find a certified copy of the civil docket sheet from the state district court from which this case was removed. A written request for the state district court civil docket sheet was made on March 17, 2004, but was not received by undersigned counsel until September 16, 2004. All other documents filed in the state district court were previously filed with Defendant's Notice of Removal.

2. Attached to its Notice of Removal, Defendant HCISD submitted, in duplicate, copies of Plaintiff's First Amended Original Petition, Plaintiff's Original Petition, citations, Defendants' Original Answer, and a copy of the order of the state court setting Defendant Harlingen's CISD's special exceptions for hearing (which hearing was subsequently passed by agreement) from the state district court. Undersigned counsel is unaware of any other pleadings or documents which exist in the state district court's file. Also submitted to the Court with Defendants' Notice of Removal were copies of Defendant Larry B. Brunt's Joinder In and Consent to Removal to Federal Court, an index

of matters being filed, and a list of all counsel of record.

3.  Accordingly, to the best of undersigned counsel's knowledge, a copy of the complete file from state district court was provided in duplicate simultaneously with the filing of Defendants' Notice of Removal and this Supplement to Defendant's Notice of Removal.

Respectfully submitted,

WALSH, ANDERSON, BROWN
SCHULZE & ALDRIDGE, P.C.
P. O. Box 2156
Austin, Texas 78768
(512) 454-6864
FAX NO.: (512) 467-9318

By: _____
BRIDGET ROBINSON
State Bar No. 17086800

ATTORNEYS FOR DEFENDANT HCISD

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2004, a true and correct copy of the foregoing pleading was served upon counsel of record by placing same in the United States mail, certified, return receipt requested, postage prepaid and addressed as follows:

Janice A. Cassidy
P. O. Box 592
San Benito, TX 78586

Eileen Leeds
Willette & Guerra, L.L.P.
1534 East. 6th St., Suite 200
Brownsville, Texas 78520

_____
Bridget Robinson

-2-

\* \* \* C L E R K ' S   E N T R I

CYNTHIA L. ESPINOSA

VS

HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT

00191601
HON. JANICE A. CASSIDY
P.O. BOX 592
SAN BENITO, TX              78586

00359601
HON. BRIDGET ROBINSON
P.O. BOX 2156
AUSTIN, TEXAS               78768

| Date | Entry |
|---|---|
| 08/22/03 | ORDER AUTHORIZING SERVICE OF PROCESS PURSUANT TO TRCP 103 |
| 08/22/03 | IS HEREBY GRANTED AS PER ORDER SIGNED FOR ENTRY..MMJR/CW |
| 09/26/03 | DEFT HCISD'S SPECIAL EXCEPTIONS SET FOR 10/30/03 AT 9 AM..MMJR |
| 09/26/03 | CWARFORD |
| 03/22/04 | ORDER /NOTICE OF REMOVAL                    MMURRAYJR/GM |