United States District Court
Southern District of Texas
FILED

NOV 05 2004

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA L. ESPINOSA, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. B-04-052 | |
| § | | |
| HARLINGEN CONSOLIDATED § | | |
| INDEPENDENT SCHOOL DISTRICT and § | | |
| LARRY B. BRUNT, § | | |
| Defendants. § | | |

## JOINT MOTION FOR ENTRY OF
## FIRST AMENDED AGREED SCHEDULING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff, Defendant Harlingen Consolidated Independent School District, and Defendant Larry Brunt, by and through counsel, and move for the entry of a First Amended Agreed Scheduling Order. In support thereof, the parties shows as follows:

1. The parties submitted an agreed Scheduling Order to the Court, which was signed and entered on July 14, 2004. The agreed Scheduling Order was submitted to the Court prior to counsel being obtained by Defendant Brunt. Defendant Brunt had proceeded *pro se* until Lecia Chaney filed a Notice of Appearance on his behalf on or about June 9, 2004. Defendant Brunt then sought to substitute counsel. By order dated July 13, 2004, the Court granted Defendant Brunt's motion to substitute his current attorney, Eileen Leeds, as counsel of record for Defendant Brunt.

2. Currently, the parties agree that they will be unable to conclude discovery by the deadline previously agreed to and submitted to the Court in the parties' agreed Scheduling Order. In part, the parties will be unable to timely complete discovery due to the work and school schedules maintained by the parties and witnesses to this case, in addition to other demands imposed on the

parties and counsel. Accordingly, the parties jointly request that the discovery completion deadline and all subsequent deadlines be extended to allow the parties additional time to properly prepare this case and present it to the Court.

3.     Consequently, the parties jointly request that the Court enter the First Amended Agreed Scheduling Order submitted with this motion. In the First Amended Agreed Scheduling Order, the parties request an extension of the discovery completion deadline and all subsequent deadlines of approximately 120 days. The parties request the extension of deadlines not for purposes of delay only, but so that justice may be done.

>Respectfully submitted,
>
>JANICE A. CASSIDY, P.C.
>550 North Sam Houston
>P. O. Box 592
>San Benito, Texas 78586
>(956) 399-3327
>(956) 399-0688
>
>By: *Janice A. Cassidy*
>JANICE A. CASSIDY
>State Bar No. 03979210
>Federal Admission No. 17656
>
>ATTORNEY FOR PLAINTIFF

WALSH, ANDERSON, BROWN,
    SCHULZE & ALDRIDGE, P.C.
P.O. Box 2156
Austin, Texas 78768
Telephone: (512) 454-6864
Facsimile: (512) 467-9318

BY: _____
BRIDGET ROBINSON
State Bar No. 17086800
S. Dist. Admission No. 16521

ATTORNEYS FOR DEFENDANT HCISD


WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone   :   210-541-1846
Facsimile   :   210-541-1893


BY: _____
EILEEN M. LEEDS
State Bar No. 00791093

ATTORNEY FOR DEFENDANT BRUNT

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of November, 2004, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

VIA CM/RRR # 7003 1680 0006 5133 5561
Ms. Janice A. Cassidy
Attorney at Law
P.O. Box 592
San Benito, Texas 78586

Ms. Bridget R. Robinson
Walsh, Anderson, Brown, Schulze & Aldridge, P.C.
P.O. Box 2156
Austin, Texas 78768

*Eileen Leeds w/p bcc*
Eileen M. Leeds