IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA L. ESPINOSA<br>*Plaintiff* | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO.   B-04-052 |
| | § | |
| HARLINGEN CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT and<br>LARRY B. BRUNT<br>*Defendant* | §<br>§<br>§<br>§ | |

## First Amended Scheduling Order

1. Trial:  Estimated time to try: 3 - 4 days.                    ✓ **Bench**       ☐ Jury

2. New parties must be joined by:                                August 15, 2004

   *Furnish a copy of this scheduling order to new parties*

3. The plaintiff's experts will be named with a report furnished by:   January 15, 2005

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                               March 31, 2005

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*
   ****************************** The court will provide these dates.******************************

6. Dispositive Motions will by filed by:                         _____

7. Joint pretrial order is due:                                  _____

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   _____

9. Jury Selection is set for 9:00 a.m. on :                      _____

This case will remain on standby until tried.

Signed _____, 2004, at Brownsville, Texas.

_____
Hon. Hilda G. Tagle
United States District Judge

*[signature]*
Janice A. Cassidy
Counsel for Plaintiff Espinosa

*[signature]*
Bridget Robinson
Counsel for Defendant Harlingen CISD

*[signature]*
Eileen Leeds
Counsel for Defendant Larry Brunt