United States District Court
Southern District of Texas
ENTERED

NOV 1 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CYNTHIA ESPINOSA, § | |
| Plaintiff, § | |
| v. § | Civil Action B-04-052 |
| HARLINGEN CONSOLIDATED § INDEPENDENT SCHOOL DISTRICT AND § LARRY B. BRUNT § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on November 12, 2004, the Court **GRANTED** the parties' Joint Motion for Entry of First Amended Agreed Scheduling Order [Dkt. No. 16]. The Court will enter an amended scheduling order.

DONE at Brownsville, Texas, this 12th day of November 2004.

Hilda G. Tagle
United States District Judge