IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CYNTHIA L. ESPINOSA<br>*Plaintiff* | § § § | |
| vs. | § § | CIVIL ACTION NO.   B-04-052 |
| HARLINGEN CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT and<br>LARRY B. BRUNT<br>*Defendant* | § § § § § | |

# First Amended Scheduling Order

1.  Trial: Estimated time to try: 3 - 4 days.                            √ Bench        ☐ Jury

2.  New parties must be joined by:                                       August 15, 2004

    *Furnish a copy of this scheduling order to new parties*

3.  The plaintiff's experts will be named with a report furnished by:    January 14, 2005

4.  The defendant's experts must be named with a report furnished
    within 30 days of the deposition of the plaintiff's expert.

5.  Discovery must be completed by:                                      March 31, 2005

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
    No continuance will be granted because of information acquired in post-deadline discovery.*
    ******************************* The court will provide these dates.*******************************

6.  Dispositive Motions will by filed by:                                **April 15, 2005**

7.  Joint pretrial order is due:                                         **July 14, 2005**

    *The plaintiff is responsible for filing the pretrial order on time.*

8.  Docket Call and final pretrial conference is set for 1:30 p.m. on:   **July 27, 2005**

9.  Jury Selection is set for 9:00 a.m. on :                             **N/A**

This case will remain on standby until tried.

1

CA:B-04-052
Espinosa v. HCISD, et al

Signed December 16, 2004, at Brownsville, Texas.

_____
Hon. Hilda G. Tagle
United States District Judge


_____
Janice A. Cassidy
Counsel for Plaintiff Espinosa


_____
Bridget Robinson
Counsel for Defendant Harlingen CISD


_____
Eileen Leeds
Counsel for Defendant Larry Brunt