UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CYNTHIA ESPINOSA,<br>Plaintiff<br><br>vs.<br><br>HARLINGEN CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT and<br>LARRY B. BRUNT,<br>Defendants | §<br>§<br>§<br>§ CIVIL ACTION NO. B-04-052<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER GRANTING LEAVE TO AMEND LIVE PLEADING

CAME ON TO BE CONSIDERED Plaintiff's Motion for Leave to Amend Live Pleading and the Court believing that it should in all things be granted,

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Amend Live Pleading be and is hereby granted and IT IS FURTHER ORDERED that Plaintiff's First Amended Complaint be and is hereby marked "filed" on the undersigned date.

SIGNED FOR ENTRY this _____ day of _____ 2005.

BY THE COURT:

_____
JUDGE PRESIDING