UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CYNTHIA ESPINOSA,<br>Plaintiff | §<br>§<br>§ |
| vs. | § CIVIL ACTION NO. B-04-052<br>§<br>§ |
| HARLINGEN CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT and<br>LARRY B. BRUNT,<br>Defendants | §<br>§<br>§<br>§ |

## ORDER GRANTING LEAVE TO AMEND LIVE PLEADING

CAME ON TO BE CONSIDERED Plaintiff's Motion for Leave to Amend Live Pleading and the Court believing that it should in all things be granted,

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Amend Live Pleading be and is hereby granted and IT IS FURTHER ORDERED that Plaintiff's First Amended Complaint be and is hereby marked "filed" on the undersigned date.

SIGNED FOR ENTRY this 24th day of February 2005.

BY THE COURT:

_____
JUDGE PRESIDING