UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA L. ESPINOSA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-04-052 |
| | § | |
| HARLINGEN CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT and | § | |
| LARRY B. BRUNT, | § | |
| Defendants. | § | |

# APPENDIX OF SUMMARY JUDGMENT EVIDENCE

## TABLE OF CONTENTS

DEFENDANTS' EXHIBIT 1: Affidavit of Dr. Linda Wade, HCISD Superintendent, with Attachments

    Exhibit 1.A:   School District Policy FNCJ (LEGAL)
    Exhibit 1.B:   School District Policy FNCJ (LOCAL)
    Exhibit 1.C:   School District Policy FNCJ (EXHIBIT)
    Exhibit 1.D:   School District Policy DHC (LEGAL)
    Exhibit 1.E:   School District Policy DHC (LOCAL)
    Exhibit 1.F:   School District Policy DHC (EXHIBIT)
    Exhibit 1.G:   Excerpts from the Harlingen High School South Student Handbooks for 1999-2000 and 2000-2001
    Exhibit 1.H:   Acknowledgment of Receipt of Student Handbook by Plaintiff and Plaintiff's Mother
    Exhibit 1.I:   Employment contracts of Defendant Brunt for 1999-2000 and 2000-2001 school years
    Exhibit 1.J:   Letter of resignation from Defendant Brunt, dated 3-1-01
    Exhibit 1.K:   HCISD Job Description for "Athletic Trainer"

DEFENDANTS' EXHIBIT 2: Affidavit of Alfredo Sosa, former Assistant Principal and Campus Title IX Investigator for Harlingen High School South, with Attachments

    Exhibit 2.A:   Memo dated 2-20-01, concerning "Title IX Investigation"
    Exhibit 2.B:   "Investigative Report," dated 03-29-2001

DEFENDANTS' EXHIBIT 3: Excerpts from "Plaintiff's Answers to Interrogatories, Answers to Requests for Admissions and Responses to Request for Production of Documents"

DEFENDANTS' EXHIBIT 4: Excerpts from "Plaintiff's First Supplemental Answers to Interrogatories, and First Supplemental Responses to Request for Production of Documents"

DEFENDANTS' EXHIBIT 5: Excerpts from the Deposition of Plaintiff Cynthia L. Espinosa

DEFENDANTS' EXHIBIT 6: Excerpts from "Defendant Larry B. Brunt's Responses to Plaintiff's Interrogatories"

DEFENDANTS' EXHIBIT 7: Excerpts from the Deposition of Defendant Larry B. Brunt

DEFENDANTS' EXHIBIT 8: Excerpts from the Deposition of Omar Pedroza

DEFENDANTS' EXHIBIT 9: Excerpts from the Deposition of John C. Lerma

DEFENDANTS' EXHIBIT 10: Excerpts from the Deposition of Lupe "Chipper" Zamora