UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA L. ESPINOSA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-04-052 |
| | § | |
| HARLINGEN CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT and | § | |
| LARRY B. BRUNT, | § | |
| Defendants. | § | |

## AFFIDAVIT OF DR. LINDA WADE

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned notary public, personally appeared Dr. Linda Wade, who, being by me duly sworn, deposed as follows:

1.    "My name is Linda Wade. I am over 21 years of age and have never been convicted of a felony or a crime of moral turpitude. I am of sound mind and am fully capable of making this affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

2.    I am the Superintendent of Schools for Harlingen Consolidated Independent School District (hereafter, "HCISD," "Harlingen CISD," or the "School District"), and as such, I am the custodian of records of the School District. As Superintendent, I am familiar with the policies and procedures relating to the operation of the School District. The Exhibits attached hereto are true and correct copies of original documents as maintained by Harlingen CISD.

3.    I have read and am familiar with the allegations against the School District, which are contained in Plaintiff's First Amended Petition in this lawsuit filed by Plaintiff Cynthia L. Espinosa (hereafter "Plaintiff" or "Espinosa"). I have also



Exh 1

reviewed and am familiar with the records maintained by the School District relating to HCISD's employment during the 1999-2000 and 2000-2001 of Defendant Larry B. Brunt ("Brunt" or "Defendant Brunt") and any grievances or complaints concerning him or filed against him. During the 1999-2000 school year and during the 2000-2001 school year until his resignation on March 1, 2001, Defendant Brunt was employed by Harlingen CISD as an Athletic Trainer and assigned to work at the Harlingen High School South ("Harlingen South"). A review of the School District's records reveals that prior to February 20, 2001, no parent, student, employee, or citizen ever had reported to HCISD any sexually harassing conduct or inappropriate behavior by Brunt toward any students. In connection with the specific allegations set forth in Plaintiff's First Amended Petition, I state and attest to the following:

4.     Defendant Brunt first began his employment at HCISD with the 1999-2000 school year. The School District employed Brunt as an Athletic Trainer for the 1999-2000 and 2000-2001 school years under two one-year contracts **(Defendant's Exhibit 1.I)**. Under his contracts of employment for those school years, HCISD required Brunt to "comply with, and be subject to, state and federal law and District policies, rules, regulations, and administrative directives...." **(Defendant's Exhibit 1.I ¶ 4)**. As an Athletic Trainer for HCISD, Defendant Brunt was expected to fulfill the duties for that position as contained in the School District's job description for the position **(Defendant's Exhibit 1.K)**. Among his duties as an Athletic Trainer, Brunt was responsible for preventing, evaluating, treating, and rehabilitating athletic injuries sustained by students at Harlingen South **(Defendant's Exhibit 1.K)**. In carrying out his duties to prevent, evaluate, treat, and rehabilitate athletic injuries, Brunt had to touch and make physical contact with student athletes, both male and female. Defendant Brunt's employment with HCISD ended during the 2000-2001 school year when by letter dated March 1, 2001, he resigned from his employment with the School District, which resignation was accepted by the School District **(Defendant's Exhibit 1.J)**.

5.      At all times relevant to Plaintiff's lawsuit, the School District had in force various policies adopted by the HCISD Board of Trustees prohibiting employee-student sexual harassment and providing the procedures for reporting and investigating any such harassment.   Those HCISD sexual harassment policies (together with their companion exhibits) addressed both student rights and employee standards of conduct.   They included School District Policies FNCJ (LEGAL) **(Defendant's Exhibit 1.A)** and FNCJ (LOCAL) **(Defendant's Exhibit 1.B)**, entitled "Student Rights and Responsibilities: Sexual Harassment/Sexual Abuse."  Policy FNCJ (LEGAL) referenced Title IX, defined sexual harassment, and prohibited sexual harassment of a student by an employee **(Defendant's Exhibit 1.A)**.   Policy FNCJ (LOCAL) set out the procedures (1) for students, parents, and employees to report sexual harassment, (2) for HCISD to investigate such reports, and (3) for the student or parent to appeal if the resolution of the reported harassment at the campus level was not satisfactory **(Defendant's Exhibit 1.B)**.   Further, School District FNCJ (EXHIBIT), entitled "Notice of Parent and Student Rights," (1) set out in plain language HCISD's policy prohibiting employee-student sexual harassment, (2) defined sexual harassment, (3) provided addresses and phone numbers to report such harassment, and (4) outlined the steps for parents and students to take if not satisfied with HCISD's resolution of such a report **(Defendant's Exhibit 1.C)**.   School District Policy DHC (LEGAL) **(Defendant's Exhibit 1.D)** and Policy DHC (LOCAL) **(Defendant's Exhibit 1.E)**, entitled "Employee Standards of Conduct: Sexual Harassment/Sexual Abuse," also (1) defined and prohibited employee-student sexual harassment, (2) prohibited romantic relationships between employees and students, and (3) provided procedures for reporting and investigating such harassment.   Similarly, School District Policy DHC (EXHIBIT) **(Defendant's Exhibit 1.F)**, entitled "Notice of Employee Rights," yet again set out HCISD's policy prohibiting sexual harassment of a student by an employee and defined sexual harassment.

**Page 3 of 6**

6.    HCISD made its policies, including the sexual harassment policies, available on each campus, including Harlingen South, and invited staff to review them. The School District updated faculty and staff about HCISD policies at monthly faculty meetings. Further, HCISD held annual sexual harassment training sessions at the School District campuses for its employees to ensure that the employees were aware of the School District's sexual harassment policies.

7.    Plaintiff Cynthia Espinosa was a student and member of the girls soccer team at Harlingen South during the 1999-2000 and 2000-2001 school years, *i.e.*, her sophomore and junior years. The School District provides its students annually with a student handbook, which contains, among other items, the various HCISD policies, procedures, and rules applicable to students. The Harlingen South student handbook for the 1999-2000 and 2000-2001 school years defined prohibited sexual harassment and explained both the HCISD sexual harassment policies and the procedures for students to report harassment by an HCISD employee (**Defendant's Exhibit 1.G**). Both Plaintiff and her mother signed an acknowledgment that they had received the 2000-2001 student handbook (**Defendant's Exhibit 1.H**).

8.    On February 20, 2001, the School District received its first notice of allegations of sexual misconduct by Defendant Brunt, when on that date (1) Plaintiff's therapist reported Espinosa's allegations of the misconduct by Brunt to the School District, and (2) Plaintiff's mother went to the high school, where in a conference with HCISD administrators she too reported her daughter's allegations of the misconduct by Brunt (**Defendant's Exhibit 2.A**). Prior to that date, the School District had not received any reports of inappropriate touching or sexually harassing conduct by Brunt. Despite having received the student handbook containing the policies and procedures for reporting sexual harassment by a School District employee, prior to February 20, 2001, neither Plaintiff nor her parents had reported any allegations of inappropriate contact or harassment by Brunt to anyone with authority at the School District to stop Brunt's alleged sexual harassment.

**Page 4 of 6**

Despite HCISD policy requiring an employee who suspects that a student is being sexually harassed by another employee to inform his or her principal, immediate supervisor, or the Title IX coordinator, prior to February 20, 2001, no HCISD employees reported suspected sexual harassment by Brunt.

9.    On February 21, 2001, Dr. Christina Garcia (HCISD's Assistant Superintendent for Human Resources) met with Defendant Brunt, informed him that he was being placed on administrative leave with pay pending an investigation of alleged inappropriate conduct toward a female student, and gave Brunt a written memorandum containing the following directive:

> Until further notice, you are to remain off duty, refrain from coming on school property, and have no further contact with Harlingen CISD personnel or students.  You are not to go on school property or participate in any district activity, without specific permission from the Superintendent or this office.

**(Defendant's Exhibit 2.B,** p. D-0039, ¶ 2).  That same day, Brunt signed an acknowledgment that he had received the memorandum containing the directive **(Defendant's Exhibit 2.B,** p. D-0039, ¶ 3).

10.    Upon receiving notice of Plaintiff's allegations of Brunt's sexual harassment on February 20, 2001, Alfredo Sosa, an Assistant Principal at Harlingen South and the campus Title IX investigator, immediately began a thorough investigation of Plaintiff's allegations.  By letter dated March 30, 2001, Mr. Sosa informed Plaintiff's parents that the investigation had been concluded and that appropriate action had been taken **(Defendant's Exhibit 2.B,** p. D-0061, ¶s 3-4).  Thereafter, neither Plaintiff nor her parents filed any requests or complaints under the procedures provided by HCISD policies, contending that they were not satisfied with the outcome of Mr. Sosa's sexual harassment investigation and seeking further review pursuant to the policies.

11.    As noted above, I am the custodian of records for the Harlingen Consolidated Independent School District.  Attached hereto are true and correct

copies of records of the School District. These records are kept by Harlingen CISD in the regular course of business, and it was the regular course of business of the Harlingen Consolidated Independent School District for an employee or representative of the Harlingen Consolidated Independent School District, with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The attached documents are kept by the Harlingen Consolidated Independent School District in the regular course of business. The records attached hereto are exact duplicates of the original of each document."

