UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA L. ESPINOSA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-04-052 |
| | § | |
| HARLINGEN CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT and | § | |
| LARRY B. BRUNT, | § | |
| Defendants. | § | |

## AFFIDAVIT OF ALFREDO SOSA

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned notary public, personally appeared Alfredo Sosa, who, being by me duly sworn, deposed as follows:

1.      "My name is Alfredo Sosa. I am over 21 years of age and have never been convicted of a felony or a crime of moral turpitude. I am of sound mind and am fully capable of making this affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

2.      I am now retired from my previous employment with the Harlingen Consolidated Independent School District (hereafter, "HCISD," "Harlingen CISD," or the "School District"). However, during the 1999-2000 and 2000-2001 school years I was an Assistant Principal at Harlingen High School South ("Harlingen South") and was the campus Title IX investigator. The Exhibits attached hereto are true and correct copies of original documents I created in 2001 while serving as Assistant Principal and Title IX investigator as maintained by Harlingen CISD.

3.      During the 1999-2000 and 2000-2001 school years, Plaintiff Cynthia L. Espinosa (hereafter "Plaintiff" or "Espinosa") was a student in her sophomore and junior years at Harlingen South and a member of the girls' soccer team. Defendant Larry B. Brunt ("Brunt" or "Defendant Brunt") first began his employment at Harlingen South with the 1999-2000 school year. The School District employed Brunt as an Athletic Trainer at Harlingen South during the 1999-2000 and 2000-2001 school years. I am familiar with the records maintained by the School District relating to Brunt's employment during the 1999-2000 and 2000-2001 at Harlingen South and any grievances or complaints concerning him or filed against him. As the Title IX Investigator for Harlingen South, I would have been aware of any report, complaints, or grievances alleging sexually harassing conduct or inappropriate behavior by Brunt toward any students. During his employment at Harlingen South during the 1999-2000 and 2000-2001 school years, prior to February 20, 2001, no parent, student, employee, or citizen ever had reported any sexually harassing conduct or inappropriate behavior by Brunt toward any students.

4.      On February 20, 2001, Harlingen South received its first notice of allegations of sexual misconduct by Defendant Brunt, when on that date (1) Plaintiff's therapist reported Espinosa's allegations of the misconduct by Brunt, and (2) Plaintiff's mother came to Harlingen South, where in a conference with HCISD administrators she too reported her daughter's allegations of the misconduct by Brunt. I was one of the HCISD administrators who met with Plaintiff's mother on February 20, 2001, *i.e.*, the first day that Plaintiff's allegations of the misconduct by Defendant Brunt were reported to the School District, and I considered the allegations of sexual harassment to be quite serious. That same day, I initiated my Title IX investigation. In a memorandum dated that same day, *i.e.*, February 20, 2001, I documented in writing the allegations raised by Plaintiff's mother and Plaintiff's therapist (**Defendant's Exhibit 2.A**). By copy of that memorandum, that same day I informed Dr. Christina ("Chris") Garcia in the HCISD Human Resources Department of the allegations against Brunt.

Page 2 of 5

5.     Dr. Garcia informed me that on February 21, 2001, she met with Defendant Brunt, informed him that he was being placed on administrative leave with pay pending an investigation of alleged inappropriate conduct toward a female student, and gave Brunt a written memorandum containing the following directive:

> Until further notice, you are to remain off duty, refrain from coming on school property, and have no further contact with Harlingen CISD personnel or students.  You are not to go on school property or participate in any district activity, without specific permission from the Superintendent or this office.

**(Defendant's Exhibit 2.B**, p. D-0039, ¶ 2).  That same day, Brunt signed an acknowledgment that he had received the memorandum containing the directive **(Defendant's Exhibit 2.B**, p. D-0039, ¶ 3).

6.     My investigation of Plaintiff's allegations of sexual harassment by Defendant Brunt was thorough and continued from February 20, 2001 (when the allegations first were reported) to March 30, 2001 (when my completed Investigative Report was signed by me) **(Defendant's Exhibit 2.A**, ¶s 1-5; **Defendant's Exhibit 2.B**, pp. D-0035-36).  In conducting the investigation of Plaintiff's allegations against Brunt, I spoke to the people whose names were brought to my attention during my interviews with Plaintiff and others.  I documented the interviews in writing, and obtained signed statements following the interviews from all who were available **(Defendant's Exhibit 2.B**, p. D-0061, ¶ 1).  I forwarded to HCISD's Department of Human Resources all of the information I gathered during the course of the investigation **(Defendant's Exhibit 2.B**, p. D-0061, ¶ 1).  During my investigation of Plaintiff's allegations, I (1) interviewed Plaintiff and obtained her signed statement regarding her allegations of sexual harassment by Defendant Brunt **(Defendant's Exhibit 2.B**, pp. D-0040-44); (2) interviewed Defendant Brunt (and documented the interview in writing) concerning Brunt's contact with and conduct around Plaintiff, the allegations that had been raised against him and Brunt's denials of all allegations and all charges of harassment, Brunt's background, and how he performed his job duties as an

athletic trainer (**Defendant's Exhibit 2.B**, pp. D-0055-60); (3) twice interviewed and obtained signed statements from Plaintiff's mother regarding Plaintiff's allegations and Defendant Brunt's conduct (**Defendant's Exhibit 2.B**, pp. D-0037-38, 0045-46); (4) interviewed and reduced to writing statements from Plaintiff's father about Plaintiff's allegations and Defendant Brunt's conduct (**Defendant's Exhibit 2.B**, pp. D-0045-46); (5) provided Plaintiff's parents with copies of HCISD Policies FNCJ (LEGAL) and FNCJ (LOCAL), entitled "Student Rights and Responsibilities: Sexual Harassment/Sexual Abuse," as well as a copy of FNCJ (EXHIBIT), "Notice of Parent and Student Rights" (**Defendant's Exhibit 2.B**, p. D-0047); (6) interviewed and obtained a signed statement from the student manager of the girl's soccer team about Defendant Brunt's conduct (**Defendant's Exhibit 2.B**, pp. D-0048-49); (7) interviewed and obtained a signed statement from a Security Guard stationed at Harlingen High School South about Defendant Brunt's conduct (**Defendant's Exhibit 2.B**, pp. D-0050-51); and (8) interviewed and obtained a signed statement from the other Athletic Trainer at Harlingen South about Defendant Brunt's conduct (**Defendant's Exhibit 2.B**, pp. D-0052-54). I continued my on-going investigation even after Brunt resigned from his employment with HCISD by letter dated March 1, 2001 (**Defendant's Exhibit 1.J**).

