STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CYNTHIA ESPINOSA,<br>Plaintiff<br><br>vs.<br><br>HARLINGEN CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT and<br>LARRY B. BRUNT,<br>Defendants | §<br>§<br>§<br>§ CIVIL ACTION NO. B-04-052<br>§<br>§<br>§<br>§<br>§<br>§ |

## PLAINTIFF'S ANSWERS TO INTERROGATORIES, ANSWERS TO REQUEST FOR ADMISSIONS AND RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

To:   Defendant, Harlingen Consolidated Independent School District, by Counsel of Record, Bridget Robinson, Walsh, Anderson, Brown, Schulze & Aldridge, P. C.

Plaintiff hereby provides pursuant to Federal Rules of Civil Procedure Answers to Interrogatories, Answers to Request for Admissions and Responses to Request for Production of Documents propounded in the above cause.

Janice A. Cassidy, P.C.
550 North Sam Houston
P.O. Box 592
San Benito, TX 78586
(956) 399-3327
(956) 399-0688

By: /s/ Janice A. Cassidy
JANICE A. CASSIDY
State Bar No. 03979210
Federal Admission No. 17656
*Attorney for Plaintiff*

3

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Federal Rules of Civil Procedure on May 24, 2004 via regular mail with certificate of mailing.

*/s/ Janice A. Cassidy/*
JANICE A. CASSIDY
*Attorney for Plaintiff*