STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CYNTHIA ESPINOSA,<br>Plaintiff<br><br>vs.<br><br>HARLINGEN CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT and<br>LARRY B. BRUNT,<br>Defendants | §<br>§<br>§<br>§  CIVIL ACTION NO. B-04-052<br>§<br>§<br>§<br>§<br>§<br>§ |

## PLAINTIFF'S FIRST SUPPLEMENTAL ANSWERS TO INTERROGATORIES, AND FIRST SUPPLEMENTAL RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

To:   Defendant, Harlingen Consolidated Independent School District, by Counsel of Record, Bridget Robinson, Walsh, Anderson, Brown, Schulze & Aldridge, P. C.

Plaintiff hereby provides pursuant to Federal Rules of Civil Procedure First Supplemental Answers to Interrogatories and First Supplemental Responses to Request for Production of Documents propounded in the above cause.

                                      Janice A. Cassidy, P.C.
                                      550 North Sam Houston
                                      P.O. Box 592
                                      San Benito, TX 78586
                                      (956) 399-3327
                                      (956) 399-0688

                                      By: _/s/ Janice A. Cassidy_____
                                      JANICE A. CASSIDY
                                      State Bar No. 03979210
                                      Federal Admission No. 17656
                                        *Attorney for Plaintiff*

4

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Federal Rules of Civil Procedure on August 25, 2004 via regular mail with certificate of mailing.

*[signature: Janice A. Cassidy]*

JANICE A. CASSIDY
*Attorney for Plaintiff*

towards you by Larry Brunt, and include in your answer the date of each act, the identity of the person or persons who may have witnessed each act, and the date the act was reported by Plaintiff to the District.

Answer: See Original Petition on file in this cause or as amended; See Plaintiff's statement already in Defendant's possession.

Interrogatory No. 17: Please describe all evidence that supports your contention that the District was aware of Larry Brunt's inappropriate conduct towards female students.

Answer: Defendant HCISD employees and Trustees attended the soccer games during which Mr. Brunt's behavior was obvious.

Interrogatory No. 18: Please describe all evidence that supports your contention that the District failed to take corrective action against Larry Brunt.

Answer: Defendant HCISD failed to instruct Defendant Brunt in proper conduct when dealing with minor female students; Defendant Brunt's statement confirms HCISD's failure to train him regarding appropriate conduct with students particularly female students; Defendant HCISD took no action against Defendant Brunt until Dr. Costa Luna demanded his termination; Defendant HCISD continued to refer female students to the office of Dr. Cartwright in which Defendant Brunt was immediately employed following his HCISD resignation.

Interrogatory No. 19: Please describe all evidence that supports your contention that the District allowed inappropriate behavior by Larry Brunt towards female students.

Answer: Defendant HCISD failed to instruct Defendant Brunt in proper conduct when dealing with minor female students; Defendant Brunt's statement confirms HCISD's failure to train him regarding appropriate conduct with students particularly female students; Defendant HCISD took no action against Defendant Brunt until Dr. Costa Luna demanded his termination; Defendant HCISD continued to refer female students to the office of Dr. Cartwright in which Defendant Brunt was immediately employed following his HCISD resignation.

Interrogatory No. 20: Please identify all students whom you claim were subjected to inappropriate conduct by Larry Brunt.

Answer: See Plaintiff's statement in Defendant's possession.

**Supplemental Answer:**   Plaintiff is not currently aware of any other student.


Interrogatory No. 21:   Please describe all evidence that supports your contention that the District exhibited a reckless disregard for the Plaintiff and her safety and protection.

Answer:   Defendant HCISD failed to instruct Defendant Brunt in proper conduct when dealing with minor female students; Defendant Brunt's statement confirms HCISD's failure to train him regarding appropriate conduct with students particularly female students; Defendant HCISD took no action against Defendant Brunt until Dr. Costa Luna demanded his termination; Defendant HCISD continued to refer female students to the office of Dr. Cartwright in which Defendant Brunt was immediately employed following his HCISD resignation.

**Supplemental Answer:**   Brunt's statement provided by HCISD indicates that he was unaware of any policy that prohibited a male to treat a female student. He also states that he was never told not to put his arm around a female student. Why did the HCISD employees who attended the soccer games and witnessed both of these infractions of an alleged school policy not correct or reprimand Brunt's behavior?


Interrogatory No. 22:   Please describe all evidence that supports your contention that the District failed to supervise the conduct of Larry Brunt.

Answer:   Defendant HCISD failed to instruct Defendant Brunt in proper conduct when dealing with minor female students; Defendant Brunt's statement confirms HCISD's failure to train him regarding appropriate conduct with students particularly female students; Defendant HCISD took no action against Defendant Brunt until Dr. Costa Luna demanded his termination; Defendant HCISD continued to refer female students to the office of Dr. Cartwright in which Defendant Brunt was immediately employed following his HCISD resignation.

**Supplemental Answer:**   It is obvious from the questions posed to Mr. Brunt as part of the investigation in this case that his treatment of persons other than students in the training room had gone on for a period of time without any knowledge on the part of HCISD supervisory personnel. How often did anyone go to the training room to supervisor Brunt's activities?

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA L. ESPINOSA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-04-052 |
| | § | |
| HARLINGEN CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT and | § | |
| LARRY B. BRUNT, | § | |
| Defendants. | § | |

**PLAINTIFF'S VERIFICATION**

THE STATE OF TEXAS   §
   §
COUNTY OF Cameron   §

BEFORE ME, the undersigned authority, on this day personally appeared Cynthia L. Espinosa, who being by me duly sworn on her oath deposed and stated that she is the Plaintiff in this suit; that she has read Plaintiff's Answers to Defendant Harlingen C.I.S.D.'s Interrogatories; and that every statement contained therein is within her personal knowledge and is true and correct.

_Cynthia L. Espinosa_
Cynthia L. Espinosa
AFFIANT

SUBSCRIBED AND SWORN to before me on this 24th day of August, 2004.

_Joel P. Smith_
NOTARY PUBLIC, STATE OF TEXAS

JOEL P. SMITH
Notary Public
State of Texas
My Commission Expires
March 26, 2008

9