FURTHER, THE AFFIANT SAYETH NOT.

_____
DR. LINDA WADE

SUBSCRIBED AND SWORN TO before me this _6th_ day of April, 2005, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC, STATE OF TEXAS

SONIA H. BROWN
Notary Public
STATE OF TEXAS
My Comm. Exp. 03-01-2008

**Page 6 of 6**

**STUDENT RIGHTS AND RESPONSIBILITIES:**                                FNCJ
**SEXUAL HARASSMENT/SEXUAL ABUSE**                                      (LEGAL)

The District may develop and implement a sexual harassment policy to be included in the District improvement plan. *Education Code 37.083* [See BQA(LEGAL)]

Title IX prohibits gender discrimination in education programs that receive federal financial assistance. *20 U.S.C. 1681; 34 CFR 106.11*

**EMPLOYEE–
STUDENT SEXUAL
HARASSMENT OR
ABUSE**

Sexual harassment of students includes such activities as engaging in sexually oriented conversations for purposes of personal sexual gratification, telephoning students at home or elsewhere to solicit inappropriate social relationships, physical contact that reasonably would be construed as sexual in nature, and enticing or threatening students to engage in sexual behavior in exchange for grades or other school-related benefit. Sexual harassment of students by employees can be discrimination on the basis of sex under Title IX. *20 U.S.C. 1681–1686; Franklin v. Gwinnett County Schools, 112 S.Ct. 1028 (1992)* [See also DHC]

A District official who has authority to take corrective action on the District's behalf and who has actual notice of teacher-student sexual harassment or abuse shall take corrective measures to address the harassment or abuse. *Gebser v. Lago Vista ISD, 118 S.Ct. 1989 (1998)*

**SEXUAL ABUSE BY
EMPLOYEES**

When an administrator learns of facts or a pattern of inappropriate sexual behavior by an employee under his or her supervision that plainly point toward the conclusion that the employee is sexually abusing a student, the administrator shall take appropriate action. *Doe v. Taylor ISD, 15 F.3d 443 (5th Cir. 1994); Walton v. Alexander, 44 F.3d 1297 (5th Cir. 1995)*

**STUDENT–STUDENT
SEXUAL
HARASSMENT OR
ABUSE**

When gender-based peer harassment takes place in a context subject to the District's control, and that District exercises substantial control over the harasser, it shall take appropriate action in light of the known harassment. *Davis v. Monroe County Bd. of Educ., 119 S.Ct. 1661 (1999).*

The District shall not directly discriminate on the basis of sex when addressing peer sexual harassment. *Rowinsky v. Bryan ISD, 80 F.3d 1006 (5th Cir.), cert. denied, 117 S.Ct. 165 (1996)*



Exh 1.-A

STUDENT RIGHTS AND RESPONSIBILITIES:                                FNCJ
SEXUAL HARASSMENT/SEXUAL ABUSE                                     (LOCAL)

| | |
|---|---|
| **SEXUAL HARASSMENT BY STUDENTS** | Students shall not engage in sexual harassment toward another student or a District employee. A substantiated charge of sexual harassment against a student shall result in disciplinary action. [See FO series and the Student Code of Conduct] |
| | Sexual harassment by a student includes unwanted and unwelcome verbal or physical conduct of a sexual nature, whether by word, gesture, or any other sexual conduct, including requests for sexual favors. |
| **SEXUAL HARASSMENT / ABUSE BY EMPLOYEES** | District employees are prohibited from sexually harassing or sexually abusing students. [See also FNCJ(LEGAL) and DHC(LEGAL) and (LOCAL)] Romantic relationships between students and employees are prohibited. |
| **REPORTING REQUIREMENTS** | Any District employee who receives information about sexual harassment or sexual abuse of a student that may reasonably be characterized as known or suspected child abuse or neglect shall make the reports to appropriate authorities, as required by law. [See FFG(LEGAL)] |
| | An employee who suspects or knows that a student is being sexually harassed or sexually abused by a school employee or by another student shall inform his or her principal, immediate supervisor, or the Title IX coordinator. |
| **INVESTIGATIONS** | Any allegations of sexual harassment or sexual abuse of students shall be investigated and addressed. Any reports of sexual harassment that are not minor shall be referred to the Title IX coordinator. |
| | Oral complaints shall be reduced to writing to assist in the District's investigation. To the greatest extent possible, complaints shall be treated as confidential. Limited disclosure may be necessary to complete a thorough investigation. |
| **NOTICE TO PARENTS** | The District shall notify the parents of all students involved in sexual harassment by student(s) when the allegations are not minor. The District shall notify parents of any incident of sexual harassment or sexual abuse by an employee. Notice shall include providing the parents with a copy of FNCJ(EXHIBIT). |
| **PROTECTION FROM RETALIATION** | The District shall not retaliate against a student who in good faith reports perceived sexual harassment or sexual abuse. |
| **COMPLAINT PROCESS** | For the purposes of the following complaint process, "days" mean calendar days. |
| LEVEL ONE | A student or parent who has a complaint alleging sexual harassment by other student(s) or sexual harassment or sexual abuse by |



D-0002
HCISD

1-B

STUDENT RIGHTS AND RESPONSIBILITIES:                                            FNCJ
SEXUAL HARASSMENT/SEXUAL ABUSE                                                 (LOCAL)

an employee may request a conference with the principal, desig-
nee, or the Title IX coordinator for students. The student may be
accompanied by the parent or other advisor at the initial confer-
ence and throughout the complaint process. The initial conference
with the student ordinarily shall be held with a person who is the
same gender as the student. The conference shall be scheduled
and held as soon as possible, but in any event within seven days
of receipt of the complaint. At the conference, the persons bringing
the complaint shall be informed of the right to file a complaint with
the Office for Civil Rights.

The principal or designee or the Title IX coordinator shall coor-
dinate an appropriate investigation, which ordinarily shall be
completed within seven days of the initial conference. The student
or parent shall be informed if extenuating circumstances delay the
investigation.

Nothing in the complaint process shall have the effect of requiring
a student alleging sexual harassment or sexual abuse to report the
matter to a person who is the subject of the complaint.

LEVEL TWO                  If the resolution of the complaint at Level One is not to the
                           student's or parent's satisfaction, the student or parent has seven
                           days to request a conference with the Superintendent or designee,
                           who shall schedule and hold a conference. Prior to or at the con-
                           ference, the student or parent shall submit a written complaint that
                           includes a statement of the complaint, any evidence in its support,
                           the resolution sought, the student's and/or parent's signature, and
                           the date of the conference with the principal, designee, or Title IX
                           coordinator.

LEVEL THREE                If the resolution of the complaint at Level Two is not to the
                           student's or parent's satisfaction, the student may present the
                           complaint to the Board at its next regular meeting. The complaint
                           shall be included as an item on the agenda posted with notice of
                           the meeting. Announcing a decision in the student's or parent's
                           presence constitutes communication of the decision.

CLOSED MEETING             The Board shall hear complaints alleging sexual harassment by
                           students or sexual harassment or sexual abuse by employees in
                           closed meeting, unless otherwise required by the Open Meetings
                           Act. [See BE(LEGAL) and BEC(LEGAL)]

Harlingen CISD
031903

STUDENT RIGHTS AND RESPONSIBILITIES:                    FNCJ
SEXUAL HARASSMENT/SEXUAL ABUSE                          (EXHIBIT)

# Notice of Parent and Student Rights

**What is the District policy concerning sexual misconduct?**

The District forbids employee conduct constituting sexual harassment or sexual abuse of students. The District forbids students from engaging in unwanted and unwelcome verbal or physical conduct of a sexual nature directed toward another student or a District employee.

The District encourages parental and student support in its efforts to address and prevent sexual harassment and sexual abuse in the public schools.

**What is sexual harassment?**

Sexual harassment of a student by an employee includes any welcome or unwelcome sexual advances, requests for sexual favors, and other verbal (oral or written), physical, or visual conduct of a sexual nature. It also includes such activities as engaging in sexually oriented conversations for purposes of personal sexual gratification, telephoning a student at home or elsewhere to solicit inappropriate social relationships, physical contact that would be reasonably construed as sexual in nature, and enticing or threatening a student to engage in sexual behavior in exchange for grades or other school-related benefit.

Sexual harassment of a student by another student includes unwanted and unwelcome verbal or physical conduct of a sexual nature, whether by word, gesture, or any other sexual conduct, including requests for sexual favors.

**What is sexual abuse?**

Sexual abuse is defined as "illegal sex acts performed against a minor...." It may include, but is not limited to, fondling, sexual assault, or sexual intercourse. Sexual abuse is a form of child abuse that must be reported to appropriate law enforcement authorities.