7.      Despite Brunt's resignation, I completed my investigation and, on March 30, 2001, signed my Investigative Report concerning Plaintiff's allegations of sexual harassment (**Defendant's Exhibit 2.B**, pp. D-0035-36). My Report noted that the investigation results were "inconclusive" because (1) Brunt "denied the truth of all allegations made against him by the complainant," and (2) "there are no witnesses available or any other person who could verify that these allegations took place" (**Defendant's Exhibit 2.B**, p. D-0036, ¶s 2-3). By letter also dated March 30, 2001, I informed Plaintiff's parents that the investigation had been concluded and that appropriate action had been taken (**Defendant's Exhibit 2.B**, p. D-0061, ¶s 3-4).

8.      Although in February 2001 I had given Plaintiff's parents copies of the HCISD policies entitled "Student Rights and Responsibilities: Sexual

Harassment/Sexual Abuse," as well as the HCISD exhibit entitled "Notice of Parent and Student Rights" (**Defendant's Exhibit 1.A; Defendant's Exhibit 1.B; Defendant's Exhibit 1.C; Defendant's Exhibit 2.B**, p. D-0047), and they thus were informed of their rights under HCISD policies if they were not satisfied with the outcome of my sexual harassment investigation, after I informed them of the conclusion of the investigation in March, they sought no further review pursuant to those policies.

9.      Attached hereto are true and correct copies of records of that I generated during the course of my investigation and during the regular course of business in my employment by the School District. It was during the regular course of business for me as Assistant Principal and Title IX Investigator at Harlingen South for me to make the records or to transmit information thereof to be included in such records; and the records were made at or near the time or reasonably soon thereafter. The attached documents were kept by the Harlingen Consolidated Independent School District in the regular course of business. The records attached hereto are exact duplicates of the original of each document."


FURTHER, THE AFFIANT SAYETH NOT.

ALFREDO SOSA

SUBSCRIBED AND SWORN TO before me this __11__ day of April, 2005, to certify which witness my hand and seal of office.



YOLANDA M SALAZAR
Notary Public, State of Texas
My Commission Expires
09-20-2008

NOTARY PUBLIC, STATE OF TEXAS

Page 5 of 5

**Subject: Title IX Investigation:**
**Date:** Tue, 20 Feb 2001 18:21:39 -0600
**From:** "A. Sosa" <alsosa@harlingen.isd.tenet.edu>
**Organization:** HCISD
**To:** Chris Garcia <garciac@harlingen.isd.tenet.edu>,
Guadalupe Nava <navag@harlingen.isd.tenet.edu>,
Alfredo Sosa <alsosa@harlingen.isd.tenet.edu>

Chris: Mr. Nava called me to his office to sit in on a conference with the mother of Cynthia Espinosa, the soccer player. Mrs. Espinosa reports that she and Cindy were watching a television show on child sexual harassment / abuse. Mrs. Espinosa asked Cindy if she had ever been involved in this. Cindy reacted, paused and looked as if she had something to say. They locked pinky fingers, said "friends" and Cindy told her mother that sometime during the last school year she was asked by Larry Blunt, the trainer, to help him transport water bottles (coolers) in the golf cart.

When through, they rode the golf cart into the storage shed. Larry is alleged to have closed the garage door with them inside, turned, embraced Cindy, told her he had been waiting for an opportunity like this and began kissing her on the neck and about the face. Cindy stiffened up and backed away from Larry telling him to stop.

At some time, he is also alleged to have told her that she would soon be eighteen years old, wouldn't have to listen to her parents and could live with him. Speaking to her in this manner or attempting to generate a relationship with Cindy has been ongoing for about one year. Mrs. Espinosa is concerned that these constant comments could affect Cindy adversly.

Mrs. Espinosa told Cindy's therapist, offices in McAllen, who in turn told Mrs. Espinosa to report this inappropriate behavior and that if she didn't, she (the therapist) would. Cindy's therapist called Mr. Nava and reported the incident. Cindy is under care of the therapist and is considered in a fragile condition.

Presently, Cindy is very angry that her mother told the therapist. Mrs. Espinosa will talk to her other daughters, a friend of Cindy's who is aware of the incident, and the therapist to try recruiting them to help convince Cindy to talk to me about this situation.

Tomorrow Mrs. Espinosa will call to let me know if she was successful at convincing Cindy to cooperate. Mrs. Espinosa is very concerned about privacy in this matter at this point. Will keep you informed. AS.

Alfredo Sosa <alsosa@harlingen.isd.tenet.edu>
Assistant Principal
Harlingen High School South
Administration

D-0062
HCISD

1 of 2

02/21/2001 9:16 AM

# HARLINGEN
**Consolidated Independent School District**



1409 E. Harrison   Harlingen, Texas 78550   Telephone: (956) 427-3400   Fax: (956) 427-3589

**Harlingen High School South**
**1701 Dixieland Road**
**Harlingen, Texas 78552**
**(956) 427-3800**

## INVESTIGATIVE REPORT
### 03-29-2001

APR - 5 2001

**RE:** Blunt, Larry.  Athletic Trainer, Harlingen HS South

**FILED BY:** Espinosa, Cynthia.  Student, Harlingen HS South

**COMPLAINT:** Allegations of inappropriate behavior and comments towards the complainant by Larry Blunt have been made as follows:

1.) The complainant alleges that after Larry Blunt invited her to accompany him in the golf cart to take water bottles to a storage shed located behind the tennis courts, he kissed her on the neck and lips.

2.) The complainant alleges that Larry Blunt has told her hat he loves her romantically and that she is the most beautiful girl in the school.

3.) The complainant alleges that Larry Blunt told her that all she needed to feel better, physically – she had been ill, was to have an orgasm with him.

4.) The complainant alleges that Larry Blunt told her to tell her parents that she could stay with her sisters in Austin, in their apartment, for a week while actually accompanying him on a Caribbean cruise.

5.) The complainant alleges that Larry Blunt told her that when she turned of age, she could leave her parents and live with him.

6.) The complainant alleges that Larry Blunt has kissed her on the cheek more than once.

7.) The complainant alleges that Larry Blunt invited her to accompany him into the locker room at Boggus Stadium during the half of a soccer game.

8.) The complainant alleges that Larry Blunt invited her to go bicycle riding with him to the Island.

## INVESTIGATION:

1.) 02-20-2001.  Statement by Mrs. Estella Espinosa, mother of Cynthia Espinosa, victim. Exhibit #1.

2.) 02-21-2001.  <u>MEMORANDUM</u> to Larry Blunt, Athletic Trainer, Harlingen HS South.  Exhibit #2.

3.) 02-22-2001.  Statement by Cynthia Espinosa, student, Harlingen HS South.  Exhibit #3.

4.) 02-22-2001.  Statement by Mr. & Mrs. Martin Espinosa, parents of Cynthia Espinosa. Exhibit #4.

5.) 02-23-2001.  Receipt of appropriate copies of HCISD Board Policies and Rights and Responsibilities: Sexual Harassment / Sexual Abuse, Notice of Parent and Student Rights. Exhibit #5.