**What laws address sexual harassment of students?**

Sexual harassment or abuse of students by District employees may constitute discrimination on the basis of sex and is prohibited by Title IX (the federal law prohibiting gender-based discrimination by schools that receive federal funds).

**Will I be informed if my child has been sexually harassed or sexually abused at school?**

The District will notify parents of students involved in sexual harassment by students when the allegations are not minor or of any incident regarding sexual harassment or sexual abuse by an employee. Notification may be by telephone, letter, or personal conference.

**What will the District do when it learns of sexual harassment or sexual abuse of a student?**

When a principal or other school administrator receives a report that a student is being sexually harassed or abused, he or she will initiate an investigation and take prompt action to intervene.

DATE ISSUED: 02/22/1999                    D-0004              1 of 2
UPDATE 60                                                     HCISD
FNCJ (EXHIBIT)-A                                              1-C

Harlingen CISD
031903

STUDENT RIGHTS AND RESPONSIBILITIES:                                    FNCJ
SEXUAL HARASSMENT/SEXUAL ABUSE                                          (EXHIBIT)

**What do I do if I am concerned that my child has been sexually harassed or sexually abused at school?**

A student or parent who has a complaint alleging sexual harassment by other student(s) or sexual harassment or sexual abuse by an employee may request a conference with the principal, the principal's designee, or the District's Title IX coordinator. The conference will be scheduled and held as soon as possible but within seven calendar days. The principal or Title IX coordinator will coordinate an investigation. Oral complaints should be reduced to writing to assist in the District's investigation.

A complaint may also be filed separately with the Office of Civil Rights:

Regional Director
Office of Civil Rights, Region VI
1999 Bryan Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 880–2459
Fax: (214) 880–3082 TDD: (214) 880–2456

**Who is the Title IX coordinator and how do I contact that person?**

The Title IX coordinator for the District is:

| | |
|---|---|
| Name: | Christina Garcia |
| Position: | Assistant Superintendent for Personnel Services |
| Address: | 905 E. Tyler, Harlingen, 78550 |
| Telephone: | (956) 430–9703 |

The Title IX coordinator is a District employee who has the responsibility to assure District compliance with the requirements of Title IX. The coordinator will investigate or oversee an investigation of a complaint alleging violations of Title IX.

The District has adopted complaint procedures for handling Title IX complaints, which may be obtained from the principal or Title IX coordinator. The student may be accompanied by the parent or other advisor throughout the complaint process.

**Will my complaint be confidential?**

To the greatest extent possible, complaints will be treated in a confidential manner. Limited disclosure may be necessary in order to complete a thorough investigation.

**What if I am not satisfied by the District's resolution of my complaint?**

If the parent is not satisfied with the District's initial response to the complaint, he or she has seven calendar days to request a conference with the Superintendent or designee, who will schedule and hold a conference. Prior to or at the conference, the parent must submit a written complaint that contains: a statement of the complaint; any evidence to support the complaint; the resolution sought; the student's and/or parent's signature; and the date of the conference with the principal.

If the parent considers the resolution unsatisfactory, he or she may request that the complaint be heard by the Board of Trustees at its next regular meeting, in accordance with policy BE(LOCAL). The Board will hear the complaint in closed meeting, unless otherwise required by the Texas Open Meetings Act. At the conclusion of the hearing, the Board will decide what action it deems appropriate.

DATE ISSUED: 02/22/1999                          D-0005                    2 of 2
UPDATE 60                      APPROVED 6/8/99     HCISD
FNCJ (EXHIBIT)–A

Harlingen CISD
031903

EMPLOYEE STANDARDS OF CONDUCT:                                    DHC
SEXUAL HARASSMENT/SEXUAL ABUSE                                    (LEGAL)

| | |
|---|---|
| **POLICY** | The District may develop and implement a sexual harassment policy to be included in the District Improvement plan. *Education Code 37.083(b)* [See BQ series] |
| **SEXUAL HARASSMENT OF OTHER EMPLOYEES** | Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitute sexual harassment when: |

1.  Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;

2.  Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting the individual; or

3.  Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment.

*42 U.S.C. 2000e-2(a); 29 CFR 1604.11(a), Meritor Sav. Bank, FSB v. Vinson, 106 S.Ct. 2399 (1986); Harris v. Forklift Systems, Inc., 114 S.Ct. 367 (1993)*

Same-sex sexual harassment is prohibited. *Oncale v. Sundowner Offshore Services, Inc., 118 S.Ct. 998 (1998)*

| | |
|---|---|
| **STANDARD OF CARE** | The District shall exercise reasonable care to prevent and correct promptly any sexually harassing behavior and develop preventive or corrective measures to address sexually harassing behavior. |

A supervisor with immediate (or successively higher) authority over an employee shall not create an actionable hostile environment for that employee nor take a tangible employment action (hiring, firing, failing to promote, reassignment with significantly different responsibilities, or a decision causing a significant change in benefits) based on an employee's sex.

*Burlington Industries, Inc. v. Ellerth, 118 S.Ct. 2257 (1998); Faragher v. City of Boca Raton, 118 S.Ct. 2275 (1998)*

| | |
|---|---|
| **SEXUAL HARASSMENT OF STUDENTS** | Sexual harassment of students includes such activities as engaging in sexually oriented conversations for purposes of personal sexual gratification, telephoning students at home or elsewhere to solicit inappropriate social relationships, physical contact that would reasonably be construed as sexual in nature, and enticing or threatening students to engage in sexual behavior in exchange for grades or other school-related benefit. *20 U.S.C. 1681(a); Franklin v. Gwinnett County Public School, 112 S. Ct. 1028 (1992)* [See also DHC(LOCAL)] |

A District official who has authority to take corrective action on the District's behalf and who has actual notice of teacher-student

DATE ISSUED: 02/22/1999                                            1 of 2



D-0026
HCISD

1-D

Harlingen CISD
031903

| EMPLOYEE STANDARDS OF CONDUCT: | DHC |
| SEXUAL HARASSMENT/SEXUAL ABUSE | (LEGAL) |

sexual harassment or abuse shall take corrective measures to address the harassment or abuse. *Gebser v. Lago Vista ISD*, 118 S.Ct. 1989 (1998)

SEXUAL ABUSE OF STUDENTS

Sexual abuse of a student by an employee, when there is a connection between the physical sexual activity and the employee's duties and obligations as a District employee, violates a student's constitutional right to bodily integrity. Sexual abuse may include, but is not limited to, fondling, sexual assault, or sexual intercourse. *U.S. Const. Amend. 14; Doe v. Taylor ISD*, 15 F.3d 443 (5th Cir. 1994)

DATE ISSUED: 02/22/1999

D-0027
HCISD

2 of 2

Harlingen CISD
031903

**EMPLOYEE STANDARDS OF CONDUCT:**                                      DHC
**SEXUAL HARASSMENT/SEXUAL ABUSE**                                      (LOCAL)

| | |
|---|---|
| **EMPLOYEE–TO–EMPLOYEE** | Employees shall not engage in conduct constituting sexual harassment of other employees.  [See DHC(EXHIBIT)] |
| | Employees who believe they have been sexually harassed by other employees are encouraged to come forward with complaints. District officials or their agents shall investigate promptly all allegations of sexual harassment of employees by other employees, and officials shall take prompt and appropriate disciplinary action against employees found to have engaged in conduct constituting sexual harassment of employees. |
| **COMPLAINT PROCEDURE** | For the purpose of the following complaint process, "days" mean calendar days. |
| | An employee who believes he or she has been or is being subjected to any form of sexual harassment shall bring the matter to the attention of the principal, immediate supervisor, or Title IX coordinator for employees.  No procedure or step in this policy shall have the effect of requiring the employee alleging harassment to present the matter to a person who is the subject of the complaint. |
| **LEVEL ONE** | The employee shall request a conference with the principal or immediate supervisor by submitting the complaint in writing or by requesting a conference.  If the complaint is made orally, the supervisor receiving the complaint shall reduce it to writing. |
| | The principal or supervisor shall hold the conference as soon as possible, but in any event within seven days after receipt of the complaint.  The principal or supervisor shall ordinarily have seven days following the conference within which to investigate and respond.  The employee shall be informed if extenuating circumstances delay the investigation. |
| **LEVEL TWO** | If the outcome of the conference at Level One is not to the employee's satisfaction, the employee may request a conference with the Superintendent or designee to discuss the complaint. The request should be in writing and shall be filed within seven days following receipt of a written response or, if no written response is received, within seven days of the response deadline. |
| | The Superintendent or designee shall hold the conference as soon as possible but in any event within seven days after receipt of the written request.  The Superintendent or designee shall have seven days following the conference within which to respond. |
| **LEVEL THREE** | If the outcome at Level Two is not to the employee's satisfaction or if the time for a response has expired, the employee may present the complaint to the Board.  The Superintendent shall place the |

DATE ISSUED: 08/25/1999                                               1 of 2
UPDATE 61
DHC (LOCAL)–A



D-0022
HCISD

1-E

Harlingen CISD
031903

**EMPLOYEE STANDARDS OF CONDUCT:**                                                    DHC
**SEXUAL HARASSMENT/SEXUAL ABUSE**                                               (LOCAL)

matter on the agenda for the next regular Board meeting. [See BE(LOCAL)]

The Superintendent or designee shall provide the Board with copies of the employee's original complaint, all responses, and any written documentation previously submitted by the employee and the administration.