2-B

**D-0035**
**HCISD**

**Page 2, Blunt, Larry – Investigative Report.**

6.) 02-26-2001.  Statement by Yamile Serda, student. Harlingen HS South.  Exhibit #6.

7.) 02-26-2001.  Statement by Irma Enriquez, HCISD Security Guard, Harlingen HS South.  Exhibit #7.

8.) 03-26-2001.  Statement by Heather Bouler, Trainer, HCISD, Harlingen HS South. #Exhibit #8.

9.) 02-27-2001.  Statement by Larry Blunt, Trainer, HCISD, Harlingen HS South. Exhibit #9.

10.)03-30-2001.  Closure Letter to Mr. & Mrs. Martin Espinosa, parents. Exhibit #10.

**FINDINGS:**

During his interview, Larry Blunt denied the truth of all allegations made against him by the complainant.  No witnesses could be found who could verify that any of the allegations of inappropriate behavior or comments towards the complainant took place.

**CONCLUSIONS / ACTION TAKEN:**

Because there are no witnesses available or any other person who could verify that these allegations took place, all allegations are inconclusive.  It is recommended that the Department of Human Resources meet with Mr. Blunt and finalize the investigative process.

**Signature of Investigator/s:**                          **Date:**

_Alfredo Sosa_                                            3-30-2001

# HARLINGEN
**Consolidated Independent School District**

1409 E. Harrison   Harlingen, Texas 78550   Telephone: (956) 427-3400   Fax: (956) 427-3589



Harlingen High School South
1701 Dixieland Road
Harlingen, Texas 78552
(956) 427-3800

### EXHIBIT ___/___

### STATEMENT

**SUBJECT'S NAME:** Mrs. Estella Espinosa, Mother of Cynthia Espinosa, Student – Harlingen
HS South.
**DATE:** 02-20-2001
**TIME:** 3:45 p.m.
**LOCATION:** Mr. Nava's office.

## INFORMATION DERIVED THROUGH THE INTREVIEW:

Mr. Nava called me to his office to participate in a meeting with Mrs. Estella Espinosa regarding
allegations that Mr. Larry Blunt had acted inappropriately toward her daughter, Cynthia
Espinosa. I documented the following statement in Mr. Nava's office on 02-20-2001 as Mrs.
Expinosa related her concerns.

One evening recently, while Cindy and Mrs. Espinosa were watching a television program on
child sexual harassment / abuse, Mrs. Espinosa asked Cindy if anything like that had ever
happened to her. Cindy said, "Somos amigas (friends)?" Mrs. Espinosa said yes; they locked
pinky fingers as a sign of friendship / agreement and Cindy told her mother that sometime last
school year Larry Blunt has asked her to help him transport water bottles (coolers) in the golf
cart to the storage shed. They drove the cart to the shed behind the tennis courts, drove up the
ramp into the shed and stopped. Larry closed the garage door with them still in the shed, turned,
told Cindy that he had been waiting for this moment, embraced her and began kissing Cindy on
the neck and about the face. Cindy reacted when Larry tried to kiss her on the mouth and told
him to stop. Mrs. Espinosa asked Cindy if this was still going on. Cindy said no. He just told
her things. Mrs. Espinosa asked Cindy what he was saying and Cindy just said things.

Mrs. Espinosa related this information to Cindy's therapist, Mrs. Adriana Ocanas, M.ED. LPC.,
offices in McAllen, Texas. Mrs. Ocanas told Mrs. Espinosa that she should report this
information to the school authorities and that if she didn't, she (Mrs. Ocanas) would. Mr. Nava
did receive a call from Mrs. Ocanas on 02-20-2001 concerning this incident. Mrs. Ocanas asked
Mrs. Espinosa for the telephone number to the school and the principal.

**D-0037**
**HCISD**

Page 2, Mrs. Estella Espinosa – Statement.

Mrs. Espinosa states that Cindy is very upset that the therapist was informed and currently does not want to talk to us about the allegations. Mrs. Espinosa states that Larry is also alleged to have told Cindy that she would soon be eighteen years old, wouldn't have to tell her parents anything and that she could live with him. Cindy has confided in Yamile Aboumrad Serda, a former manager of the soccer team.

Other concerns Mrs. Espinosa has about her daughter in this situation are as follows:

She believes that Larry has been trying to start a relationship with Cindy or has spoken to her inappropriately for about one year. In Cindy's condition, she might be harmed by Larry's statements and might leave home. During the last Christmas holidays, Larry called the house to ask Cindy to come to the school to treat an injury. Mrs. Espinosa stated that Cindy refused to go. She tried to convince Cindy to go meet with Larry but Cindy wouldn't go. At New Years, Larry called the Espinosa's to wish them a Happy New Year's and asked if he could come by to visit. He was invited to the Espinosa home. When Cindy found out she became very upset saying that Larry was a teacher and shouldn't come to student's homes. She said that he could get into trouble. She did not want him there.

Cindy is attending counseling sessions to deal with anorexia / bulimia. She is considered to be in a very fragile condition emotionally and the concern is whether or not and how she would handle participating in an investigation about this matter. She did not want this matter brought out into the open.

Interviewer's Signature: _Alfredo Sosa_    Date: _2-23-2001_

I, _Estela Espinosa_, verify that the above statement is true and accurate to the best of my ability.

Interviewee's Signature: _Estela Espinosa_    Date: _2-23-2001_

D-0038
HCISD

# HARLINGEN

## Consolidated Independent School District



Human Resources Department  905 East Tyler  Harlingen, Texas 78550-7133  (956) 430-9700  Fax: (956) 430-9797

## M E M O R A N D U M                        #2

**February 21, 2001**

TO:        Mr. Larry Brunt, Athletic Trainer
           Harlingen High School South

FROM:      Dr. Christina Garcia, Assistant Superintendent *Garcia*
           Human Resources

SUBJECT:   Administrative Leave With Pay

This memorandum is to notify you that the Superintendent of Schools of Harlingen CISD, Dr. Jesus H. Chavez, has directed that you be placed on administrative leave with pay pending an investigation on alleged inappropriate conduct toward a female student. Your salary and benefits are not affected during this period of administrative leave with pay.

Until further notice, you are to remain off duty, refrain from coming on school property, and have no further contact with Harlingen CISD personnel or students. You are not to go on school property or participate in any district activity, without specific permission from the Superintendent or this office.

### ACKNOWLEDGEMENT OF RECIEPT

This is to acknowledge that I received the above communication on the date show below.