The Level Three proceeding before the Board shall be recorded by audio tape. The presiding officer shall allow a reasonable time for presentation of the complaint. The Board shall consider the grievance and shall request a response from the administration.

**CLOSED MEETING**

The Board may hear the allegation of sexual harassment in closed meeting, if posted in accordance with law, unless an open hearing is requested in writing by the employee or Board member against whom the complaint or charge is brought.

**EMPLOYEE-TO-STUDENT**

Employees shall not engage in conduct constituting sexual harassment or sexual abuse of students. Sexual harassment includes any welcome or unwelcome sexual advances, requests for sexual favors, and other verbal (oral or written), physical, or visual conduct of a sexual nature. [See DHC(LEGAL)] Romantic relationships between District employees and students constitute unprofessional conduct and are prohibited.

**REPORTING REQUIREMENTS**

Any District employee who receives information about sexual harassment or sexual abuse of a student that may reasonably be characterized as known or suspected child abuse or neglect shall make the reports to appropriate authorities, as required by law. [See FFG(LEGAL)]

An employee who suspects or knows that a student is being sexually harassed or sexually abused by a school employee or by another student shall inform his or her principal, immediate supervisor, or Title IX coordinator. The District shall notify parents of any incident of sexual harassment or sexual abuse by an employee.

**INVESTIGATIONS**

Any allegations of sexual harassment or sexual abuse of students shall be investigated and addressed.

In considering and investigating allegations that an employee has sexually harassed or sexually abused a student [see DHC (LEGAL)], the investigation shall proceed from the presumption that the employee's conduct was unwelcome.

[See also FNCJ(LOCAL), which contains the complaint procedure for students alleging sexual harassment or sexual abuse by an employee or by another student]

Harlingen CISD
031903

EMPLOYEE STANDARDS OF CONDUCT:                                        DHC
SEXUAL HARASSMENT/SEXUAL ABUSE                                        (EXHIBIT)

# Notice of Employee Rights

---

**What is the District policy concerning sexual harassment?**

> The District forbids employees from engaging in conduct that constitutes sexual
> harassment of other employees or of students.

> The District encourages employees to come forward with allegations of sexual
> harassment or misconduct in the workplace. Employees who report sexual harass-
> ment will not be subjected to adverse treatment for reporting the harassment.

**What is sexual harassment?**

> "Sexual harassment" includes, but is not limited to, unwelcome sexual advances,
> requests for sexual favors, and other verbal or physical conduct of a sexual nature.
> Such conduct constitutes sexual harassment when submission to such conduct is
> made a term or condition of employment or has the purpose or effect of unreasonably
> interfering with an individual's work performance or creating an intimidating, hostile,
> or offensive working environment. "Sexual harassment" includes same-sex harass-
> ment when the harassment constitutes discrimination because of sex.

**What laws address sexual harassment?**

> Title VII is a federal law that prohibits discrimination on the basis of race, color,
> religion, sex, or national origin. The Texas Labor Code, Section 21.051, makes it an
> unlawful employment practice for an employer to discriminate on the basis of race,
> color, disability, religion, sex, national origin, or age.

> Title VII does not prohibit genuine but innocuous differences in the way men and
> women routinely interact with members of the same sex and of the opposite sex. It
> forbids only behavior so objectively offensive as to alter the "conditions" of the victim's
> employment.

**What do I do if I believe I have been the victim of sexual harassment?**

> Employees are encouraged to report allegations of sexual harassment as soon as
> possible. Complaints may be brought to your supervisor, your principal, or the Title IX
> coordinator. You may make your request in writing or orally, and you are encouraged
> to file your complaint promptly, so that any problems may be resolved at the earliest
> possible time. Although the District will not reject any such complaint because it is
> filed too late, employees should understand that the sooner the issue is brought to
> the District's attention, the sooner it can be resolved.

**What will happen once I file a complaint?**

> Whether you report your problem to the principal, supervisor, or the Title IX coordina-
> tor, the process will be the same. If you have made your complaint orally, the supervi-
> sor will reduce it to writing and ask you to verify that it has been transcribed accu-
> rately. The supervisor will hold a conference with you as soon as possible, but at the
> latest, within seven days. Following the conference, the supervisor ordinarily will have

DATE ISSUED: 10/06/1998                             D-0024              1 of 2
UPDATE 59                                                              HCISD
DHC (EXHIBIT)–A                                                        1–F

EMPLOYEE STANDARDS OF CONDUCT:                                    DHC
SEXUAL HARASSMENT/SEXUAL ABUSE                                    (EXHIBIT)

seven days to offer a response, unless the investigation takes longer to resolve.  You
will be informed if there is a delay in the response.

## What if I'm not happy with my supervisor's response?

The District provides a three-level complaint process.  If you are not satisfied with the
initial outcome, you may appeal to the Superintendent or the Superintendent's desig-
nee.  The Superintendent or designee will hold another conference with you and
attempt to resolve the situation. If you still feel that the problem has not been solved,
you may appeal to the Board of Trustees.

## How will the District respond to claims of sexual harassment?

The District will respond promptly to all allegations of sexual harassment.  Prompt
remedial action, reasonably calculated to end the harassment, will be taken when
claims are substantiated.

## Will my complaint be confidential?

To the greatest extent possible, complaints will be treated in a confidential manner.
Limited disclosure may be necessary in order to complete a thorough investigation.

D-0025
HCISD

# STUDENT HANDBOOK
# 2000 - 2001



## *HARLINGEN HIGH SCHOOL SOUTH*

## *" H A W K S "*

## *WHERE THE TRADITION CONTINUES*



1-G

D-0113
HCISD

# Preface

**To Students and Parents:**

The **Harlingen High School South Student Handbook** contains information students and parents are likely to need to ensure a successful school year. The handbook is organized alphabetically by topic. Throughout the handbook, the term "student's parent" means parent, legal guardian, or other person who has agreed to assume school-related responsibility for a student.

Students and parents also need to be familiar with the **Harlingen High School South Student Code of Conduct**, which sets out the consequences for inappropriate behavior. The student code of conduct is required by state law and is intended to promote school safety and an atmosphere for learning. This document may be found as an attachment to this book, and posted in the principal's office.

The Student Handbook is designed to be in harmony with Board policy and the Student Code of Conduct adopted by the Board. Please be aware that this document is updated annually, while policy adoption and revision is an ongoing process. Changes in policy that affect student handbook provisions will be communicated by newsletters and other communication to students and parents. These changes will generally supersede the provisions found in this handbook and made obsolete by newly adopted policy.

In case of conflict between a Board policy or the Student Code of Conduct and provisions of student handbooks, provisions of policy or the Student Code of Conduct most recently adopted by the Board shall prevail.

Harlingen Consolidated Independent School District does not discriminate on the basis of race, religion, color, national origin, sex, or disability in providing education services, activities, and programs, including vocational programs, in accordance with Title VI of the Civil Rights Acct of 1964, as amended; Title IX of the Educational Amendments of 1972; Sections 504 of the Rehabilitation Act of 1973, as amended.

Harlingen Consolidated Independent School District will take steps to assure that lack of English language skills will not be a barrier to admission and participation in all education and vocational program.

The following District staff members have been designated to coordinate compliance with these requirements.

<u>**Title IX Coordinator**</u>

Dr. Christina Garcia
Assistant Superintendent for Human Resources
905 E. Tyler
Harlingen, TX  78550
PH# (956) 430-9700

<u>**Section 504 Coordinator**</u>

Mrs. Wendy Flores
208 South F Street
Harlingen, TX  78550
PH#(956) 430-4418

D-0116
HCISD

| | | |
|---|---|---|
| Amebiasis | Hepatitis, Viral (A, B, or C) | Rubella (German Measles). |
| Campylobacteriosis | Impetigo | Including congenital |
| Chickenpox | Infectious mononucleosis | Salmonellosis, including |
| Common cold with fever | Influenza | Typhoid fever |
| Fifth disease | Measles (Rubella) | Scabies |
| (Erythematic Infectiosum) | Meningitis, Bacterial | Shigellosis |
| Gastroenteritis, Viral | Mumps | Streptococcal disease, invasive |
| Giardiasis | Pinkeye (Conjunctivitis) | Tuberculosis, Pulmonary |
| Head Lice (Pediculosis) | Ringworm of the scalp | Whooping Cough (Pertussis) |

## COMPLAINTS BY STUDENTS/PARENTS

Usually student or parent complaints or concerns can be addressed simply by a phone call or a conference with the teacher. For those complaints and concerns that cannot be handled so easily, the District has adopted a standard complaint policy at policy code FNG. In general, a parent or student should first discuss the complaint with the campus principal or designee. If unresolved, a written complaint and a request for a conference should be sent to the Superintendent. If still unresolved, the District provides for the complaint to be presented to the Board of Trustees.