_Larry B. Brunt_
Larry Brunt

_2-21-01_
Date

D-0039
HCISD

# HARLINGEN

**Consolidated Independent School District**



1409 E. Harrison   Harlingen, Texas 78550   Telephone: (956) 427-3400   Fax: (956) 427-3589

Harlingen High School South
1701 Dixieland Road
Harlingen, Texas 78552
(956) 427-3800

## EXHIBIT #3

### STATEMENT

**SUBJECT'S NAME:** Espinosa, Cynthia: #634142296. Student, Harlingen HS South
**DATE:** 02-22-2001
**TIME:** 1:07 p.m.
**LOCATION:** Office of Dr. Christina Garcia, Assistant Superintendent for Human Resources, J. Gordon Nix Support Center.

**INFORMATION DERIVED THROUGH THE INTREVIEW:**

The interview of Cynthia (Cindy) Espinosa, regarding the allegations made about Larry Blunt, HHSS Trainer, was held in Dr. Christina Garcia's office. Attending the interview were Mr. & Mrs. Martin Espinosa, parents of Cindy Espinosa and Dr. Christina Garcia, Assistant Superintendent for Human Resources. The interviewer is Mr. Alfredo Sosa, Harlingen HS South Assistant Principal and campus Title IX Investigator.

Statement:

I was watching a television show on child sexual harassment / abuse on the Christina Show on at 9:00 at night (February 5). My mom asked me if I had ever been sexually harassed. I asked her if she could keep a secret. She said yes. I told her that last year, about half way through soccer season, Larry asked me if I wanted to help him take the water bottles to the shed. Larry had always been real nice, a good trainer, whatever. I wanted to ride the Easy Go so I said yes. I told Lindsay Gramley that I would be back.

I went with him; he opened the door (overhead garage door) and drove the Easy Go into the shed to unload the water bottles. He closed the door (behind them, not completely) and I noticed he was standing there. I asked him what he wanted me to help him with. He started kissing me (indicated left side of the neck) and started kissing me on the mouth. He said, " Did you like it?" I stiffened up and said I had to go. We got in the cart and went back to the athletic area. Lindsay's mom was there already.

Q: Did Larry say anything after that?
A: No.

Q: Is that all you can tell me about the incident in the shed? Is there anything else to say?
A: No.

D-0040
HCISD

Page 2, Espinosa, Cindy – Statement.

Q:  What other behaviors or comments by Larry can you tell me about?
A:  Like in the training room, he would whisper in my ear, "You know that I love you."
"You're the most beautiful girl in the school."  Sometimes I would be sick for a couple of days,
from my illness and he would say, "All you need is an orgasm from me."  (to feel better?)  When
no one was looking, he would at times kiss me on the cheek.  He told me; kept telling me that he
had been on a cruise to the Virgin Islands.  He said that if I could get away from my parents for a
week, "I'll take you on this cruise.  I really want to take you.  I would pay for everything."

He would give me his phone number and said I could call him anytime.  He said that if I ever
wanted to run away from my parents to call him.  He would tell me that he could pick me up and
take me to school everyday.  We could also go bike riding to the island.  He said that in just one
more year we can make this possible, like I really wanted to.

Last year when we played the Cardinals (soccer game), we were the home team at Boggus
Stadium and it was parent's night, he told me to meet him in the locker room, where the football
players go at half time.  But I didn't go.

Q:  Did he say anything to you afterwards, when you didn't show up?
A:  No.

Q:  Did Larry say anything else to you or say things repeatedly to you?
A:  He said many times that I was beautiful and that he loved me.

Q:  When was the last time he said or did anything to you that you didn't like?
A:  A couple of weeks ago, I threw up at practice.  Larry told me to lye down, he put a hot pack
on my neck and covered me up with a blanket.  He leaned over, kissed me on the cheek and said,
"You don't know how bad I want to get under the cover."

Q:  When was this, do you remember?
A:  On February 7, at practice, a Wednesday.

Q:  Has he said anything else to you since then?
A:  Tuesday I went to the training room to get a toenail clipped, it's falling off.  He told me to
wait.  I left.  At 4:45 p.m. my parents picked me up.  The next day, kids were telling me that
Larry was looking for me.

Q:  Do you always call him Larry?
A:  Larry or Dr. B.

Q:  Did you go to the trainer's room alone?
A:  No.  I go when there are other people there.

**Page 3, Espinosa, Cynthia – Statement.**

Q: How long have you known Larry?
A: About a year and a half. Since the soccer season my sophomore year.

Q: When did the first incident with Larry take place, do you remember when?
A: During my sophomore year, I was very sick with anorexia / bulimia.

Q: When Larry kissed you, when you were in the shed, did he hug you also?
A: Yes.

Q: Was the hug a full body hug?
A: There was some space between us. I was looking down at the time (demonstrated looking down and to the right). My arms were down by my side.

Q: Did Larry suggest having or ask you to have sexual intercourse with you?
A: No.

Q: Has Larry ever tried to see you outside of school?
A: He wanted to see me at work but he never did.

Q: Where do you work?
A: At Sub Way. I've only been working there a little while.

Q: At the New Year's Day Open House, did he talk to you?
A: At times in the living room but I stayed in my room with a friend most of the time. I didn't go to the living room.

Q: Why didn't you go to the living room?
A: Because he was there.

Q: Have you told anyone else about what has happened to you?
A: Yamile. But she doesn't know everything. I only told her about this recently.

Q: How did you feel when this happened?
A: I was disgusted. I mean Larry is a really good trainer but I was disgusted.

Q: Were you afraid?
A: No.

Q: Did he ever call you at home?
A: Yes. He would call me and ask if I was okay from my injuries.

Q: Cindy, did you ever call Larry to apply treatment to your injuries?
A: No.

**D-0042**
**HCISD**

**Page 4, Espinosa, Cynthia – Statement.**

Q: And this summer cruise he invited you on; he said as a way for you to go with him, you could tell you parents you were going to Austin to stay with your sisters while going with him instead?
A: Yes.

Q: When did this proposal to go on the cruise with him take place?
A: It was at the Mission Tournament this year when he asked me to go on the cruise with him.

Q: Did you think that he was kidding or that he meant this in jest?
A: No. He brought pictures to show me and told me, "This is what you will see." When others were around, he would act all natural like telling every body and showing everybody the pictures.

Q: Have you ever been afraid to go to the training room?
A: No, but I always went there when other people were there.

Q: Did Larry's behavior ever go beyond just talking to you?
A: One day he went to treat a bruise on my hip (demonstrated on herself, left hip); I bruise real easy. I pulled my shorts up to show him the bruise. Larry said pressure on the bruise would help it drain. He could have taped the bruise but he tucked my shorts under my underwear (she demonstrated).

Q: How did you feel about that?
A: I didn't like it. I didn't think it was necessary. I mean! [sic].

Q: The incident that took place in the shed; did he ever approach you like that anywhere or anytime else?
A: No, just there.