Some complaints require different procedures. Any campus office or the Superintendent's office can provide information regarding specific processes for the following complaints. Additional information can also be found in the designated Board policy, available in the principal's and Superintendent's offices.

1. Discrimination on the basis of gender: policy FB
2. Sexual abuse or sexual harassment of a student: policy FNCJ (see the section on **Sexual Harassment / Sexual Abuse** on page __23.)
3. Loss of credit on the basis of attendance: policy FDD.
4. Removal of a student by a teacher for disciplinary reasons: policy FOAA.
5. Removal of a student to a disciplinary alternative education program: policy FOAB
6. Expulsion of a student: policy FOD
7. Identification, evaluation, or educational placement of a student with disability: policy EHBA and FB. (See the   section on **Special Programs** on page __23.
8. Instructional materials: policy EFA.
9. On-campus distribution of non-school materials to students: policy FMA.
10. Complaints against District peace officers: policy CKE

## COMPUTER RESOURCES

**Harlingen Consolidated Independent School District - PROCEDURES**
ELECTRONIC COMMUNICATION AND DATA MANAGEMENT
*(Condensed Version-Information Applicable to Students)*

The Superintendent or designee will oversee the District's electronic communications system.

The District's system will be used only for administrative and educational purposes consistent with the District's mission and goals. Commercial use of the District's system is strictly prohibited.

Consent Requirements

No personally identifiable information about a District student will be posted on a web page under the District's control unless the District has received written consent from the student's parent or legal guardian. [See Exhibit D]

The following specific guidelines will be used for posting student information without written permission from the student's parent:

1. Student pictures will not be allowed where the student is identifiable. Exceptions to this are group pictures where the student's face is not identifiable. Wide-angle photographs of football games would be an example of this case.

2. First and last names of District students will not be posted on a web page. First names may be used as long as the student is not identifiable out side the district. A student that has been recognized for outstanding academic achievement would be an example of this case. Information about the achievement along with the student's first name can be used.

An exception may be made for "directory information" as allowed by the Family Education Records Privacy Act and District policy.

D-0128
HCISD

This includes school social events to which a student brings a guest. Guests are expected to observe the same rules as students attending the event, and the person inviting the guest will share responsibility for the conduct of the guest. A student attending a social event will be asked to sign out when leaving before the end of the event; anyone leaving before the official end of the event will not be readmitted.

6. When retaliation against a school employee or volunteer occurs or is threatened, regardless of time or location.
7. When a student commits a felony, as described by Texas Education Code 37.006
8. When criminal mischief is committed on or off school property or at a school-related event.

As required by law, the District has developed and adopted a Code of Conduct that prohibits certain behaviors and establishes standards of acceptable behavior, both on and off campus, and consequences for violation of the standards. Students need to be familiar with the standards set out in the Student Code of Conduct, as well as campus and classroom rules, in order to avoid violations and the subsequences consequences. (Please see the Preface for further information)

**Academic Dishonesty / Cheating / Plagiarism**
Academic dishonesty, cheating or plagiarism, is not acceptable. Cheating includes the copying of another student's work-homework, class work, test answers, etc., and submitting it as one's own. Plagiarism is the use of another person's original ideas or writing without giving credit to the true author. A student found to have engaged in academic dishonesty will be subject to the loss of credit for the work in question, as well as disciplinary penalties, according to the Student Code of Conduct.

**Laser Pointers, Radios, Tape Players, Electronic Devices and Games**
These items are prohibited at school. They interfere with the mission of the school and distract students from focusing on their work. Any item listed above brought to school will be confiscated and student (s) will be disciplined according to policy.

**Paging Devices, Beepers, Cellular Phones**
Students may **not** possess a **pager (beeper) or cellular phone** while on school property or while attending a school sponsored or school related activities, whether on school property or not. Items listed above will be confiscated and student(s) will be disciplined according to the Student Code of Conduct. A conference with parents will be required.

**Social Events**
The rules of conduct and grooming will be observed at school social events held outside the regular school day. Guests are expected to observe the same rules as students attending the event, and the person inviting the guest will share responsibility for the conduct of the guest. A student attending a social event will be asked to sign out when leaving before the end of the event; anyone leaving before the official end of the social event will not be readmitted.

**Sexual Harassment / Sexual Abuse**
Unwanted and unwelcome conduct of sexual nature-words, gestures, or any other sexual conduct, including requests for sexual favors. directed toward another student or a District employee, is unacceptable. (For more information, see **Sexual Harassment / Sexual Abuse** on page ___**23.**)

**Violations of Law**
- **Alcohol, Drugs, Tobacco, and Weapons:** Under state and federal law, a student is not allowed to possess, sell, give away, or use alcohol, illegal drugs, tobacco products, guns, or other weapons on school property or at a school-related or school-sanctioned activities, on or off school property. Having one of these items in a privately owned vehicle that the student has driven to school and parked on District property is also prohibited.

2. **Disruptive Activities:** State Law prohibits a student from participating in disruptive activities.
   That includes acting alone or with others to:
   A. Interfere with the movement of people in an exit, an entrance, or a hallway of a District building without authorization from an administrator.
   B. Interfere with an authorized activity by seizing control of all or part of a building.
   C. Use force, violence, or threats in an attempt to prevent participation in an authorized assembly.
   D. Use force, violence, or threats to cause disruption during an assembly.
   E. Interfere with the movement of people at an exit or an entrance to District property.
   F. Use force, violence, or threats in an attempt to prevent people from entering or leaving District property without authorization from an administrator.
   G. Disrupt classes while on District property or on public property that is within 300 feet of District property. Class disruption includes making loud noises; trying to entice a student away from, or to prevent a student from attending, a required class or activity; entering a classroom without authorization and disrupting the activity with profane language or any misconduct.
   H. Interfere with the transportation of students in District vehicles.

D-0131
HCISD

9

**SEARCHES:**  In the interest of promoting student safety and attempting to ensure that schools are safe and drug free, District officials may from time to time conduct searches. Such searches are conducted without a warrant and as permitted by law.

## SEARCHES BY TRAINED DOGS
The use of trained dogs' to check cars and lockers for contraband does not constitute a search under the Fourth Amendment. The alert of a trained dog to a locker or car provides reasonable cause for a search of the locker or car only if the dog is reasonably reliable in indicating that contraband is currently present.
The use of trained dogs to check individual students **does** constitute a search and requires individualized reasonable suspicion. Horton v. Goose Creek ISD, 690 F.2d 470 (5th Cir. 1982)

## SEXUAL HARASSMENT/ SEXUAL ABUSE
The District encourages parental and student support in its efforts to address and prevent sexual harassment and sexual abuse in the public schools.  Students and/or parents are encouraged to discuss their questions or concerns about the expectations in this area with a teacher, counselor, principal or designee, or Dr. Christina Garcia, who serves as the District Title IX Coordinator for students. Students must not engage in unwanted and unwelcome verbal or physical conduct of a sexual nature directed toward another student or a District employee.  This prohibition applies whether the conduct is by word, gesture, or any other sexual conduct, including requests for sexual favors.  All students are expected to treat other students and District employees with courtesy and respect; to avoid any behaviors known to be offensive; and to stop these behaviors when asked or told to stop.  A substantiated complaint against a student will result in appropriate disciplinary action, according to the nature of the offense and the Student Code of Conduct.

The District will notify the parents of all students involved in sexual harassment by student(s) when the allegations are not minor, and will notify parents of any incident of sexual harassment or sexual abuse by an employee.  To the greatest extent possible, complaints will be treated as confidential.  Limited disclosure may be necessary to complete a thorough investigation.

A complaint alleging sexual harassment, a student and / or parent in a conference may present sexual abuse, by another student or by a staff member, with the principal or designee or with the Title IX coordinator.  The parent or other advisor may accompany the student throughout the complaint process.  A person who is the same gender as the student ordinarily will hold the first conference with the student.  The conference will be scheduled and held as soon as possible, but no later than seven calendar days of receipt of the complaint.  The principal [principal's designee] or Title IX coordinator will conduct an appropriate investigation, which ordinarily will be completed within seven calendar days of the conference.  The student and/or parent will be informed if extenuating circumstances delay completion of the investigation.

The student will not be required to present a complaint to a person who is the subject of the complaint.

If the resolution of the complaint by the principal [principal's designee] or title IX coordinator is not satisfactory to the student or parent, the student or parent may, within seven calendar days, request a conference with the Superintendent or designee.  Prior to or at this conference, the student and/or parent must submit the complaint in writing and must include **(1)** a complete statement of the complaint, **(2)** any evidence supporting the complaint, **(3)** a statement about how the matter should be resolved, **(4)** the student's and/or parent's signature, and the date of the conference with the principal, the principal's designee, or the Title IX coordinator.