Q: Was there anyone there, in or near the shed, who witnessed that he kissed you and treated you the way he did?
A: No, the team had already gone, waiting for their mothers.

Q: How do you feel about Larry now?
A: I don't want to be around him. I hate him.

Q: Did Larry ever tell you not to tell anyone else about his conduct towards you?
A: No.

Q: When the incident in the shed happened, why didn't you report this to anyone?
A: Because I didn't want too. I cried a lot during the nights when I was by myself. I thought it was a minor thing because I thought sexual harassment meant like proposing or having intercourse. This didn't seem serious.

D-0043
HCISD

Page 5, Espinosa, Cynthia – Statement.

Q:  When Larry proposed going on this cruise with him and suggesting that you tell your parents one thing but do another; how did you feel about that?
A:  I was kind of shocked that he would tell me to lie to my parents.  I wasn't going to do it.

Q:  Why did he trust you?
A:  At times I kept to myself.  I was distant from everyone.  I guess he knew I wouldn't tell anyone.  At that time was a period of time when I was the most sick.  Another girl on the soccer team started throwing up and I got blamed for influencing her.  They thought it was my fault.  Michael told me they didn't like me, my clothes and that I was a bad influence on all of the team.  She said that no one on the soccer team liked me.  She told me to leave the soccer table, so I left and started hanging around with Manny, Yamile and other kids.

Q:  Do the team members know anything about this matter between you and Larry?
A:  Some girls do, Lindsey.  Nadia wants to come complain about Larry.


Interviewer's Signature: _Alfredo Sosa_____    Date: _2-23-2001_

I, _Cindy Espinosa_____, verify that the above statement is true and accurate to the best of my ability.

Interviewee's Signature: _Cindy Espinosa_____    Date: _2-23-2001_

D-0044
HCISD

# HARLINGEN

**Consolidated Independent School District**



1409 E. Harrison   Harlingen, Texas 78550   Telephone: (956) 427-3400   Fax: (956) 427-3589

Harlingen High School South
1701 Dixieland Road
Harlingen, Texas 78552
(956) 427-3800

EXHIBIT *#4*

## STATEMENT

**SUBJECT'S NAME:** Mr. & Mrs. Martin Espinosa, parents of Cynthia Espinosa.
**DATE:** 02-22-2001
**TIME:** 1:07 p.m.
**LOCATION:** Office of Dr. Christina Garcia, Assistant Superintendent for Human Resources, J. Gordon Nix Support Center.

**INFORMATION DERIVED THROUGH THE INTREVIEW:**

This statement in concurrent with a statement taken from Cynthia Espinosa, their daughter, during her interview. Comments are additional remarks that clarify Cindy's comments during her interview.

Last New Year's Day we had our annual New Year's Day Open House. It's been a tradition for about ten years. Mostly family members attend; little children, the girl's friends, and other friends come by. He (Larry) called us to wish us a Happy New Year's Day; he was at another party in McAllen. I (Mrs. Espinosa) invited him to come over. Cindy found out I had invited him and she got real upset. She said that he's a teacher; he can't come to student's houses. He could get into trouble.

When Larry was at the house, she would stay in her room and did not come out. I tried to get her to mingle with the company, but she didn't want to. Now we understand why Cindy didn't want him over. We had no idea and didn't know why she was acting that way.

During the Christmas holidays, Larry called me (Mrs. Espinosa) and said to send Cindy to the school for treatment to an injury. Cindy refused. We didn't understand why, but now we do. She didn't want to be around him.

What made this harder was that Larry was very supportive about Cindy's illness. Since we came to this country, all the schools have been very supportive of our daughters and have helped our daughters in school. Treasure Hills Elementary, Coakley and South. The coaches have been very strict. I liked that.

D-0045
HCISD

**Page 2, Espinosa, Mr. & Mrs. Martin – Statement.**

A response to a question to Cindy regarding whether Larry called her at home:

Parents:  The other coaches were good.  Coach Medill, Coach Lundsford, Coach Engleman, (Cindy offered Coach Pedroza's name).  They always asked to speak to one of us first then they talked to Iliana.

Mr. Espinosa:  Last week another parent at a game, Dr. Cesar Costa-Luna and last season at the Mission Tournament, was real concerned.  His daughter, Nadia, was injured when she was involved in a head butt, last school year.  Larry went to help out and escorted Nadia off of the field by placing his arm around her.  Dr. Costa-Luna did not like this and said, "I don't like this trainer at all.  He doesn't have to hug her to treat a head butt."

He said, "I don't like this trainer at all."  On 02-13-2001 at Boggus Stadium, before the whistle blew to start the game, we were sitting with his wife.  We are personal friends.  The girls (the Espinosa daughters) are his patients.  He was going to be late to the game.  When he arrived, his first comment was, "I don't like that guy.  I'm a doctor and I don't touch my patients like that."

Nadia, his daughter, had butted heads with another girl.  She may have been a bit groggy but Larry walked her off the field with his arm around her.  He didn't like that at all.  He said, "I brought my camera, I'm going to get this guy."

Cindy was asked why Larry trusted her?

Mr. Espinosa commented:

The whole team knows about Cindy's illness.  Another girl started throwing up and Cindy got blamed for this girl starting to do the same thing.  The girls would sit together at a big table during lunch.  Michael Snyder was telling everyone at lunch that Cindy was responsible for the other girls throwing up.

Interviewer's Signature: _Alfredo Sosa_   Date: _3-6-2001_

I, _ESTELA ESPINOSA_, verify that the above statement is true and accurate to the best of my ability.

Interviewee's Signature: _Estela Espinosa_   Date: _03-06-01_

D-0046
HCISD

# HARLINGEN
**Consolidated Independent School District**



1409 E. Harrison   Harlingen, Texas 78550   Telephone: (956) 427-3400   Fax: (956) 427-3589

Harlingen High School South
1701 Dixieland Road
Harlingen, Texas 78552
(956) 427-3800

### Receipt of Parent and Student Rights

#5

Date: _2-23-2001_

I / We /, the parents / guardians of _Cynthia Espinosa_ , have received copies of Harlingen CISD Board Policies FNCJ (Legal), FNCJ (Local): STUDENT RIGHTS AND RESPONSIBILITIES: SEXUAL HARASSMENT / SEXUAL ABUSE and FNCJ (Exhibit), **Notice of Parent and Student Rights.**

_____   2/23/01
Parent / Guardian Signature          Date:

_____   _____
Parent / Guardian Signature          Date:

_____   _____
Student's Signature          Date:

D-0047
HCISD

# HARLINGEN
**Consolidated Independent School District**

1409 E. Harrison   Harlingen, Texas 78550   Telephone: (956) 427-3400   Fax: (956) 427-3589



Harlingen High School South
1701 Dixieland Road
Harlingen, Texas 78552
(956) 427-3800

**EXHIBIT**  *#6*

**STATEMENT**

**SUBJECT'S NAME:** Serda, Yamile Aboumrad, #633032486: Student – Harlingen HS South
**DATE:** 02-26-2001
**TIME:** 9:38 a.m.
**LOCATION:** Mr. Sosa's Office.