If the resolution by the superintendent or designee is not satisfactory, the student and/or parent may present the complaint to the Board at the next regular meeting.  Information on the procedure for addressing the Board can be obtained from any campus office or the Superintendent's office.

**For more information about parent and student rights, you may request a copy of the District's Notice of Parent and Student Rights found at FNCJ (EXHIBIT) in the District's Policy Manual.**
## SOLICITATIONS
No solicitation of funds in the name of the school shall be allowed unless the Superintendent has approved the project.

## SPECIAL PROGRAMS
The District provides special programs for gifted and talented students, bilingual students, and migrant students, students with limited English proficiency, dyslexic students and student with disabilities.  The coordinator of each program can answer questions about eligibility requirements, as well as programs and services offered in the District or by other organizations.  A student or parent with questions about these programs should contact the principal or the student's counselor.

## STUDENT RECORDS
A student's school records are confidential and are protected from unauthorized inspection or use.  A cumulative record is maintained for each student from the time the student enters the District until the time the student withdraws or graduates.  This record moves with the student from school to school.

**D-0145
HCISD**

# STUDENT HANDBOOK
## 1999 - 2000

*HARLINGEN HIGH SCHOOL SOUTH*

D-0201
HCISD

# Preface

**To Students and Parents:**

The **Harlingen High School South Student Handbook** contains information students and parents are likely to need to ensure a successful school year. The handbook is organized alphabetically by topic. Throughout the handbook, the term "the student's parent" means parent, legal guardian, or other person who has agreed to assume school-related responsibility for a student.

Students and parents also need to be familiar with the **Harlingen High School South Student Code of Conduct**, which sets out the consequences for inappropriate behavior. The Student code of Conduct is required by state law and is intended to promote school safety and an atmosphere for learning. This document may be found as an attachment to this book, and posted in the principal's office.

The Student Handbook is designed to be in harmony with Board policy and the Student Code of conduct adopted by the Board. Please be aware that this document is updated annually, while policy adoption and revision is an ongoing process. Changes in policy that affect student handbook provisions will be communicated by newsletters and other communications to students and parents. These changes will generally supersede the provisions found in this handbook and made obsolete by newly adopted policy.

In case of conflict between a Board policy or the Student Code of Conduct and provisions of student handbooks, provisions of policy or the Student Code of conduct most recently adopted by the Board shall prevail.

Harlingen Consolidated Independent School District does not discriminate on the basis of race, religion, color, national origin, sex, or disability in providing education services, activities, and programs, including vocational programs, in accordance with Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Educational Amendments of 1972; Sections 504 of the Rehabilitation Act of 1973, as amended.

Harlingen Consolidated Independent School District will take steps to assure that lack of English language skills will not be a barrier to admission and participation in all educational and vocational programs.

The following District staff members have been designated to coordinate compliance with these requirements:

**Title IX Coordinator**

Dr. Christina Garcia,
Assistant Superintendent for Human Resources
905 E. Tyler
Harlingen, TX 78550
PH (956) 430-9700

**Section 504 Coordinator**

Mrs. Donna Jarman,
Director of Special Projects
1409 E. Harrison
Harlingen, TX 78550
PH (956) 427-3545

D-0204
HCISD

## COMPLAINTS BY STUDENTS/PARENTS

Usually student or parent complaints or concerns can be addressed simply by a phone call or a conference with the teacher. For those complaints and concerns that cannot be handled so easily, the District has adopted a standard complaint policy at policy code FNG. In general, a parent or student should first discuss the complaint with the campus principal or designee. If unresolved, a written complaint and a request for a conference should be sent to the Superintendent. If still unresolved, the District provides for the complaint to be presented to the Board of Trustees.

Some complaints require different procedures. Any campus office or the Superintendent's office can provide information regarding specific processes for the following complaints. Additional information can also be found in the designated Board policy, available in the principal's and Superintendent's offices.

1.  Discrimination on the basis of gender: policy FB
2.  Sexual abuse or sexual harassment of a student: policy FNCJ ( see the section on **Sexual  Harassment / Sexual Abuse** on page ___21___.)
3.  Loss of credit on the basis of attendance: policy FDD.
4.  Removal of a student by a teacher for disciplinary reasons: policy FOAA.
5.  Removal of a student to a disciplinary alternative education program: policy FOAB
6.  Expulsion of a student: policy FOD
7.  Identification, evaluation, or educational placement of a student with disability: policy EHBA and FB. ( see the section on **Special Programs** on page ___22___.
8.  Instructional materials: policy EFA.
9.  On-campus distribution of non-school materials to students: policy FMA.
10. Complaints against District peace officers: policy CKE

## COMPUTER RESOURCES

### Harlingen Consolidated Independent School District - PROCEDURES
### ELECTRONIC COMMUNICATION AND DATA MANAGEMENT
*(Condensed Version-Information Applicable to Students)*

The Superintendent or designee will oversee the District's electronic communications system.

The District's system will be used only for administrative and educational purposes consistent with the District's mission and goals. Commercial use of the District's system is strictly prohibited.

### Consent Requirements
No personally identifiable information about a District student will be posted on a web page under the District's control unless the District has received written consent from the student's parent or legal guardian. [See Exhibit D]

The following specific guidelines will be used for posting student information without written permission from the student's parent:

1.  Student pictures will not be allowed where the student is identifiable. Exceptions to this are group pictures where the student's face is not identifiable. Wide-angle photographs of football games would be an example of this case.

2.  First and last names of District students will not be posted on a web page. First names may be used as long as the student is not identifiable out side the district. A student that has been recognized for outstanding academic achievement would be an example of this case. Information about the achievement along with the student's first name can be used.

An exception may be made for "directory information" as allowed by the Family Education Records Privacy Act and District policy.

### System Access
Access to the District's electronic communications system will be governed as follows:

1.  Students in all grade levels will be granted access to the District's system by their teachers, as appropriate.
2.  Principals or designees will keep accurate records of whether each student has completed an acceptable use form and has parental signatures.

D-0218
HCISD

**Academic Dishonesty / Cheating / Plagiarism**
Academic dishonesty, cheating or plagiarism, is not acceptable. Cheating includes the copying of another students work-homework, class work, test answers, etc., and submitting it as one's own. Plagiarism is the use of another person's original ideas or writing without giving credit to the true author. A student found to have engaged in academic dishonesty will be subject to the loss of credit for the work in question, as well as disciplinary penalties, according to the Student Code of Conduct.

**Laser Pointers, Radios, Tape Players, Electronic Devices and Games**
These items are prohibited at school. They interfere with the mission of the school and distract students from focusing on their work. Any item listed above brought to school will be confiscated and student(s) will be disciplined according to policy.

**Paging Devices, Beepers, Cellular Phones**
Students may **not** possess a pager (beeper) or cellular phone while on school property or while attending a school-sponsored or school-related activities, whether on school property or not. Items listed above will be confiscated and student(s) will be disciplined according to the Student Code of Conduct. A conference with parents will be required.

**Social Events**
The rules of conduct and grooming will be observed at school social events held outside the regular school day. Guests are expected to observe the same rules as students attending the event, and the person inviting the guest will share responsibility for the conduct of the guest. A student attending a social event will be asked to sign out when leaving before the end of the event; anyone leaving before the official end of the social event will not be readmitted.

**Sexual Harassment / Sexual Abuse**
Unwanted and unwelcome conduct of a sexual nature-words, gestures, or any other sexual conduct, including requests for sexual favors, directed toward another student or a District employee, is unacceptable. ( for more information, see Sexual Harassment / Sexual Abuse on page ___21___ . )

**Violations of Law**
- **Alcohol, Drugs, Tobacco, and Weapons:** Under state and federal law, a student is not allowed to possess, sell, give away, or use alcohol, illegal drugs, tobacco products, guns, or other weapons on school property or at a school-related or school-sanctioned activities, on or off school property. Having one of these items in a privately owned vehicle that the student has driven to school and parked on District property is also prohibited.

2. **Disruptive Activities:** State Law prohibits a student from participating in disruptive activities. That includes acting alone or with others to:
   A. Interfere with the movement of people in an exit, an entrance, or a hallway of a District building without authorization from an administrator.
   B. Interfere with an authorized activity by seizing control of all or part of a building.
   C. Use force, violence, or threats in an attempt to prevent participation in an authorized assembly.
   D. Use force, violence, or threats to cause disruption during an assembly.
   E. Interfere with the movement of people at an exit or an entrance to District property.
   F. Use force, violence, or threats in an attempt to prevent people from entering or leaving District property without authorization from an administrator.
   G. Disrupt classes while on District property or on public property that is within 300 feet of District property. Class disruption includes making loud noises; trying to entice a student away from, or to prevent a student from attending, a required class or activity; entering a classroom without authorization and disrupting the activity with profane language or any misconduct.
   H. Interfere with the transportation of students in District vehicles.