**INFORMATION DERIVED THROUGH THE INTREVIEW:**

Yamile stated that she had spoken to her parents and that is was okay for her to speak to me regarding the allegations against Larry Blunt.

I've known Cindy since we were very little but we started talking again last year (school) when I was a manager for the soccer team. Cindy told me about the incident near the end of the year last year (school year), I guess after she began to trust me. This was after it happened. I guess he would tell her things but she wouldn't tell me what he said. She told me about the incident in the shed. One time we were talking about her problems and things; she told me at my house. She was spending the night.

She was saying that Larry asked her if she wanted to ride the thing (golf cart). He told her he had to do something. They went to the back (shed behind the tennis courts). He was there and he didn't want to go back (to the main building). He started talking to her; he said I've been waiting to do this for a while, something to that effect. He started kissing her on the neck and I think trying to get to her lips. I don't think he made it. She stopped him. She left and didn't tell her parents. She made me promise not to tell anybody.

Q: Yamile, did you ever witness any of these behaviors that Larry is supposed to have acted out towards Cindy?
A: No.

Q: Is that all you know about this situation?
A: Recently, she told me she was in the training room. No one else was there and he started kissing her again.

Q: Do you know when this happened? The time or day it happened?
A: Two or three weeks ago. They pass by so quickly; I can't keep up.

**D-0048**
**HCISD**

Page 2, Serda, Yamile Aboumrad – Statement.

Q: Is there anything else you can tell me about what may have happened between Cindy and Larry?
A: I was talking to her mom and she told me about the New Year's Day thing. I went over and she told me about Cindy not wanting him there.


Interviewer's Signature: _Alfredo Losa_    Date: _2-26-2001_

I, _Yamile A. Serda_ , verify that the above statement is true and accurate to the best of my ability.

Interviewee's Signature: _YASerda_    Date: _2-26-01_

D-0049
HCISD

# HARLINGEN
**Consolidated Independent School District**

1409 E. Harrison   Harlingen, Texas 78550   Telephone: (956) 427-3400   Fax: (956) 427-3589

Harlingen High School South
1701 Dixieland Road
Harlingen, Texas 78552
(956) 427-3800

EXHIBIT    #7

## STATEMENT

**SUBJECT'S NAME:** Enriquez, Irma: Security Guard – Harlingen HS South.
**DATE:** 02-26-2001
**TIME:** 11:10 a.m.
**LOCATION:** Mr. Sosa's Office.

## INFORMATION DERIVED THROUGH THE INTREVIEW:

I informed Irma that Mr. Nava had mentioned to me that he had spoken to her and that she related that she had seen a parent and a student in the training room receiving treatments very early in the morning on several days. I asked her to describe what she had seen.

A lady was in there, the second week of my four-week treatment of therapy. She was on the treatment table. The lady says that she got there at 6:00 a.m. Larry said that the got there at 5:45 a.m. each day.

The lady said she hit her shin on the bed rail at home. She was putting her foot into the whirlpool. That lady would be there everyday. Her name is Corina, she has a daughter at school. I don't know her last name; I think Jesse does. Lately, she hasn't been there because Larry isn't there. She was there last Friday (02-23-2001).

I arrived at 6:05 a.m. that Friday, then she showed up. Today, there was no one else there. Heather said she wasn't going to get there early anymore because Larry's not there. There was one student there about four times, Jonelle, a basketball player. She would work on the weight room then go to the training room and Larry would hook her up to the ultrasound.

Q: Anything else that you can remember that you can tell me?
A: No, just that the lady comes in every day. I thought it was strange that a parent would be there getting treatment. I told Jesse. Jesse didn't comment. I thought it could a liability issue for the school.

Yes, the lady told me that she had been there to get treatment at lunch time, 12:00 noon a couple of times and in the afternoon.

D-0050
HCISD

Page 2, Enriquez, Irma – Statement.

Q: Anything else:
A: No sir.


Interviewer's Signature: _Alfredo Sosa_    Date: _2-26-2001_

I, _IRMA ENRIQUEZ_, verify that the above statement is true and accurate
to the best of my ability.
Interviewee's Signature: _Irma Enriquez_    Date: _2-26-01_

D-0051
HCISD

# HARLINGEN

**Consolidated Independent School District**

1409 E. Harrison   Harlingen, Texas 78550   Telephone: (956) 427-3400   Fax: (956) 427-3589

Harlingen High School South
1701 Dixieland Road
Harlingen, Texas 78552
(956) 427-3800

EXHIBIT    #8

STATEMENT

**SUBJECT'S NAME:** Bouler, Heather: Trainer – Harlingen HS South.
**DATE:** 02-26-2001
**TIME:** 2:30 p.m.
**LOCATION:** Mr. Sosa's Office.

**INFORMATION DERIVED THROUGH THE INTREVIEW:**

Q: How long have you been employed with the district?
A: I was employed, signed the contract, about March 10th. I spent time the last two days of the school year at South getting to know the operation of the athletic program.

Q: Have you heard anything about any inappropriate behavior from any male in the department towards any students?
A: No. I haven't heard anything.

Q: Have you heard anything, or has any female student confided in you about any inappropriate behavior or comments made towards them by anyone, adult, in the athletic department?
A: No. Usually I'm the one they are going to talk to if they talk to anyone. That seems to be the way it is. They come to me; I hear lots of things. Sometimes they are just everyday problems they don't know how to fix. If they are more serious, I send them to the principal.

Q: Have you sent anyone to a principal this year?
A: Yes.

Q: Whom did you send?
A: Janel Flowers.

Q: Can you tell me what it was about?
A: It dealt with Vanessa Cobarrubias and the situation that occurred in the Stars between Vanessa and Brittany Flowers. Apparently Janel had threatened Magen Morrow between classes in the hall one day. Janel is Brittany's cousin and Megan came in that afternoon and was telling me about it. I referred her, Megan, to Mrs. Daniels and Mrs. Daniels referred her to Mrs. Carrington.

D-0052
HCISD

**Page 2, Bouler, Heather – Statement.**

Q: Have the girls on the soccer team told you anything else?
A: Nadia Costa and Jaime Snyder came in Wednesday, February 21st., afternoon during fifth period and asked if they could talk to me in the office. Jamie didn't talk at all and Nadia said that some of our parents don't like Larry. Could you go to the soccer games with us the rest of the season? I told her yes, that would be fine.

Then, she asked me who was going to go with them tonight. I told her no one because Larry was out of town and I had to cover the baseball tournament at home but the trainer from Rivera was going to be there. They said okay and left.