3. **Gangs and Other Prohibited Organizations:** Under state law, a student is prohibited from membership or involvement in a public school fraternity, sorority, secret society, or gang.

4. **Hazing/Initiation Activities:** State law also prohibits a student from participating in any hazing activities. A student is guilty of hazing when he or she takes direct hazing action; encourages or assists someone else to take action; recklessly permits such action; has knowledge of planned action or action that has occurred without reporting that knowledge in writing to a school official.

[See the Student Code of Conduct for disciplinary consequences for misconduct noted above.]

D-0221
HCISD

Asbestos Hazardous Response Act 40 CPR 763
The district complies with all applicable asbestos regulations. The asbestos management plan is available for review at each facility pertaining to that facility.

Structural Pest Control Act Article 135B-6 (72nd Legislature)
The district routinely applies pesticides following an Integrated Pest Management Plan. Information on the application of the pesticides is available at the request of parents, guardians, or managing conservators. Information may be obtained from **District Operations at 427-3305.**

## SEARCHES BY TRAINED DOGS

The use of trained dogs' to check cars and lockers for contraband does not constitute a search under the Fourth Amendment. The alert of a trained dog to a locker or car provides reasonable cause for a search of the locker or car only if the dog is reasonably reliable in indicating that contraband is currently present.
The use of trained dogs to check individual students does constitute a search and requires individualized reasonable suspicion.
Horton v. Goose Creek ISD, 690 F.2d 470 (5th Cir. 1982)

## SEXUAL HARASSMENT/ SEXUAL ABUSE

The District encourages parental and student support in its efforts to address and prevent sexual harassment and sexual abuse in the public schools. Students and/or parents are encouraged to discuss their questions or concerns about the expectations in this area with a teacher, counselor, principal or designee, or Dr. Christina Garcia, who serves as the District Title IX Coordinator for students.

Students must not engage in unwanted and unwelcome verbal or physical conduct of a sexual nature directed toward another student or a District employee. This prohibition applies whether the conduct is by word, gesture, or any other sexual conduct, including requests for sexual favors. All students are expected to treat other students and District employees with courtesy and respect; to avoid any behaviors known to be offensive; and to stop these behaviors when asked or told to stop.

A substantiated complaint against a student will result in appropriate disciplinary action, according to the nature of the offense and the Student Code of Conduct.

The District will notify the parents of all students involved in sexual harassment by student(s) when the allegations are not minor, and will notify parents of any incident of sexual harassment or sexual abuse by an employee. To the greatest extent possible, complaints will be treated as confidential. Limited disclosure may be necessary to complete a thorough investigation.

A complaint alleging sexual harassment by another student or sexual harassment or sexual abuse by a staff member may be presented by a student and/or parent in a conference with the principal or designee or with the Title IX coordinator. The parent or other advisor may accompany the student throughout the complaint process. The first conference with the student ordinarily will be held by a person who is the same gender as the student. the conference will be scheduled and held as soon as possible, but no later than seven calendar days of receipt of the complaint. The principal [principal's designee] or Title IX coordinator will conduct an appropriate investigation, which ordinarily will be completed within seven calendar days of the conference. The student and/or parent will be informed if extenuating circumstances delay completion of the investigation.

The student will not be required to present a complaint to a person who is the subject of the complaint.

If the resolution of the complaint by the principal [principal's designee] or title IX coordinator is not satisfactory to the student or parent, the student or parent may, within seven calendar days, request a conference with the Superintendent or designee. Prior to or at this conference, the student and/or parent must submit the complaint in writing and must include (1) a complete statement of the complaint, (2) any evidence supporting the complaint, (3) a statement about how the matter should be resolved, (4) the student's and/or parent's signature, and the date of the conference with the principal, the principal's designee, or the Title IX coordinator.

If the resolution by the superintendent or designee is not satisfactory, the student and/or parent may present the complaint to the Board at the next regular meeting. Information on the procedure for addressing the Board can be obtained from any campus office or the Superintendent's office.

**For more information about parent and student rights, you may request a copy of the District's Notice of Parent and Student Rights found at FNCJ(EXHIBIT) in the District's Policy Manual.**

D-0233
HCISD

# Handbook Receipt Verification

To ensure that parents have received the student handbook, we are asking that all parents/legal guardians sign and return this acknowledgement that they have received a Harlingen High School South Student Handbook for the 2000-2001 school year.

I have received a copy of the Harlingen High School South Student Handbook for the 2000-2001 school year. I understand that the handbook contains information that my child and I may need during the school year.

_Cindy Espinosa_    _134102290_    _Estela Espinosa_
**Print Student's Name**     **ID Number**     **Print Parent's Name**

_Cindy Espinosa_       _Estela Espinosa_
**Student's Signature**       **Parent's Signature**

**Students are to return this document to their 2nd period teacher on or before Thursday, August 31, 2000.**



I–H

D-0674
HCISD

State of Texas
County of Cameron

Date:
Employee: Larry Brunt
SSN:

## ONE-YEAR CONTRACT NON CERTIFIED for ATHLETIC TRAINER

The BOARD OF TRUSTEES (hereinafter, Board) of HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, hereby employs the undersigned professional Employee,   Larry Brunt
in a noncertified ATHLETIC TRAINER position and the Employee accepts employment on the following terms and conditions:

1. The Employee shall be employed on a 11   -month basis for the school year  1999-2000, according to the hours and dates set by the District as they exist or may hereafter be amended.

2. The Board agrees to pay Employee an annual salary, in twelve installments, according to the salary schedule adopted by the board,  but in no event less than the current salary of $ 37,181.00
The Employee's salary includes consideration for any assigned duties, responsibilities, and tasks.

3. Employee shall be subject to assignment and reassignment of positions or duties, additional duties, changes in responsibilities or work, transfers, or reclassification at any time during the contract term.

4. Employee shall comply with, and be subject to, state and federal law and District policies, rules, regulations, and administrative directives as they exist or may hereafter be amended.  Employee shall faithfully perform to the satisfaction of the District all duties set  forth in the job description or as assigned.

5. This contract is conditioned on Employee's satisfactorily providing the credentials, service records, and other records required by law, the Texas Education Agency, or the District.  False statements, misrepresentations, omissions of requested information,  or fraud by the Employee in or concerning any required records or in the employment application may be grounds for dismissal.  The Employee hereby represents that he/she has made written disclosure to the District of any conviction for a felony or an offense involving moral turpitude.

6. Employee shall satisfactorily submit or account for all reports, school equipment, or other required items at the end of the contract term.  Employee agrees that the last salary payment under this contract term is conditioned upon receipt from Employee of all such items.

7. The Board may dismiss Employee during the term of this contract for good cause.  The Superintendent may suspend the Employee pending a determination of whether good cause to dismiss exists.

8. A determination by the Board that a financial exigency or program change requires that the contracts of employees be terminated during the contract term constitutes good cause for discharge.  Financial exigency, as used herein, means any event or occurrence that creates a need for the district to reduce financial expenditures for personnel including,  but not limited to,  a decline in the Board's financial resources,  a decline in enrollment, a cut in funding, a decline in tax revenues, or an unanticipated expense or capital need.  Program change, as used herein,  means any elimination,  curtailment,  or reorganization of a curriculum offering,  program,  or school operation. Program change includes,  but is not limited to,  a change in curriculum objectives,  a modification or reorganization of staffing patterns on a particular campus or district-wide, a redirection of financial resources to meet the educational needs of the students,  a lack of student response to a particular course offering,  legislative revisions to programs,  or a reorganization or consolidation of two or more individual schools or school districts.



D-0670
HCISD

Employee: **Larry Brunt**                                    Noncert...act page 2
SSN:      **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**

9. Employment in federally or categorically funded positions is expressly conditioned upon the continued availability of full funding for the position.

10. The Board has not adopted any policy, rule, regulation, law, or practice providing for tenure. No right of tenure or any other contractual obligation or other expectancy of continued employment or claim of entitlement is created beyond the contract term.

11. The provisions of this contract are not governed by provisions of Chapter 21 of the Texas Education Code. Nothing in this contract shall in any way be interpreted to afford the Employee any rights or procedures beyond the last day of the contract term.

12. Employee may be released from this contract only with District approval, pursuant to local policy. Upon such release, the Board shall continue to make regular payroll disbursements to the Employee until any due and owing salary amount is fully paid.

13. This contract is subject to all applicable federal and state laws, rules, and regulations Invalidity of any portion of this contract under the laws of the State of Texas or of the United States shall not affect the validity of the remainder of the contract.

14. This contract combines and supersedes all prior agreements and representations concerning employment. No amendments to this contract shall be binding unless reduced to writing and signed by both parties.

15. This offer of employment for the 1999-2000 school year shall expire unless this contract is signed and returned to the Superintendent on or before ___8/23/99___ Failure to return the signed contract by this date shall constitute a rejection of the employment offer and current employment, if any, shall terminate at the end of the existing contract term.