Q: Who decides who covers which games?
A: It's just a mutual decision. We go with the students who feel the most comfortable with us. If they are not comfortable with you in an emergency situation, then problems could arise. Basically, they have to trust you and if they don't, it could be bad. By mutual agreement I worked the boys games because they were more comfortable with me and I got along better with coach Torres. Larry worked the girl's games. We never rode busses with them. We always drove our own out of town in for convenience and in case there was an emergency.

Since Larry was gone, I worked the girl's soccer game Saturday night. I had the trainer from Harlingen High cover the baseball tournament so I could get back and cover the soccer game at Boggus Stadium. When it comes to covering sports at home and they occur on the same night, you cover the one with the highest incidence of possible injury to students.

Q: You mentioned that some of the soccer parents don't like Larry. What is it that they don't like about him?
A: Only one set of parents dislike Larry. Nadia said some parents dislike him but the only one's I know about are hers. I can't tell you what they don't like, but Nadia said that her parents didn't like Larry. She told Larry that, Larry told me and he then turned her care over to me. He gave me all the information about Nadia going to Dr. Cynthia Garcia about her lower back.

I then tried to contact Dr. Garcia and was told that she would call me back. She never did. I asked Nadia to talk to Dr. Garcia to find out what we could do at school to minimize her time at the Dr.'s office for therapy. Nadia came back and said we could do ultra sound and backstretches at school. Every time she came in for therapy, she said she was going to therapy so we didn't do anything.

Q: Has anyone else, students, said anything else about Larry?
A: No. The kids love him. They tell us that having Larry and me is the best thing that ever happened to this school. We are there for them always. There are nights when we came home from a road trip and we didn't go home. We stayed and got ready for the next team to go out early the next morning. This was during football season when we would get home at 2:00 a.m. and stay to get ready to send the next team, usually freshman, to Corpus to play football.

D-0053
HCISD

Page 3, Bouler, Heather – Statement.

Lets put it this way; my only day off was Sunday.   It is still my only day off and sometimes Larry is with them seven days a week.

Interviewer's Signature: _____*Alfredo Sosa*_____    Date: 2-26-2001

I, *Heather Bouler*_____, verify that the above statement is true and accurate to the best of my ability.

Interviewee's Signature: *Heather Bouler*_____    Date: 2/26/01

D-0054
HCISD

# HARLINGEN

**Consolidated Independent School District**

1409 E. Harrison   Harlingen, Texas 78550   Telephone: (956) 427-3400   Fax: (956) 427-3589

Harlingen High School South
1701 Dixieland Road
Harlingen, Texas 78552
(956) 427-3800

EXHIBIT    #9

### STATEMENT

**SUBJECT'S NAME:** Blunt, Larry: Trainer, Harlingen HS South
**DATE:** 02-27-2001
**TIME:** 1:30 p.m.
**LOCATION:** Office of Dr. Christine Garcia, Asst. Sup. Of Dept. Human Resources. Nat Lopez, Attorney for Larry Blunt, Chris Boswell, Attorney HCISD, Dr. Christine Garcia, Asst. Superintendent for Human Resources attending.

### INFORMATION DERIVED THROUGH THE INTREVIEW:

Mr. Blunt was asked about a parent who had been reported as having received therapy at school for an injury she had sustained at home.
A: Her name is Corina Martinez, mother of Angela Martinez the student.  She got a bruise on her shin.  I was treating it at school a couple of weeks ago.

Q: Have you done this in the past, treat members of the community?
A: Yes, it's a good relations-with-parents thing.  We try to be helpful to them as well.  She went to her doctor.  He said she needed whirlpool treatment.  Her husband is unemployed, so she can do that treatment here and not have to pay.

Q: Do the other trainers do this as well?
A: Yes, sure.  We all have done game officials (treated them).

Q: Did you charge her for the treatments?
A: No.

Q: Do you know Cindy Espinosa?
A: Yeah.  I've known her about one calendar year.

Q: How well do you know her?
A: I know her well.  I've treated her injuries.  She plays Club Soccer.  Heather and I both have treated her.

**D-0055**
**HCISD**

**Page 2, Blunt, Larry – Statement.**

Q:  Do you remember last season; you reportedly took some water bottles to the shed behind the tennis courts.
A:  No.  Water bottles are kept in the training room.

Q:  Did you ever invite her to take water bottles to the shed?
A:  No.

Q:  Were you ever alone with her and kiss her on the neck?
A:  No.

Q:  Did you ever kiss her on the lips?
A:  No.

Q:  Did you ever ask her,  "Do you like this?"
A:  No.

Q:  Did you ever tell her that you loved her?
A:  No, not amorously.

Q:  Did you ever tell her in context, "You're a good girl, I love you."
A:  No.

Q:  Do you remember ever telling her, "You're the most beautiful girl in school."
A:  No.

Q:  Have you ever kissed her on the cheek for any reason?
A:  No.

Q: Do you remember an incident where she threw up at a practice, you told her to sit down, put a hot pack on her neck and covered her up with a blanket?
A:  Yes.

Q:  Did you lean over and kiss her while she was lying down?
A:  No.

Q:  Did you tell her that all she needed to feel better was to have an organism with you?
A:  No.

Q:  Did you ever ask her to go on a cruise with you?
A:  No.

Q:  Did you show her pictures you took while on a cruise?
A:  Yes.  They were posted on the door and on my desk for all to see.

**D-0056**
**HCISD**

Page 3, Blunt, Larry - Statement.

Q:  Did you ever ask her to go bicycle riding to the Island with you?
A:  No.

Q:  Did you tell her to stay at her sister's apartment in Austin so that she could go on a cruise with you?  (Her parents would think she was there when she was really on the cruise.)
A:  No.

Q:  Did you tell her that someday she could go with you and leave her parents?
A:  No.  I'm forty-eight years old.  Why would I want someone that young?

Q:  Do you know why she would say that you loved her?
A:  No, as I said, it was said in general context, not specifically to her.

Q:  Do you know why she might be mad at you?
A:  I don't know.  I work with a lot of kids and I probably made her mad at me for some reason.

Q:  Have you ever been alone with her?
A:  No.  I'm trying to think back that far.  I can't even think back to last year.

Q:  Did you ever ask her to meet you in the locker room?
A:  No, that's impossible.  The locker room is clear across the field.  Besides, they are not our locker rooms anyway.  They belong to the middle school.

Q:  Have you ever called her at home?
A:  Yes, to schedule treatment for her injuries.  Remember, all of my telephone numbers are posted in the locker room, i.e., beeper, cell phone and home number.

Q:  How long have you been employed by HCISD?
A:  I'm finishing my second year.

Q:  Where did you work before coming to Harlingen?
A:  Occupational Clinic in El Paso.  The Health South for three years.