I have read this contract and agree to abide by its terms and conditions:

Harlingen Consolidated Independent School District

_Larry B. Brunt_   8-24-99            By: _Jesus H Chavez_   8/19/99
Employee           Date                   Superintendent            Date

D-0671
HCISD

State of Texas
County of Cameron

Date :                    2000
Employee: ..JNTY LARRY B
SSN :

## ONE-YEAR CONTRACT NON CERTIFIED FOR Trainer

The BOARD OF TRUSTEES (hereinafter, Board) of HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, hereby employs the undersigned Employee, Employee BRUNT, LARRY B in a noncertified position and the Employee accepts employment on the following terms and conditions:

1. The Employee shall be employed on a 11-month basis for the school year * 2000- * 2001 according to hours and dates set by the District as they exist or may hereafter be amended.

2. The Board agrees to pay Employee an annual salary, in twelve installments, according to the salary schedule adopted by the Board, but in no event less than the current salary of $40,460.00. The Employee's salary includes consideration for any assigned duties, responsibilities, and tasks.

3. Employee shall be subject to assignment and reassignment of positions or duties, additional duties, changes in responsibilities or work, transfers, or reclassification at any time during the contract term.

4. Employee shall comply with, and be subject to, state and federal law and District policies, rules, regulations, and administrative directives as they exist or may hereafter be amended. Employee shall faithfully perform to the satisfaction of the District all duties set forth in the job description or as assigned.

5. This contract is conditioned on Employee's satisfactorily providing the credentials, service records, and other records required by law, the Texas Education Agency, or the District. False statements, misrepresentations, omissions of requested information, or fraud by the Employee in or concerning any required records or in the employment application may be grounds for dismissal. The Employee hereby represents that he/she has made written disclosure to the District of any conviction for a felony or an offense involving moral turpitude.

6. Employee shall satisfactorily submit or account for all reports, school equipment, or other required items at the end of the contract term. Employee agrees that the last salary payment under this contract term is conditioned upon receipt from Employee of all such items.

7. The Board may dismiss Employee during the term of this contract for good cause. The Superintendent may suspend the Employee pending a determination of whether good cause to dismiss exists.

8. A determination by the Board that a financial exigency or program change requires that the contracts of employees be terminated during the contract term constitutes good cause for discharge. Financial exigency, as used herein, means any event or occurrence that creates a need for the district to reduce financial expenditures for personnel including, but not limited to, a decline in the Board's financial resources, a decline in enrollment, a cut in funding, a decline in tax revenues, or an unanticipated expense or capital need. Program change, as used herein, means any elimination, curtailment, or reorganization of a curriculum offering, program, or school operation. Program change includes, but is not limited to, a change in curriculum objectives, a modification or reorganization of staffing patterns on a particular campus or district-wide, a redirection of financial resources to meet the educational needs of the students, a lack of student response to a particular course offering, legislative revisions to programs, o a reorganization or consolidation of two or more individual schools or school districts.

D-0672
HCISD

Employee: BRUNT, LARRY          One Year Term    Contract page 2
SSN: 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

9. Employment in federally or categorically funded positions is expressly conditioned upon the continued availability of full funding for the position.

10. The Board has not adopted any policy, rule, regulation, law or practice providing for tenure. No right of tenure or any other contractual obligation or other expectancy of continued employment or claim of entitlement is created beyond the contract term.

11. The provisions of this contract are not governed by divisions of Chapter 21 of the Texas Education Code. Nothing in this contract will in any way be interpreted to afford the Employee any rights or procedures beyond last day of the contract term.

12. Employee may be released from this contract only with District approval, pursuant to local policy. Upon such release, the Board shall continue to make regular payroll disbursements to the Employee until any due and owing salary amount is fully paid.

13. This contract is subject to all applicable federal and state laws, rules, and regulations. Invalidity of any portion of this contract under the laws of the State of Texas or of the United States shall not affect the validity of the remainder of the contract.

14. This contract combines and supersedes all prior agreements and representations concerning employment. No amendments to this contract shall be binding unless reduced to writing and signed by both parties.

15. This offer of employment for the 2000-2001 school year shall expire unless the contract is signed and returned to the Superintendent on or before April 10, 2000. Failure to return the signed contract by this date shall constitute a rejection of the employment offer and current employment, if any, shall terminate at the end of the existing contract term.

I have read this contract and agree to abide by its terms and conditions:

Harlingen Consolidated Independent School District

Employee: _____    Date: _____    By: _____ Superintendent    Apr 01, 2000    Date: _____

* PENDING APPROVAL OF THE 2000-2001 SCHOOL CALENDAR *

D-0673
HCISD

3-1-01

Administration H.C.I.S.D.

Dr. Garcia;

With the approval of your office I wish at this time to tender my resignation to you of my position of Athletic Trainer with the district.

I have indeed had an educational experience while working for the H.C.I.S.D. and wish to thank you for the opportunity.

I also understand that the remainder of my contracted salary will be adjusted for the remaining two months that I will miss.

Larry Brunt

Athletic Trainer H.C.I.S.D. Athletic Department

D-0063
HCISD

**JOB TITLE:**      **Athletic Trainer**

**REPORTS TO:**      **Athletic Coordinator/Head Varsity Football Coach**

**DEPT/SCHOOL:**    **Athletics**

**WAGE/HOUR STATUS:**  **Exempt**

**PAY GRADE:**                          **DATE REVISED: 12/9/96**

## PRIMARY PURPOSE:

Plan, coordinate, and supervise all components of an athletic training program for student athletes. Work under the advice and consent of a team physician to carry out the practices of prevention, evaluation, emergency treatment, physical reconditioning, and rehabilitation of injuries.

## QUALIFICATIONS:

**Education/Certification:**
Bachelor's degree
Valid license from Texas Advisory Board of Athletic Trainers

**Special Knowledge/Skills:**
Ability to provide injury prevention and rehabilitation services
Ability to provide emergency care
Knowledge of therapeutic modalities and ability to treat student athletes
Ability to instruct and supervise student athletes and assistants
Excellent organizational, communication, and interpersonal skills

**Experience:**
One year of experience as an athletic trainer preferred.

## MAJOR RESPONSIBILITIES AND DUTIES:

Illness/Injury      1.    Plan and implement a comprehensive
Prevention                athletic injury and illness prevention
                          program for student athletes.

                    2.    Attend practice sessions and athletic
                          contests as assigned by the athletic
                          director.

                    3.    Establish and maintain effective
                          communications with students, parents,
                          medical and paramedical personnel, coaches,
                          and other staff.



**D-0711**
**HCISD**

$|-\mathrm{k}$

Job Description
Athletic Trainer

4.  Provide physical conditioning training
    to student athletes.

5.  Fit injured athletes with specialized
    equipment and oversee its use.

6.  Prepare athletes for games and practices
    by conducting evaluations and using tape,
    wraps, splints, braces, and other protective
    devices as needed.

7.  Identify acute injuries and provide first-
    aid triage.

8.  Detect and resolve environmental risks to
    athletes.

Rehabilitation/   9.  Plan and put in place a comprehensive
Reconditioning         rehabilitation and reconditioning program
                       for injuries and illnesses sustained by
                       student athletes.

10.  Determine therapeutic goals and objectives
     for individual athletes.

11.  Apply therapeutic modalities and instruct
     athletes on proper use of exercise
     equipment.

12.  Evaluate and record rehabilitation progress
     of athletes.  Develop criteria for
     progression and return to competition.

13.  Follow the professional, ethical, and legal
     parameters regarding the use of drugs and
     therapeutic agents for the treatment and
     rehabilitation of injured athletes.

Administration  14.  Coordinate the scheduling of athletic
                     physical examinations and screening.

15.  Select, train, and supervise student
     assistants.

16.  Compile, maintain, and file all reports,
     records, and other documents including
     medical, accident, and treatment records
     as required.

**D-0712**
**HCISD**

Job Description
Athletic Trainer

17.    Maintain an inventory of training supplies and equipment; requisition additional supplies as needed.

**SUPERVISORY RESPONSIBILITIES:**

Supervise the work of student assistants.

**EQUIPMENT USED:**
Exercise equipment and devices including stationary bikes, pulleys, weights, whirlpool, paraffin bath, ultrasound equipment, and cold packs.

**WORKING CONDITIONS:**

**Mental Demands:**
Ability to communicate (verbal and written); instruct; maintain emotional control under stress.

**Physical Demands/Environmental Factors:**
Continual walking and standing; moderate lifting and carrying; stooping, bending, kneeling, and reaching. Work outside (exposure to sun, heat, cold, and inclement weather) and inside. Exposed to biological hazards, bacteria, and communicable diseases. Frequent prolonged and irregular hours.

---

The above statements are intended to describe the general purpose and responsibilities assigned to this job and are not intended to represent an exhaustive list of all responsibilities, duties, and skills that may be required.

**Approved by** _____    **Date** _____

**Reviewed by** _____    **Date** _____

D-0713
HCISD