Q:  Where did you work before that?
A:  In the schools before that.  Eight years in Brownsville, then I went to Corpus Christi for three years.

Q:  Why did you leave Brownsville?
A:   I resigned to go to Corpus Christi.

Q:  What did you do in Brownsville?
A:  I was the athletic trainer.

D-0057
HCISD

Page 4, Blunt, Larry – Statement.

Q: When you went to Corpus Christi, why did you leave?
A: I was burned out.

Q: Where did you go next?
A: El Paso. I was there ten years and then came to Harlingen because of Harlingen South.

Q: What has been the relationship with the Espinosa's?
A: Very good. Yes.

Q: Do you talk to her father?
A: Yes.

Q: What do you talk about?
A: Club Play, how the game is going and he helps me with my taxes.

Q: You said that Mrs. Espinosa consults you with problems?
A: She spoke to me about Cindy's anorexia; her health problems. She brought me a list of her medications, Cindy was going on a trip and Cindy was not eating. Mrs. Espinosa asked me see that she ate.

Q: Did you ever place your arms around Cindy?
A: Yes.

Q: Do you do this more with females or males?
A: There's no ratio. We do it to move students onto or off of tables, around or to escort them.

Q: Have you ever attend any in-service on Sexual Harassment?
A: No. Our in-service was on brain based learning. I'd have to say no, I haven't.

Q: Mr. Zamora didn't give you an in-service on Sexual Harassment?
A: No, I came in after that took place.

Q: Has anyone ever cautioned you about placing your arms around students?
A: No.

Q: Have you ever had any previous training on Sexual Harassment?
A: No, I don't remember. In the clinic there was but it was a patient / employer thing.

Q: Larry, when was the last time you treated Cindy?
A: Probably about a week or so ago.

Q: How did you treat her?
A: The nature of soccer is that it is a contact sport. The last time in the training room she had licked a fish in biology. She was sick and needed to wash out her mouth.

D-0058
HCISD

Page 5, Blunt, Larry – Statement.

Q: How do you treat injuries to female athletes?
A: If it is a bruise, like on the upper leg, we treat thru the clothing. We do not expose them at all.

Q: If the girl is wearing a long shirt, do you pull it up?
A: Yes but we pull it down. When they are on the tables, we turn the tables around so as not to expose females to the middle of the room.

Q: What do you do on an occasion where there is bleeding?
A: Knock on wood; we haven't had any bleeding under clothing. It could happen but there has not been any bleeding under the clothing yet. We would leave the clothing on. We would use Velcro to hold the pad on an injury. We will not allow a girl to come to the treatment room in a dress. We require them to come in shorts to be treated.

Q: During New Years, did the Espinosa's invite you to their house?
A: The Espinosa's invited me. Cindy asked mother to invite me while they were in the training room.

Q: Was Cindy there, at the party?
A: She was there but she was with her friends.

Nat Lopez asked some questions:

Q: Is the treating of outsiders a common practice?
A: Yes, it's a community service.

Q: The pictures: did others see the pictures? Could you provide specific names of students who saw the pictures?
A: Yes, I could.

Q: When was the last time Cindy came into contact with you?
A: During the day. She came in with a large bag; she wanted to leave in it the room. I tell them to leave them in my office, not loose in the room. They have shoes, money, clothes, etc. in them.

Q: When Cindy spoke to you, did you see anything in her to show that she was upset with you?
A: No. She came in from vomiting. Mr. Cortez was there then he excused himself.

Q: How long have you been a trainer?
A: Sixteen years.

Q: Other than these allegations, have you ever had any charges brought against you?
A: No, not even in the clinics.

D-0059
HCISD

**Page 6, Blunt, Larry – Statement**

Q: Do your students call you Larry?
A: Yes, but we are changing that. The former trainer, Todd Sorenson, wanted them to call him Todd, not Dr. or any other term. Alex (former head coach Alex Leal) wanted that changed.

Q: Are you aware of the HCISD policy that states that a male can't treat female students or must have another female present if treating a female, or a male if treating a male?
A: We work together as a team 99% of the time. We are together always.

Q: When was the first time that you learned that Cindy was involved in this situation?
A: Right now.

Q: In this room?
A: Yes.

Q: Cindy doesn't want anyone to know about her condition. When did you learn about it?
A: Last year. She was having problems, seeing a psychologist / psychotherapist.

Q: Who told you about this?
A: Both parents. I don't remember who told me first. Mother is very informative. Mother and I talked about how much better she was doing.

Q: What about seizures?
A: She would experience some minor seizures. She would jerk then relax, jerk then relax.

Q: Did you call the nurse?
A: No. I wasn't sure if one was available.

Q: Why did you say she had seizures?
A: Her physical movements. She wasn't unconscious. She was ready to return to class.

Interviewer's Signature: _Alfred Sosa_     Date: _2-27-2001_

I, _____, verify that the above statement is true and accurate to the best of my ability.

Interviewee's Signature: _____     Date: _____

_Mr. Blunt did not return to work with the district. He submitted a letter of resignation on 3-1-01_
_Kristina Garcia_

D-0060
HCISD

# HARLINGEN

**Consolidated Independent School District**

1409 E. Harrison  Harlingen, Texas 78550  Telephone: (956) 427-3400  Fax: (956) 427-3589

Harlingen High School South
1701 Dixieland Road
Harlingen, Texas 78552
(956) 427-3800

03-30-2001

Mr. and Mrs. Martine Espinosa
2901 Haine Drive #2001
Harlingen, Texas 78550

*# 10*

Dear Mr. and Mrs. Espinosa:

This letter follows our last meeting and is written to advise you that we have concluded our investigation regarding the allegations of inappropriate behavior and comments made by Mr. Larry Blunt toward your daughter. As a matter of procedure, our investigation involved speaking to everyone whose name was brought to my attention by Cynthia and anyone who was name was brought to me during the interviews. All of the information that I gathered during the course of the investigation was forwarded to the Department of Human Resources.

I do want to thank Mrs. Espinosa and Cynthia for coming forward and reporting these allegations. Coming forward was the right and correct step to take. Cynthia is to be commended for making such a bold and intelligent decision. As a result of the investigation there should be no further incidents.

While I am not a liberty to disclose the specific findings of the investigation, due to confidentiality laws protecting the rights of all parties involved, rest assured that the administrative staff has taken appropriate action in response to the data gathered.

We regret that Cynthia has experienced any discomfort by this incident and hope that she will move forward and continue to prosper in pursuit of her continuing education. Her education, comfort and well-being is important to us. Please feel free to contact me or Mr. Nava at any time in the future should the need arise. I will continue to monitor Cynthia regarding this incident.

Sincerely,

*Alfredo Sosa*

Alfredo Sosa
Assistant Principal
Campus Title IX Investigator
Harlingen High School South

D-0061
HCISD