UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CYNTHIA L. ESPINOSA )(
Plaintiff )(
)(
VS. )( CIVIL ACTION NO. B-04-052
)(
HARLINGEN CONSOLIDATED )(
INDEPENDENT SCHOOL )(
DISTRICT and LARRY B. BRUNT)(
Defendants )(

---

ORAL DEPOSITION OF
CYNTHIA L. ESPINOSA
NOVEMBER 4, 2004

---

ORAL DEPOSITION OF CYNTHIA L. ESPINOSA, produced as a witness at the instance of the DEFENDANT HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, taken in the above styled and numbered cause on NOVEMBER 4, 2004, reported by DONNA McCOWN, Certified Court Reporter No. 6625, in and for the State of Texas, at the offices of Willette & Guerra, L.L.P., 1534 East 6th Street, Suite 200, Brownsville, Texas, pursuant to the Federal Rules of Civil Procedure.



APPEARANCES

COUNSEL FOR PLAINTIFF:

JANICE A. CASSIDY
LAW OFFICE OF JANICE A. CASSIDY
550 North Sam Houston Boulevard
San Benito, Texas 78586

COUNSEL FOR DEFENDANT HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT:

BRIDGET R. ROBINSON
WALSH, ANDERSON, BROWN,
SCHULZE & ALDRIDGE, P.C.
6300 La Calma, Suite 200
Austin, Texas 78768

COUNSEL FOR DEFENDANT LARRY B. BRUNT:

EILEEN M. LEEDS
WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520

ALSO PRESENT:
Christina Garcia
Donna Dahlen

Q. What caused the meniscal tear?
A. I just think it was playing and just -- I mean, I -- it was like a point -- that was a point in my life when I was playing a lot, and I was playing on two different teams, and so I guess it was just overexcessive exercise.
Q. You were playing soccer?
A. Yes, ma'am.
Q. And you were on two soccer teams?
A. Yes, ma'am.
Q. But that was over time? It wasn't one event that you remember happening where the tear likely occurred?
A. No. It was the second surgery where I remember it was in one game where -- where it happened.
Q. And that was also a soccer game?
A. Yes, ma'am.
Q. What kind of surgery have you had on your nose?
A. I was punched, and it was -- it broke, and they just, I guess, reconstructed it or something.
Q. When was that?
A. I was in 8th grade also.
Q. Who punched you?
A. It was during a basketball game. I don't even know her name. It was somebody from Weslaco, over

there.
Q. Was it intentional or just elbows flying?
A. I guess it was just elbows flying. I didn't even remember it. It happened too fast.
Q. Who was your surgeon?
A. That -- that doctor was here in Harlingen, and I -- I don't recall his name.
Q. Do you remember where you had the surgery?
A. At Valley Baptist.
Q. You said that was also in 8th grade?
A. Uh-huh.
Q. Is that yes?
A. Uh-huh. Yes, ma'am. I also want to add -- I forgot -- just this past year, I had surgery too in my cervix.
Q. Where did that surgery take place?
A. Here in Harlingen.
Q. What location in Harlingen?
A. In Valley Baptist.
Q. Why did you have surgery?
A. They said that they had found some abnormal cells, and they just wanted to get rid of them through laser.
Q. Were they detected on your annual exam?
A. Yes, ma'am.

Q. So that was not a surgically invasive procedure. It was just a laser?
A. Yeah, it was just like a laser.
Q. Was that surgery successful?
A. Yes, ma'am.
Q. Was the surgery for your nose successful?
A. Yes, ma'am.
Q. Are those the only hospitalizations you can recall?
A. Yes, ma'am.
Q. Have you ever been hospitalized for your eating disorder?
A. No, ma'am.
Q. When were you first diagnosed with an eating disorder?
A. It was about -- towards the end of my freshman year.
Q. How long had you had an eating disorder before it was diagnosed?
A. Maybe a couple of months.
Q. So it began during your freshman year?
A. Yes, ma'am.
Q. Now, what type of eating disorder did you have, Ms. Espinosa?
A. I started off restriction, not eating, which is

anorexia, and it pretty much went to being bulimic.
Q. How long did you have anorexia before it developed into bulimia?
A. I would say after it -- it was, like -- I started with it a couple of months -- I got diagnosed, and then it was a couple of months after that. And then I was told that if I didn't eat, I couldn't play. So that's when I started eating and throwing up.
Q. I guess that would have been toward the middle or the end of your freshman year that it developed into bulimia?
A. Yeah. Maybe towards the end, yeah.
Q. Who first diagnosed your condition?
A. I don't remember the -- the doctor's name, but it was at Dr. Torkildsen's office.
Q. Where is his office?
A. Well, it was located on Ed Carey, but I think he moved it.
Q. What kind of doctor is Dr. Torkildsen?
A. I guess, like, one of those general doctors. Like a family practice.
Q. He's an MD --
A. Yes, ma'am.
Q. -- medical doctor.
Did he diagnose it on one of your regular

Page 38

exams?
A. Can you repeat the question?
Q. Sure. Was it a regular checkup on which he diagnosed it, or had you been taken to him specifically to try to help you through this disorder?
A. I had been taken to him specifically.
Q. Was he your general practitioner?
A. No. It was just because his daughters played on my team, and that's why we went to him.
Q. Who took you to him?
A. My mother.
Q. Tell me the series of events that led up to your mother taking you to the doctor. Had y'all been talking about the fact that she saw you were losing weight and wanted you to get help, or had you tried to explain it away in terms of illness? What happened for you to finally be diagnosed?
A. Actually, we were at a practice, and we were doing our -- our mile run, what we do every day after -- I mean, after practice, and I ended up passing out on the third lap. And that's when, I guess, everything came out that I hadn't eaten and stuff.
Q. Was that a soccer practice?
A. Yes, ma'am.
Q. Were you still playing basketball during your

Page 39

freshman year?
A. No, ma'am.
Q. But you were on two soccer teams?
A. Yes, ma'am.
Q. What two teams were you on?
A. I was on the school team and the city league team.
Q. Was it during practice for your school soccer team or the city league team that you passed out?
A. For city league.
Q. Who was the coach?
A. Coach Gramley and Coach Roland Martinez. Roland Martinez.
Q. Who was it who told your mother that you had not been eating?
A. Well, I confessed it to Mrs. Torkildsen, and Mrs. Torkildsen talked to my mom.
Q. Why did you talk to Mrs. Torkildsen about it?
A. Because she approached me after I was, I guess, regaining consciousness. She was, like, well, "What's going on?" you know.
Q. Dr. Torkildsen is her husband?
A. Yes, ma'am.
Q. And that's why you saw him?
A. Yes, ma'am.

Page 40

Q. Did he refer you to any other doctor?
A. To a psychiatrist.
Q. To whom was that that he referred you?
A. Oh, it was in Valley Baptist Behavioral Services, and his first name was -- I think his name was Gonzalez or --
Q. Was he a psychiatrist himself or a psychologist? Counselor? Therapist? Do you recall?
A. He was a psychiatrist.
Q. Did you start treatment with him?
A. Yes, ma'am.
Q. When did you start treatment?
A. Pretty much immediately after that incident, after I got diagnosed.
Q. How often did you have visits with the psychiatrist?
A. I met him once a month, and I met with a therapist once a week.
Q. Who was the therapist?
A. I had a couple of different ones.
Q. Who was the first one?
A. Roy. That's what I know him as.
Q. How long was he your therapist?
A. I don't remember.
Q. Who was your next therapist?

Page 41

A. Cathy.
Q. You met with her once a week also?
A. Yes, ma'am.
Q. Do you know Cathy's last name?
A. No.
Q. How long was she your therapist?
A. I don't remember.
Q. And who was the next therapist?
A. Then it was Adriana Ocanas.
Q. You said Adriana?
A. Adriana.
Q. And what's her last name?
A. Ocanas.
Q. How long was she your therapist?
A. For about a year, year and a half.
Q. Did you have any therapist after her?
A. Yes. Her name was -- I forget her name. I -- I totally forgot her name. I don't know. She was in Harlingen. Karen -- Karen Snodgrass.
Q. How long was she your therapist?
A. For a couple of months.
Q. Were all of these therapists at Valley Baptist Behavioral Services?
A. No, ma'am. Just up to Cathy.
Q. And then where is Cathy?

A. Uh-huh, yeah. Mainly depressive episodes more than manic.

MS. CASSIDY: Could we take a break?

MS. ROBINSON: Certainly.

(Brief recess)

Q. Ms. Espinosa, is there any reason following the morning break that you would not be able to give accurate and truthful answers in response to my questions?

A. No, ma'am.

Q. I asked you to provide me with copies of documents you reviewed to prepare for your deposition, and you have brought me some documents from the investigation conducted by Harlingen Consolidated ISD that it appear begin, as far as Bates labelling, to be D-0035, and go through D-0061, all produced by Harlingen Consolidated ISD.

Did you review all of these documents to prepare for your deposition?

A. I pretty much just reviewed mine, my statement.

Q. I noticed that the statement that is on top is the transcript of the interview with Larry Brunt. Is that on top because that's what you had read last, or why is this on top?

A. I don't know. It was just the order that it

was in.

Q. Did you review any documents other than these investigative documents to prepare for your deposition today?

A. No, ma'am.

Q. How many times did you review these documents?

A. I read my statement, maybe, about twice.

Q. Did you see any inaccuracies in your statement?

A. No. They were pretty much accurate.

Q. Were there things in your statement that you would not have remembered, that it refreshed your recollection to read your statement?

A. Yes, ma'am.

Q. Have you seen the actual lawsuit that was filed in this case, either the original petition or the amended petition, that was filed on your behalf?

A. No, ma'am.

Q. When did you first meet Larry Brunt?

A. I met him at -- it was at the Cardinal fields. It was during a game.

Q. Was he the trainer at that time?

A. Yes. Todd had just left, so they made him the trainer.

Q. What grade were you in?

A. I was a sophomore.

Q. What part of your sophomore year was it?

A. It was, pretty much, in the -- close to December, because it's the preseason games around there.

Q. So it was almost midterm?

A. Uh-huh.

Q. That's a yes?

A. Yes, ma'am.

Q. When does soccer season start?

A. In January.

Q. And when does it end?

A. Just depending on how far you go, but typically, April.

Q. When did you stop playing basketball?

A. In 8th grade.

Q. Why did you not play it once you reached high school?

A. Because the season, the basketball season, the soccer season, they would overlap.

Q. Did you play any sports in school other than basketball and soccer?

A. I played -- in 7th grade, I played volleyball. That's it.

Q. Why did you not continue to play volleyball in high school?

A. I didn't really like it that much.

Q. When you went to school at Harlingen South, in what activities were you involved other than soccer?

A. The National Honor Society. That's it. Just soccer and the National Honor Society.

Q. Did you hold any offices in the National Honor Society?

A. No, ma'am.

Q. Did you ever hold offices with student council or anything like that?

A. No, ma'am.

Q. Did you participate in any other extracurricular activities at Harlingen South?

A. I tried swimming one year but just for a little while.

Q. What year was it that you tried swimming?

A. I don't remember.

Q. But it was in high school?

A. It was in high school, yes.

Q. Before you met Larry Brunt, had there been injuries that you had received while you played sports?

A. Well, yeah. After my first surgery, you know, just my knee was always more susceptible to injuries and stuff like that.

Q. Did you ever have it wrapped by the trainer at

Page 58

that time?
A. No. I never played with a wrap.
Q. Did you ever receive treatment from a trainer for any of your injuries before Larry Brunt became trainer?
A. From Todd my freshman year, yes.
Q. And what was Todd's last name?
A. I don't remember. Everybody called him Todd.
Q. What kind of treatment did you receive from Todd your freshman year?
A. I mean, just icing basically or putting, like, Ben-Gay or something, you know.
Q. Do you remember any other type of treatment you received from Todd?
A. No, ma'am.
Q. Was Todd the only trainer for Harlingen South?
A. At the time, yes.
Q. Had Todd ever said anything to you about your eating disorder?
A. No, ma'am.
Q. Had he ever said anything to you about it appeared that you were thinner than you should be?
A. No, ma'am.
Q. You were already receiving treatment for anorexia and bulimia, though, during your freshman

Page 59

year, correct?
A. Yes, ma'am, towards the end.
Q. Even though you have not seen the lawsuit that was filed on your behalf in this lawsuit, do you understand that as part of this lawsuit you are contending that Mr. Brunt touched you inappropriately?
A. Can you repeat the question?
Q. Yes, ma'am. Tell me what you understand to be the basis of your lawsuit against the Harlingen Consolidated Independent School District.
A. That I was sexually harassed by Larry Brunt.
Q. Tell me the first time you feel that you were sexually harassed by Larry Brunt.
A. Probably when he would kiss me on the cheek and tell me that he loved me or that I was the most beautiful girl in school.
Q. When was the first time that happened?
A. I don't really recall a specific date.
Q. What year were you in?
A. My sophomore year. That's when he came.
Q. How many times did he kiss you on the cheek?
A. Too many to count.
Q. Where did those encounters take place?
A. Usually in the training room where nobody was there, or outside, he'd come watch practices and just

Page 60

kind of sneak one in real quick or something.
Q. Did anyone ever see Larry Brunt kiss you on the cheek?
A. No, ma'am.
Q. Did anyone ever hear him say that he loved you?
MS. CASSIDY: Objection, form.
Q. You may respond.
A. I don't know.
Q. Was there ever anyone around when he said he loved you?
A. I don't know.
Q. Well, did he do it in front of people?
A. He tried not to I guess.
Q. Do you remember him ever doing it at a game, for example?
A. Yes.
Q. So there were other people around during the games.
A. Uh-huh.
Q. Who would be standing around? Would the coaches and other players?
A. I mean, we would be standing there, but nobody would really be around us, you know, and he'd just whisper in my ear.
Q. Was there ever anyone in the area when he told

Page 61

you that you were the most beautiful girl in school?
A. I don't remember that.
Q. How many times did Mr. Brunt say he loved you?
A. A lot of times.
Q. When was the first time?
A. Probably one of the first times that I ever really -- after I met him, he was just, like, "I love you." I don't know.
Q. Would that have been during your sophomore year?
A. Yes, ma'am.
Q. How many times did Mr. Brunt tell you that you were the most beautiful girl in school?
A. I don't know. A lot of times.
Q. Do you remember the first time?
A. No.
Q. Did you ever hear Mr. Brunt tell any of the other players that they were pretty or beautiful or anything like that?
A. No, ma'am.
Q. Did you ever hear him tell any other students that he loved them?
A. No, ma'am.
Q. Did you ever hear Mr. Brunt give any other students compliments?

Page 66

South High School?
A. Well, in front of the athletic department.
Q. Did you even go into the athletic department to see if anyone was in there?
A. After that?
Q. Yes, ma'am, when he dropped you off.
A. No. Lindsey's mom was already there. Lindsey was waiting for me in the car.
Q. What's Lindsey's last name?
A. Lindsey Gramley.
Q. Is her mother's name also Gramley?
A. Yes. Denise Gramley.
Q. Did you tell Ms. Gramley anything?
A. No, ma'am.
Q. Did you tell Lindsey anything?
A. No, ma'am.
Q. When you got home, did you tell your parents anything?
A. No, ma'am.
Q. Why not?
A. I was so scared I didn't know what to do.
Q. When was the next time Mr. Brunt did something inappropriate with you or did something you considered to be sexually harassing?
A. Another incident was -- I was at practice one

Page 67

time, and I had thrown up at practice. So they sent me to the trainers' room to just kind of go and lay down and something, and Larry put a hot pack on my neck, and he gave me a cover, and he laid down, and he kissed me again.
Q. Where did he kiss you?
A. He kissed my cheek. And he whispered in my ear that if he could just get under the covers with me, I wouldn't even know what he would do to me, just the endless amount of things that he wanted to do with me under those covers.
Q. What did you say?
A. I didn't say anything.
Q. He wasn't under the covers with you, though, was he?
A. No. He whispered in my ear.
Q. Did he do anything else?
A. No. I don't recall.
Q. Was that still during practice?
A. Uh-huh.
Q. That's a yes?
A. Yes, ma'am.
Q. Who was your coach who was there at practice?
A. Omar.
Q. And who else was there at practice?

Page 68

A. Just Omar.
Q. Were any of the student trainers there?
A. Nobody was there in the training room.
I do recall after him telling me that, a couple of people did show up to buy, like, ice cream or something, because they would sell ice cream there.
Q. They sold ice cream in the training room?
A. Uh-huh, yes, ma'am.
Q. So people had came into the training room to buy ice cream?
A. Yeah. And he just -- just kind of left me and went to go attend to them.
Q. How many players were on your team at that time?
A. Roughly, between 18 and 22.
Q. Were the players required to attend all the practices?
A. Uh-huh, yes, ma'am.
Q. How often did y'all have practice?
A. Every day until 5:00.
Q. When did it begin?
A. During 5th period and then carried on until about 5:00. So it was about -- close to three hours, two-and-a-half.
Q. Did you stay in the training room during the

Page 69

entire practice, or did you go back out?
A. I don't remember what I did.
Q. Why didn't you tell Coach Omar what had happened?
A. I don't know. I guess for the same reason. I was scared.
Q. Who picked you up that day? Do you remember?
A. It was either my mom or Lindsey's mom, because we would carpool.
Q. Did you tell either one of them what had happened?
A. Huh-uh.
Q. That's a no?
A. No, ma'am.
Q. Did you tell anybody at Harlingen South what had happened?
A. No, ma'am.
Q. Why not?
A. I don't know. I was scared. I didn't think anybody would believe me.
Q. Did you ever think about getting a tape recorder and recording it so you would have proof that he was doing this to you?
A. No, I never thought about that.
Q. Did you ever tell any of your friends what

Mr. Brunt was doing?
A. No. It wasn't until later that I finally reported it, that I told a couple of people.
Q. And until you finally reported it, you had not told anybody about it?
A. Nobody.
Q. What else did Mr. Brunt do to you?
A. There was another incident where I had a -- a bruise on my -- on -- on my -- close to my hip, kind of like on the top part of my hamstring.
And he said that, like, putting pressure on the bruise would help drain it. So he taped my leg. But while he was doing that, he tucked -- he actually tucked my shorts into my underwear and felt around there.
Q. He tucked the bottom side of your shorts, the leg part?
A. Yeah. The front part into my -- the side of my underwear, like that. And he was just, kind of, tucking it in for a while.
Q. When was that?
A. I don't remember. It was sometime before practice where I was going to get ready to go out there.
Q. This was still in your sophomore year?

A. Yes.
Q. Were you in the training room?
A. Yes.
Q. Were there other people in there?
A. I don't think so.
Q. But it was before practice?
A. I think it might have been before practice. I don't know.
Q. Did you and the other players change in the training room, or did you have other changing quarters?
A. We had our own locker room.
Q. Did you tell anyone what Mr. Brunt had done then?
A. No, ma'am. He made it seem like it was part of procedure.
Q. How did he do that?
A. I don't know. Just the way he just did it and everything, it was kind of like -- doing it real fast like he -- like if he was supposed to do it, you know.
Q. And you're describing, what I understand to be, tucking the leg portion of your shorts up underneath the bottom elastic band of your underwear, correct?
A. Yes, ma'am.
Q. And you were talking about tucking it up underneath the elastic band, that's part of the leg

band on the underwear, correct?
A. Well, in the crotch. Like, right here in the crotch.
Q. On the leg band part that's closer to the inside of your thigh?
A. Right.
Q. Why didn't you ever tell anybody at the high school what was happening?
A. I was too scared to.
Q. Why didn't you tell any -- either of your parents?
A. I didn't -- I didn't know. I mean, they liked him, so I didn't even think -- I mean, once -- when I even told them that this was happening to me, they were even like, "what," kind of shocked about it, you know, like nobody could expect it of him or something.
Q. How did they know Mr. Brunt?
A. He wanted to get to know my parents well. I don't know why.
Q. Was he a family friend?
A. No. I mean, just when we met him, he wanted just to get to know everybody for some reason.
Q. Is there anything else that Mr. Brunt did that you considered to be sexual harassment?
A. He proposed, like, for me to lie to my parents

or get in a fight with my parents and just run away with him. He would -- wanted -- he wanted to take me on a cruise. He wanted me to just live with him, just get on a -- he was like, "Just tell your parents you're going to Austin to visit your sisters or something and just come stay with me." Or -- I don't know.
Q. How did you respond to him when he would say things like that?
A. I was, like, totally shocked. I was like, "Why would you want me lie to my own parents?" I didn't understand.
Q. How long would those conversations last?
A. I don't know. I didn't really say anything. He -- he would be the one that would mostly do all the talking. I guess as long as there was nobody around, he would say all these things to me. Then once somebody came, he'd just start acting different.
Q. Where did those conversations take place?
A. Well, the whole cruise thing, he actually proposed that to me at the tournament in Mission, which is like a preseason tournament --
Q. Uh-huh.
A. -- and he actually brought pictures. And he showed me, and he told me that these are the kind of things I would be seeing if I went with him.

Page 78

Q. What school year was that?
A. I don't remember. It was -- had to have been either my junior or -- or sophomore year, one of those two.
Q. Were your parents home when he came over?
A. Yeah. My parents didn't understand why I was so upset, but -- I guess -- you know.
Q. Who let him in?
A. My mom and my dad.
Q. Did he actually come into the house?
A. Yes, ma'am.
Q. What part of the house did he come in to?
A. To the living room.
Q. Did he go anywhere else in the house?
A. Maybe to the bathroom. And then the bathroom is in my room, so he had to go through my room.
Q. Did he actually give you the bottle of wine?
A. Uh-huh.
Q. That's a yes?
A. Yes, ma'am.
Q. In front of your parents?
A. Yes.
Q. What did your parents say?
A. They were just kind of shocked. Now, why would he give me some alcohol if I'm not even over the age?

Page 79

Q. Did you accept it or refuse it?
A. I just grabbed it and put it down and left my -- and went to my room. I exchanged maybe, like, two or three words with him that night, because I was so scared that now he knew where I lived. He knew where I slept. He knew where my window was. He knew everything about me now.
Q. Who were the friends you had over for that New Year's Eve?
A. Manny -- Manuel.
Q. He was your boyfriend?
A. Yes.
Q. Who else did you have over?
A. I don't remember. Maybe Yamile. I think Yamile was there too.
Q. Who's that?
A. Yamile.
Q. That's also a boy?
A. No. That's a girl.
Q. And what's her last name?
A. Cerda.
Q. Did you tell them what had happened?
A. I told Yamile what had happened after I pretty much told my mom, and my mom told my therapist, and the therapist told the school or whatever, because Yamile

Page 80

was pretty much the only person at that time that was really talking to me, so --
Q. Why is that?
A. I don't know. A lot of girls on the soccer team didn't like me that much because I wasn't very social with them or something.
Q. Did you tell your parents after Mr. Brunt brought you the bottle of wine at New Year's why you were uncomfortable being in the room with him?
A. No. I didn't tell them until months and months later. They didn't understand. They were still kind of like, "What's going on? Why is she acting this way?" They thought I was just being stubborn or something.
Q. Were your parents the first people you told about Mr. Brunt?
A. My mother.
Q. When did you finally tell your mother?
A. I don't remember the specific date.
Q. What school year were you in?
A. It was my junior year.
Q. Did Mr. Brunt ever do anything else to you that you considered to be sexual harassment?
A. He would just -- I don't know.
Q. Other than the areas that you've told me he

Page 81

touched you, did he ever touch you anywhere else?
A. One time at a game, I had a hurt shoulder. And he would, kind of, put his arms -- hands over my breasts.
Q. Was that on the outside of your clothing?
A. Yeah.
Q. What kind of shoulder injury did you have?
A. I don't know. I guess I must have just got hurt falling down on it wrong or something, and I just had a hurt shoulder.
Q. Did you get it wrapped or something?
A. No. He just touched me real quick, and he was like, "Oh."
Q. Did he actually touch any part other than your shoulder?
A. Just right here, in this area.
Q. Did he actually put his hand on the outside of your breasts on top of your clothing, or --
A. Yeah, on top of my breasts on the outside of my clothing.
Q. And that was at a game?
A. Yeah.
Q. What game was that?
A. I don't know, but we were -- it was at Boggus Stadium. I remember that much.

Q. At what stadium?
A. Boggus.
Q. Was the coach there?
A. Uh-huh.
Q. Were there other people in the stands?
A. Uh-huh. It was actually weird, because my friend Yamile noticed it. She actually ran down from the stands to come and push him away and sit next to me so that he wouldn't come talk to me for the rest of that game.
Q. Were your parents at that game?
A. Probably, yeah.
Q. Did they say anything to you?
A. Huh?
Q. Did they say anything to you about him touching you inappropriately?
A. No.
Q. Did anyone else say anything to you?
A. Huh-uh.
Q. That's a no?
A. No, ma'am.
Q. Did he ever do anything else that you thought was sexually harassing?
A. No.
Q. Is that -- the one game that you just told me

about -- the only time you remember him doing something at a game?
A. Another thing I do remember is during our -- it was a parents' -- parents' night. And it was during Hawks versus Cardinals. We were -- were playing the Cardinals, and he actually told me that it was -- it was -- my mom wasn't there because she was in the hospital, so my dad wasn't there.
Nobody was there to see me play. I guess my parents weren't there. And he actually told me to go meet him in -- in the locker room during half-time.
Q. What did you say?
A. I didn't say anything.
Q. Did you meet him during half-time?
A. No, ma'am. I avoided him the rest of the night.
Q. Do you ever remember him doing anything else that you considered to be sexually harassing?
A. I don't know.
Q. When you went to Harlingen South, did you get a student handbook every year?
A. Yeah.
Q. Did y'all have an assembly at the beginning of each school year to talk about the student handbook and following the rules and that kind of thing?

A. No. There was just a freshman seminar, but -- no. And it wasn't even required.
Q. How long was the seminar?
A. I don't know. It was just -- I never even went. What people did was, like, you go, and you played a bunch of games and got free pizza, and that's it.
Q. When you went to Harlingen South, do you remember having any type of school assemblies?
A. Other than pep rallies, no. That's it.
Q. Did y'all have pep rallies just in the fall, or did y'all have some in the spring also?
A. They only did it for football. That's the only game that matters.
Q. It is Texas after all.
A. Yeah.
Q. Do you remember getting a student handbook when you were at Harlingen South?
A. Yeah.
Q. Let me show you what we'll mark as Deposition Exhibit No. 2, which is a handbook receipt verification.
Do you recognize Deposition Exhibit No. 2, the handbook receipt verification?
A. Yeah.

Q. And you see that it's the receipt verification for receiving The Harlingen High School South Handbook for 2000-2001 school year?
A. Uh-huh. It was the -- right before school, they make you sign a bunch papers, right? And this is one of them.
Q. Well, I think you actually get this before the beginning of the school year --
A. Right. Right.
Q. -- or at the very beginning of the school year, because you have to return it, if you see on the bottom, by August 31st, 2000, which is right at the beginning of the school year. You get the book for that entire school year, correct?
A. Uh-huh.
Q. That's a yes?
A. Yes, ma'am.
Q. And it says "Cindy Espinosa" on print student name?
A. Yes, ma'am.
Q. Was that your correct ID number from Harlingen South? Do you remember?
A. Well, yeah. That's my social security.
Q. Is that your signature where it says "student signature," and it's signed "Cindy Espinosa"?

Page 86

A. Yes.
Q. Is that your mother's signature under "Estela Espinosa"?
A. Yes.
Q. Do you remember signing this receipt verification?
A. Four years ago? Probably not.
Q. But you do remember getting handbooks when you went to Harlingen South?
A. Yes.
Q. And that is your correct signature?
A. Yes.
Q. Okay. So since you signed this, you had to have gotten this handbook, correct?
A. Right.
MS. ROBINSON: Why don't we take a short break, and we'll discuss how we want to handle the lunch break.
(Lunch recess)
Q. Ms. Espinosa, is there any reason following lunch why you would not be able to give truthful and accurate testimony?
A. No reason.
Q. When did you first tell your mother that Mr. Brunt had sexually harassed you or been

Page 87

inappropriate in any way?
A. It was in my junior year.
Q. Had you told anyone before you told your mother?
A. No. She was the first person I told.
Q. Had you told your therapist or psychiatrist or any of your medical providers?
A. No.
Q. Why had you not told any of them?
A. I -- I don't know. I told my mom first, and then she told them.
Q. What part of your junior year was it when you told her?
A. It was during the season. It was, maybe -- maybe, around February.
Q. Why did you finally tell her?
A. It was a funny story, actually. My mom and I were watching TV, and we were watching a talk show that was about sexual harassment.
And just -- she just, kind of, asked me out of the blue, like, "Has this ever happened to you?" And I asked her right then and there if she could keep a secret, and she said "yeah." And I told her that yes, this had happened to me before.
Q. What all did you tell her then?

Page 88

A. I told her about the things that he had said to me and things that he had done to me.
Q. What all did you tell her that he had said to you or done to you?
A. I told her that he had kissed me. I told her that he told me that I needed an orgasm from him, that he loves me, that he wanted to take me on a cruise, that he wanted, you know, me to get mad at my parents so I could just run away with him, and -- another thing that I remember was, he told me that he -- that in one year that everything that -- that the relationship between us two could happen.
And I was 17 at that time. And he was, like, "Just wait one more year, and the relationship between us two," you know, "it will be legal," or something like that. I told her that.
Q. Had you turned 17 prior to the beginning of that school year?
A. On August 30th.
Q. So very close to the beginning of the school year?
A. Yes.
Q. What did your mother say when you told her what he had said?
A. She broke down crying. She told me that she

Page 89

was going to have to tell my therapist about it so that we could start, kind of like, the healing process on it and try to work things out with it.
Q. What did you tell her?
A. I was kind of hesitant at first. I told her, you know, "No, no." But she was like, "I'm going to anyway." So she did it on her own, so --
Q. Had you ever agreed for her to tell the therapist?
A. Can you repeat the question?
Q. Sure. When she told you she was going to tell the therapist and you asked her not to, did you ever consent to her telling the therapist, or did she do it because she felt like she needed to even though you were still against it?
A. She felt like she needed to even though I was still against it.
Q. Who was the therapist she told?
A. Adriana Ocanas.
Q. Did she then talk to you about it?
A. Yes.
Q. What did you tell her?
A. She told me to tell her what had happened, and so I told her a lot of the things that had happened. That's, pretty much, it.

Page 90

Q. Did you tell her the same type of things you told your mother?
A. Yes, ma'am.
Q. Did Mr. Brunt ever do anything to you that you considered to be inappropriate or sexually harassing that you have not already told me about?
A. No. Just, I mean -- I think I failed to mention that what he had said about waiting one more year, that he told me that, and that's it.
Q. So there's nothing else he did or said to you that you haven't told me about?
A. No, ma'am. Yeah, there's nothing else.
Q. When Mr. Brunt mentioned that in one more year your relationship would be legal, what did you say?
A. I didn't say anything to that. I was -- I was scared about that. That's why I left. I didn't want to -- I didn't want to turn 18 in Harlingen.
Q. Did you ever consider that you had a relationship with Mr. Brunt?
A. No. I thought it was just what it was. He was a trainer and I was a student, you know.
Q. Why did you not quit soccer to stay away from Mr. Brunt?
A. Because it's what I loved to do.
Q. Why did you continue to go into the training

Page 91

room with him if you knew he was doing things that you considered inappropriate?
A. Because there were certain times that I needed to go to the training room and get treatment, and he was the only one that could provide it for me.
Q. Did you ever take any of the other players or any other students with you into the training room?
A. Yes. I -- I always, always tried to take someone with me.
Q. So the times that you told me that he was doing things that were inappropriate in the training room, did you have other people with you?
A. No. Those were times where -- a lot of those times we're at -- we were at practice, and I would come back because I had gotten hurt. And so the girls would be at practice, and I would be in the training room or something like that, you know.
Q. Who first told anyone at the Harlingen CISD that Mr. Brunt had been inappropriate?
A. I -- I believe it was my therapist that called the school.
Q. Had your therapist talked to you and told you that she was going to call the school district?
A. Yes. She said that it was against the law if she didn't do it.

Page 92

Q. And what did you tell her?
A. I didn't really want her to tell anybody because I didn't think anybody would believe me.
Q. Did you ask her not to call the school district?
A. Yeah. And she said that she's going to have to anyway. She could -- she was like, "It's against the law for me not to tell, so I'm going to have to tell."
Q. Do you know how long after that conversation that she did call somebody at the school district?
A. It was immediately.
Q. And then how soon was it before someone at the school district told you they needed to discuss it with you?
A. It was a couple of days afterwards. They took me out of class.
Q. So a couple of days after you have had the conversation with the therapist?
A. Uh-huh.
Q. That's a yes?
A. Yes, ma'am.
Q. Do you know whether the school had been contacted the same day they had you taken out of class?
A. I don't know if it was that same day or if it was a little -- a day after. I don't know when she

Page 93

actually contacted them.
Q. But it had to have been within a day or so?
A. Uh-uh.
Q. That's a yes?
A. Yes, ma'am.
Q. Because it was within a day or two, no more, before you were taken out of class after your therapist told you she would call?
A. Yes.
Q. Do you know what day of the week it was that you had the conversation with your therapist in which she told you she would contact the school district and you asked her not to?
A. Typically, we would meet on Wednesdays.
Q. Do you know what day of the week it was when you were taken out of class?
A. Like I said, if it was two days after that, probably Thursday or Friday.
Q. Who did you meet with that day?
A. Mr. Sosa.
Q. Who else was there?
A. Just me and him.
Q. What did you tell him?
A. He asked me to explain what had happened, and I told him a lot of the things that Larry did to me.

Page 98

A. No. After everything came out, I -- we didn't see each other after that.
Q. Okay. And did you ever see Mr. Brunt again after you had spoken with Mr. Sosa?
A. No.
Q. So after you spoke with Mr. Sosa, Mr. Brunt -- well, let me retract that and ask a different question.
After you spoke with Mr. Sosa, did Mr. Brunt ever do anything to you again that you thought was inappropriate?
A. No.
Q. Did he ever say anything to you that was inappropriate?
A. No.
Q. Or touch you in any inappropriate way?
A. No.
Q. Or even give you any type of treatment?
A. No. He pretty much just disappeared after that.
Q. What was Mr. Sosa's position when you spoke with him?
A. I guess he was one of the principals there too, an assistant principal or something like that at the school.
Q. Did you know what Dr. Garcia's position was?

Page 99

A. Human resources, something to do with human resources.
Q. You were aware that Dr. Chris Garcia was an employee of the Harlingen Consolidated ISD, correct?
A. Well, I found out that day that she was an employee. I didn't know before that.
Q. Okay. But when you spoke with her, you knew that you were talking to her as a representative of the Harlingen CISD?
A. Yes.
Q. Was the house that Mr. Brunt went to for that New Year's Eve occasion the same house you live in now with your parents?
A. No, ma'am.
Q. What was the address of the house that he went to for the New Year's Eve event?
A. It was 2901 Haine Drive, Apartment 2001.
Q. How many bedrooms and bathrooms did that house have?
A. It was a three/two.
Q. What was the closest bathroom to the living room?
A. The one in my room.
Q. And that was actually in your room?
A. Yes, ma'am.

Page 100

Q. Where was the other bathroom?
A. In my parent's room.
Q. So did you have to walk through the room to get there?
A. Yes, ma'am.
Q. Who was in the third bedroom, or who had the third bedroom for their bedroom?
A. Oh, well, I -- my sisters had already moved out, so it was, kind of like -- just like, a computer room or something like that.
Q. And what was the bathroom that you accessed for that third bedroom that had been turned into the computer room?
A. Well, that bathroom, she would use -- or the people that would stay there or whatever, they would just use my bathroom. It was closer to my bathroom.
Q. So was your bathroom accessible to all of the house?
A. Yeah. To the -- pretty much to this side of the house, to where the two rooms were. And then my mom's room was over here, and then their bathroom was over here.
Q. How many doors were there into the bathroom of your bathroom?
A. Just one.

Page 101

Q. So there weren't doors from both sides?
A. Huh-uh. Just one.
Q. Had your parents invited Mr. Brunt over for that New Year's Eve?
A. Yes, ma'am.
Q. Why had they invited him over?
A. I guess he -- he had called, and my mom talked to him. And then my mom being the -- as nice as she is, I guess she just invited him over without even knowing anything.
Q. Did Mr. Brunt actually give you the bottle of wine, or did he give the wine to your parents?
A. He gave it to me.
Q. What did he tell you when -- or what did he say to anyone when he gave you the wine?
A. He said that it was the most expensive bottle because I deserved it.
Q. What did your parents say?
A. They were kind of like, "Why would you give liquor to my younger daughter?"
Q. Did they actually say that to him?
A. I don't -- I don't think so. I mean, I handed the bottle right then -- I mean, I didn't keep it. I just left it there and went away.
Q. Is there anything that you thought the school

district should have done as part of the investigation into your allegations that the school district did not do?
A. The school district didn't fire him, did they?
Q. Was that something you thought they should have done, fire him?
A. Yes, ma'am.
Q. Other than firing Mr. Brunt, is there anything else you thought the school district should have done as part of their investigation that they did not?
A. As part of their investigation? I don't know.
Q. There's nothing else that you can tell me that you felt like they should have done differently?
A. Maybe see -- I didn't even know how to go about telling their -- doing anything like that. Maybe if the school would have somehow -- would have said something to us about that kind of stuff, maybe I would have known what to do in a situation like this.
Q. Did you ever read your student handbook?
A. No, ma'am.
Q. Was part of the orientation when you were given the student handbook to tell you, "These are the rules and follow them"?
A. Yeah. They just went over the rules and, like, the alma mater and things like that, but never over

sexual harassment policy.
Q. Were you aware that there were sexual harassment policies that the school district had in effect?
A. I thought they did. I mean, everybody -- every business has to have something to protect it. But, I mean, I -- I didn't know what they were. I thought that, maybe, you know, awareness of it would be better.
Q. Did you ever get out your student handbook and read it to see what it said about inappropriate conduct?
A. No. After I told them -- like, people this, I thought that's what needed to be done, was just to tell somebody.
Q. When you were going to Harlingen South, did you have access to a computer?
A. Not too much. At home?
Q. At home or at school or in computer lab or in the library or anywhere.
A. Yeah, at home.
Q. Okay. Did y'all have e-mail on your computer at home?
A. Yes, ma'am.
Q. And did you have access to the Worldwide Web on your computer at home?

A. Yes, ma'am.
Q. Did you ever look up Harlingen CISD to see what their policies were?
A. No, ma'am.
Q. Did you ever go to a teacher or administrator and ask them what the policies were on reporting conduct?
A. No. I was too afraid to.
Q. Why were you afraid to ask a teacher or a principal or assistant principal or someone in the office how to report conduct that you didn't like?
A. Well, if I went up to somebody, it would be, like, "Well, what do I do when somebody sexually harasses somebody?" I mean, it's just a -- kind of assume that that person is probably being sexually harassed, and I didn't want anybody to know that, you know? I was too afraid.
Q. You'd been to the office for other things, hadn't you?
A. To the -- just the principal's office?
Q. Yes, ma'am.
A. Uh-huh.
Q. Maybe to change your course schedule or drop a class or something, right?
A. Uh-huh. But not often. I never hardly went,

but --
Q. But when you did go, did the people respond to your question, and were they nice to you?
A. Yes. The ladies in the front were nice.
Q. Why were you afraid to tell somebody at the school district that you thought there had been inappropriate conduct or even, say, sexual harassment?
A. I just thought that nobody would believe me.
Q. Was that the only reason you were afraid?
A. I was afraid, in all honesty, I was afraid that if it got out in the open that Larry was going to do something to me, especially now that he knew where I lived and things like that. He was going to come and kill me. That was my major concern.
Q. Did Mr. Brunt seem to be friends with your parents?
A. Yes. He tried to get in real good with my parents.
Q. And did they consider him a friend also?
A. Yes, until all this.
Q. Who were all of the people who ever saw anything that Mr. Brunt did that was inappropriate?
A. Dr. Costa-Luna.
Q. Who is that?
A. He's a -- one of the fathers to the girls

that -- to a girl that plays on my soccer -- that played on our team. He also had complaints on Larry and went to the school district.

Q. What did he see that Mr. Brunt did inappropriate to you?

A. I don't know if he saw anything directly about me, but he was complaining about his daughter -- how he was treating his daughter.

Q. Have you ever spoken with him about Mr. Brunt?

A. Not personally. My -- my parents have. They discussed it.

Q. Are you aware of anything that he saw Mr. Brunt do to you, though?

A. No. I -- I don't know.

Q. Are you aware of anyone who ever saw anything inappropriate Mr. Brunt did to you?

A. Denise Gramley, Lindsey's mom, said a couple of times that she didn't like the way he would touch -- touch the girls, including myself. She complained also about Larry.

Q. What did she see Mr. Brunt do to you?

A. I guess just excessive touching, unnecessary.

Q. When did she see something that she thought was excessive or unnecessary touching?

A. She actually saw it during a game.

Q. And how did he touch you in any way that was excessive or unnecessary?

A. Well, a lot of things that I named, like tucking girls' shorts into their underwear or just excessively touching my shoulder and touching my breasts or giving me hugs at any time, whispering in my ear at any time.

Q. And Ms. Gramley saw all of that?

A. She would see -- she would see some of that, yes.

Q. Have you ever talked to her about, specifically, what she saw Mr. Brunt do to you?

A. No, I haven't personally. My parents have talked to her.

Q. Do you know if she ever reported anything to the school district?

A. I believe -- I belive she did. I'm not sure, though.

Q. Is there anyone else who might have seen anything inappropriate Mr. Brunt said or did to you?

A. No, not that I can recall.

Q. Were both of your parents at the game you told me about when you had the shoulder injury?

A. Yes, I believe so.

Q. Did they see anything inappropriate?

A. Huh-uh. Just Yamile.

Q. How did she see something and your parents didn't?

A. I don't know.

MS. CASSIDY: Objection, form.

Q. Was Yamile on the soccer team?

A. She was our soccer manager.

Q. Why was she up in the stands then?

A. I don't know what she was doing in the stands. She just -- I don't know. She was sitting with, like -- one of her friends came to the game too. She was like, "I'm going to go sit with him," or something.

Q. Did she say anything to you about reporting it to the school district?

A. Yeah.

Q. What did she say?

A. She told me that I should tell somebody.

Q. And what did you tell her?

A. I told her that I was scared. I told her that I was scared about them not believing me and about -- scared about what Larry would do to me.

Q. And what did she say?

A. She said that I, just kind of, had to.

Q. How long was that before you told your mother what had happened?

A. Well, I told my mother first. And I don't -- I don't even know how she, like -- why she got, like -- hold on. Let me rephrase that.

I don't even know, like, why she got so upset that Larry was doing that. Like, she just came down here, and she was, like, "I don't know. I just kind of noticed that he was touching you too much," or something. "So I just -- I'm just going to sit down here." She really didn't know much, you know?

Q. And that was after you had told your mother?

A. Uh-huh.

Q. That's a yes?

A. Yes, ma'am.

Q. But before your mother had told your therapist?

A. No. I'm sorry. That was before I told my mother. It was a game before I told my mother.

Q. Did Yamile see Mr. Brunt touch you anywhere other than the shoulder?

A. Yes.

Q. If she had not sat on the bench between you and Mr. Brunt, would you have sat beside him?

A. No. I would try to move, you know, but, I mean, he was kind of hard to get away from.

Q. Did you ever tell any of the student managers what had happened?

got -- I got robbed from playing soccer.
Q. I'm sorry. I misunderstood you then. When you were saying that when you reach a certain age, what were you saying about --
A. Like, you can't play city league soccer, you know. You just -- after a certain age, you have to stop, but you can, like, continue, like, I guess through college, and then you can play maybe professional ball or something.
Q. Have you ever tried out for any type of college team?
A. Oh, yeah.
Q. Which college teams have you tried out for?
A. I have gotten so many scholarships. I don't even know how many scholarships from all over the nation to play for those -- for different teams in Texas. A&M, UT Tyler, UT Dallas, Incarnate Word, some -- some school in Florida, some school in Michigan, school in California, school in New York -- can't even begin -- I don't even remember them all.
Q. When did you have those scholarship offers?
A. After -- after I graduated.
Q. Why didn't you go play for any of those colleges?
A. Because I was afraid that I would run in to a

male trainer.
Q. Why don't you play city league now?
A. I'm too old right now to play for the city, unless I moved to Austin and played for, like, a women's league or something, but that's only recreational.
Q. Do they not have women's leagues here in Cameron County?
A. No, ma'am.
Q. And they don't have city leagues for adults?
A. No, ma'am.
Q. Have you thought about transferring to a college for which you could play soccer?
A. No.
Q. Does TSTC have a soccer team?
A. Like an indoor soccer team, but it's -- it's kind of a joke.
Q. Have you --
A. Just a bunch of people playing, boys and girls together. It's not really anything like I want it to be.
Q. Did you ever try out for that team?
A. No.
Q. Why not?
A. I don't know. I guess I associate soccer with

all of this.
Q. So do you not want to play soccer anymore?
A. If I could take it all back, just get all of it away, then, yeah, soccer would be the thing that I would be doing right now. But since this happened to me, it's just -- it's just too hard and too painful in a way.
Q. Well, why give it up after Mr. Brunt left, when while he was there and this was happening, you were content to stay on the team and be exposed to him every time you went to practice or a game?
A. I don't know. I just can't -- I can't even watch a soccer game anymore.
Q. Do you remember ever talking to anybody else at the school district about what Mr. Brunt had done, other than Dr. Garcia and Mr. Sosa?
A. No, ma'am.
Q. Is there anything that you haven't told me about today or any answers that you've given that you know you'd like to go back and correct right now?
A. I don't know.
MS. ROBINSON: I appreciate you being here today. Ms. Leeds may have a few questions for you, and if you'd like to take a break first, I'm sure she'd be happy to let you do that.

THE WITNESS: It's okay.
MS. ROBINSON: Okay.
MS. LEEDS: You want to go forward?
THE WITNESS: Sure.
MS. LEEDS: Okay.

EXAMINATION

BY MS. LEEDS:
Q. Ms. Espinosa, I have a couple of questions about the dates on things. Did you graduate from high school at the time you were supposed to graduate?
A. I graduated -- I walked with my class in May of 2002, but I finished my classes in December of 2001.
Q. Okay. Was that the -- so let's say you graduated May of '02.
A. Uh-huh.
Q. Was that the correct date had you stayed in Harlingen and everything had been hunky-dory? You would have graduated May '02?
A. Yes, ma'am.
Q. Okay. So that semester started August -- I mean, that year started August '01?
A. Yes, ma'am.
Q. So your junior year was from August 2000 to May '01?
A. Yes, ma'am.

Q. And your sophomore year would have been August '99 to May 2000?
A. Uh-huh.
Q. Okay. Okay. So my question is, you said you moved to Austin at the end of your junior year?
A. Yes.
Q. So that would have been May 2001?
A. Yeah. I moved actually in, like, July or something.
Q. Okay. So during the summer between your junior and senior year?
A. Uh-huh.
Q. And the only year that you spent doing any kind of school things was your, technically, senior year --
A. Uh-huh.
Q. -- in Austin, correct?
A. Uh-huh.
Q. Yes?
A. Yes, ma'am.
Q. Okay. So when -- when did you actually meet Mr. Brunt?
A. It was in soccer season of my sophomore year.
Q. Okay. Soccer season of your sophomore year --
A. Preseason.
Q. Preseason. And soccer season is the second

semester?
A. Right. The spring.
Q. Preseason is November -- you start getting ready when?
A. December, pretty much.
Q. December?
A. Uh-huh.
Q. Okay. So you must have met him then in December of '99, if we're talking about your sophomore year. Your sophomore year would have been '99 to 2000, so it would have been towards the end of '99?
A. Uh-huh.
Q. Correct?
A. Yes, ma'am.
Q. Okay. Okay. So how many seasons did you play when Mr. Brunt was the trainer?
A. Two seasons.
Q. Was there any other athletic trainers there during that period of time?
A. The second season, we had gotten a female trainer.
Q. And what was her name?
A. Heather, I believe.
Q. Okay. Was she at the same level as Mr. Brunt? They were both athletic trainers?

A. Yes, ma'am.
Q. Or was Mr. Brunt a supervisor? Do you know how they related to each other?
A. I really don't know actually. I -- she was -- she pretty much did what he did. I don't know if he was in a higher position than her.
Q. Okay. Did you ever go and treat with Ms. Scott?
A. With Heather?
Q. Yes.
A. A couple of times she did some -- some treatment on me.
Q. Were they assigned to teams?
A. No. But they kind of did have it like that. Larry was just known to be with the soccer girls, and Heather would just kind of step back.
Q. What about the other sport teams? Did -- and I'll use Larry so we're talking about the same person here. Did Larry assign himself to other sport teams?
A. I really don't know. I really don't know because I -- I mean, during football season and everything, I wasn't really in the athletic department until basketball season. I wasn't really there. Just during my season is when I knew that he was there.
Q. Okay. Well, basketball is second semester

also, right?
A. It's in between first and second.
Q. Okay. But basketball season games are played during the second semester as well as soccer.
A. Uh-huh. The play-offs are usually.
Q. Right. Okay. So who would cover basketball?
A. I think it would be typically Heather.
Q. Males and females, or one or the other?
A. I don't know. Like I said, I don't -- I never -- I don't even think I ever went to a basketball game --
Q. Okay.
A. -- so I don't know who was there.
Q. How many training rooms were there?
A. Just one.
Q. So whatever athletes of whatever sports team would have to go in and use that one training room, correct?
A. Right. Right.
Q. And they would have to be split up between Larry and Heather?
A. Right.
Q. On average, what times would you go to the training room?
A. 5th period and after school.

Q. Was that typically the times that other sports teams also practiced?
A. Ones that were in season, yes.
Q. How often did you go to the training room when there was an athlete of another sport there?
A. A couple of times, yeah. There had been tennis people or body -- what -- what is that? Body lifting weight?
Q. Weight lifting?
A. Yes.
Q. Okay. And track and field?
A. Track and field, yeah. They were one of the -- the ones that were in -- in our season too.
Q. Right. What about swimming? Do you know what season swimming is in?
A. Swimming, I think, was before soccer because we had to, like -- because during 5th period -- they gave us a 30-minute class. And you can pick, like -- like, an elective or something.
And me and my friend Jamie were like, "Well, let's just try swimming." So we did swimming before our soccer season to get ready for soccer. We thought it would be a good thing, you know, for soccer.
Q. To get you fit?
A. Get -- yeah. Pretty much, just for fitness.

Q. Okay. Do you know -- can you tell us how frequently you would actually go to the training room, how many times a week?
A. Maybe like twice or three times.
Q. Okay.
A. Just whenever I was hurt.
Q. And when you say when you're hurt, what kind of injuries are you talking about?
A. Just knee injuries, ankle injuries. I'm -- I'm the type of player that goes 110 percent in every game, and I'm bound to get hurt, you know, so --
Q. Okay. Are we talking about sprains or bruises?
A. Both.
Q. Both. How often did you sprain your ankles?
A. I did have a sprained ankle one year for a while. I don't know how often it was, but I remember I sprained it once, and it always just kind of kept hurting and hurting.
Q. Okay. Do you remember which year it was that you actually sprained it?
A. I think it was during my second season. So it had to have been my junior year.
Q. So your junior year. That was the sprain and -- I mean, the main injury. And then after that, you kept hurting the same ankle?

A. Well, yeah.
Q. Okay. What about your knee? You told us that you had a meniscal tear in 8th grade?
A. Uh-huh.
Q. And then you had your ACL reconstruction in your senior year?
A. Uh-huh.
Q. Okay. So what happened in your sophomore year, or your junior year to your knee?
A. Just injuries. I mean, soccer is very hard on your knees, especially for women, have a lot of problems with ACLs and knees. I don't know. I would, just maybe, bang it or, you know, get hurt, sprain it.
Q. Were you ever diagnosed with a sprained ligament in either of those years where you had to have medical attention?
A. I had tendonitis in my right knee.
Q. Who diagnosed that?
A. Larry.
Q. Okay. When I -- when I ask the question about medical attention, I'm talking about a doctor --
A. Oh. Oh, no, no.
Q. -- not an athletic trainer.
A. No. I never went to a doctor.
Q. Okay. So the injuries that you did treat for

were things that the athletic trainers could handle and you didn't actually need medical intervention for?
A. Yes, ma'am.
Q. The meniscal tear -- well, that was 8th grade. That was before any of this, right?
A. Yes, ma'am.
Q. Okay. The ACL, do you know when it was -- was that as a result of an acute injury?
A. Can you repeat the question?
Q. Yeah. When you had your surgery for the ACL --
A. Uh-huh.
Q. -- was that as a result of one big event, an acute injury where you twisted your knee?
A. Yes, ma'am.
Q. When did that occur?
A. It happened in Austin when I was playing for a team in Austin, and it was the last game of the season.
Q. Okay. Who were you playing for in Austin?
A. The Eagles. It was actually out of Round Rock.
Q. Round Rock?
A. Yes, ma'am.
Q. So it wasn't a school team, right?
A. No. That was a city league team.
Q. Okay. When did the city league teams have their season?

alone, correct?
A. Correct.
Q. You had a boyfriend at the time, right?
A. Uh-huh.
Q. Manuel?
A. Manuel.
Q. Had you had any boyfriends before Manuel?
A. Just one.
Q. And what year was that boyfriend?
A. He was my freshman year. We only dated for, like, two months or something.
Q. Okay. When did you start dating Manuel?
A. I think it was pretty much after the soccer girls told me they didn't want to hang out with me anymore. I started meeting different people at school, and he was one of the people that I met.
Q. Okay. When did that happen that the girls told you this?
A. I don't know. It happened -- it was during my sophomore year. It was during season because I was really, really, really sick that season with my anorexia.
Q. Uh-huh.
A. And somebody else in the team started -- started throwing up. And I -- of course, I got blamed

for influencing her for some reason.
And so after that, they were like, "We don't want you around here. We don't like the way you dress. We don't like the way you are. We don't like you," whatever, and I -- I left their table or whatever that was.
Q. Okay. So is it safe to say that you started dating Manuel during your sophomore year?
A. Yes.
Q. And you stayed with him during your junior year?
A. Yes.
Q. Okay. Had any boys ever tried to go out with you and you didn't like it and -- did you ever tell any boys of your own age to leave you alone or that you're not interested?
A. I never had anybody disrespect me that way before.
MS. LEEDS: I need to object, nonresponsive.
Q. I'm saying that if boys went up to you and said, "Hey, I like you. You want go out with me?" Did you ever have the occasion to tell them, "Well, I don't like you. Leave me alone." Boys of your own age.
A. If I didn't like them, yeah, of course I would

tell them no.
Q. Okay. Did you ever have a situation where, you know, maybe some boys were making comments or something and you would just tell them "shut up," or, you know, were you more assertive with boys your own age?
A. Can you repeat the question?
Q. Yeah. That was pretty bad.
You know, other than telling a boy you didn't like him, if a boy came up to you and said something you didn't like, would you tell him directly that you didn't like what he said and to please stop?
A. I don't know. I've never been put in that situation before.
Q. Okay. My understanding is that you are currently treating with a Dr. Matos?
A. Yes, ma'am.
Q. Where is he?
A. In McAllen at the behavioral hospital.
Q. MHMR?
A. Is that the one off Jackson Road?
Q. No. It's on the highway.
Okay. So it's the hospital off Jackson Road?
A. I think it's Jackson Road or Avenue. I don't remember which one of those two.

Q. Okay. Is it -- is it a center like the Palmer Center or something like that?
A. It's not a center, but it's a hospital.
Q. Okay.
A. Like, one side is just a doctor's office. The other side is like a hospital, hospital.
Q. Is it across from Sam's? Do you know if Sam's and Wal-Mart is close to it?
A. Yes, yes. Yes, ma'am.
Q. Okay. All right. And your therapist is Johnson?
A. Dr. Johnson, yes, ma'am.
Q. Dr. Johnson. Okay. And I believe you said you're meeting him -- is it he?
A. Yes.
Q. Once a week?
A. Yes. Actually, two to three -- two to three times -- once every two to three weeks.
Q. Okay. What is the highest you have ever weighed?
A. I think the weight that I'm probably at now.
Q. About 130?
A. About 130, 135, yeah.
Q. Was 90 the lowest you ever weighed?
A. Yes, ma'am.

Page 146

say anything or do anything that would have given you the impression that he would have hurt you physically?
A. No.
Q. Okay. To this day, have you ever looked at your handbook?
A. No.
Q. Have you ever seen any movies having to do with any kind of sexual harassment or discrimination and people reporting it?
A. Yeah. I have, like, on Lifetime or something like that.
Q. Okay. Did you see those before or after all this happened?
A. I don't know. I mean, could have been during, could have been before. I don't know.
Q. Did you ever listen to any of the -- you know what happened to President Bill Clinton, right?
A. Uh-huh.
Q. Okay. Did you ever read any news reports and things related to that that came out afterwards about women being harassed in the workplace and what they should do?
A. No. Because that doesn't pertain to me.
Q. Well, I'm just asking you if you heard about it or saw it on TV or people commenting about it.

Page 147

A. I guess I heard about it because, I mean, it was worldwide news, but I never actually sat down and read an article or anything on it, no.
Q. Okay. Did you have any idea at all that this was something that you should report?
A. I guess sometimes, yes.
Q. Okay. But for the reasons you've told us, you didn't?
A. Exactly.
Q. Yamile is with a "Y," right?
A. Yes, ma'am.
Q. You remember that you told your mom in your junior year --
A. Uh-huh.
Q. -- correct? And it was in February?
A. I believe so.
Q. Okay. So that was at the very beginning of your second season.
A. Uh-huh. Yes, ma'am.
Q. After you reported it, did he treat you at all?
A. No. Like I said, after it all came out in the open, I didn't even see him. I just -- I don't know what happened to him.
Q. Okay. So he really only treated you one season?

Page 148

A. I guess so, yeah.
Q. Because the second season, you know, he -- after February --
A. He treated me December and January.
Q. Right.
A. So --
Q. And when does the season go to? You said it depends on how far you get?
A. Yeah.
Q. So it could last the whole semester, right?
A. Just to the beginning of April, not -- not the whole school semester.
Q. Okay. When usually are UIL tournaments for soccer?
A. Like preseason or after?
Q. Post.
A. Usually in -- in, like, March --
Q. Okay.
A. -- or April.
Q. So the longest you would go is April?
A. Yeah. Like, go to play-offs, and then however far you get, is how -- that's how long.
Q. Did Harlingen ever make any post-season tournaments?
A. We -- we always made it to regionals, yes.

Page 149

Q. And this was South?
A. Yes, ma'am.
Q. Do you remember the summer of your sophomore year how often you would go to the training room?
A. I didn't.
Q. Didn't. Okay. Now if I understood you correctly, you went to Austin, and you were living with your sisters. And after you graduated, you moved out into an apartment with a friend -- with two friends?
A. Yes, ma'am.
Q. Was -- and you were employed?
A. Yes, ma'am.
Q. Was that your first job?
A. Ever? No, ma'am.
Q. Where else had you worked?
A. At Subway in Harlingen.
Which I forgot -- I failed to mention that Larry said that he would come to visit me at work. He never actually did, but he was like, "Yeah, I'm going to go visit you at work."
Q. When were you employed there?
A. It was during my sophomore year before -- I don't actually remember the dates.
Q. Okay.
A. And I worked at another Subway in Austin. I

A. Because I was going to start school and I just didn't really want to work while I was doing my senior year in high school.
Q. Were you ever asked to resign or leave any job that you had?
A. No, ma'am.
Q. Were you ever terminated from any job you had?
A. No, ma'am.
Q. Did you ever have any disciplinary action filed against you any place that you worked?
A. No.
Q. Were you ever verbally counseled to do something differently any place that you worked?
A. No, ma'am.
Q. Did you ever have any difficulty with any of your supervisors?
A. No, ma'am.
Q. When you had the meeting with Mr. Sosa, was anyone else in the room?
A. No, ma'am.
Q. When you had the meeting with Dr. Garcia, was anyone else in the room?
A. Not that I can remember.
Q. And you know when we talk about Dr. Garcia we're talking about Dr. Chris Garcia who's here today?

A. Yes. Yes, ma'am.
Q. You recognize her?
A. Yes, ma'am.
Q. There was no one else in the room when you spoke with her or Mr. Sosa?
A. Not with Mr. Sosa. I don't remember too much about when I spoke with her. I don't -- I don't think so.
Q. Did you ever ask to have your parents or anyone else with you?
A. My parents weren't there. So, like, even if I did ask, they -- I mean, they just weren't there.
Q. Well, did you feel like you needed them there?
A. Yeah. I felt that I shouldn't really be signing papers if I'm only 16 or 17 years old, you know?
Q. Did you ask for them to be there?
A. No, I didn't ask them.
Q. Did you ask, though, when you spoke with Mr. Sosa that he call your parents and ask them to come there?
A. Huh-uh. I didn't know that -- that -- I didn't know I could do that.
Q. When you spoke with Dr. Garcia, did you ask her to call your parents and ask them to come up there?

A. No. I didn't know.
Q. Is there any reason Yamile would not tell the district the truth about what happened?
A. I don't believe so. I don't believe there's any reason.
Q. So you think she would tell them the truth about everything she saw?
A. Yes, ma'am, I do.
Q. Is there any reason why the other trainer Heather would not tell the district personnel the truth about what happened?
A. I really don't know. I don't even know if Heather liked me all that well, so I really don't know with Heather.
Q. Are you aware of any reason why she wouldn't tell the truth about everything that she saw, though?
A. I mean, I guess there's no reason why she wouldn't, but I -- I don't know.
Q. Did you know the security officer at Harlingen South?
A. Yes, ma'am, I do.
Q. Who was that?
A. Irma and Jesse.
Q. Do you know either one of their last names?
A. I don't know the last names. I just know them

by their first name.
Q. Do you know of any reason that they would say something about what they saw involving you that wasn't accurate or truthful?
A. Excuse me. Can you come again?
Q. Certainly. Do you know any reason why Irma or Jesse would say something that they saw that wasn't accurate?
A. Wait. Is there any reason why they would say something not accurate? Is that what you're trying to say?
Q. Well, let me ask it a different way.
Do you think they would be truthful about what they saw when you went to Harlingen South?
A. Yes, ma'am, I do believe that.
Q. Did you read over your statement that you gave the school district before you signed it?
A. I don't remember. Probably -- probably did. I don't remember.
Q. And when you read it again to prepare for your deposition today, did you notice anything that was inaccurate about your statement?
A. No. Everything seemed pretty accurate.
Q. Let me show you the statement that has been produced in this case that is Bates labeled at the

Page 162

bottom D-0040 through D-0044.

Is this document, that we will designate as Deposition Exhibit No. 3 and that coincidentally is Exhibit No. 3 to the investigation, the statement that you gave regarding what Mr. Brunt did to you?

A. Okay. What was the question?

Q. That document that's in your hand, we're going to mark it Deposition Exhibit No. 3.

A. Okay.

Q. Is it the statement that you gave the school district about what happened to you?

A. Yes, ma'am.

Q. And that's also the statement that you read to prepare for you deposition here today?

A. Yes, ma'am.

Q. Will you look at the last page of your statement, please? Is the last page of Deposition Exhibit No. 3 the signature page?

A. Uh-huh.

Q. Is that your signature on the last page of Exhibit No. 3?

A. Yes, ma'am.

Q. Do you think that you did read the statement before you signed it?

A. Yes.

Page 163

Q. Did you make any corrections to it?

A. No. I -- I read this, and I thought everything was -- it kind of even refreshed my memory about things.

Q. It looked like that that was a pretty thorough statement, that they wrote down everything you told them; is that correct?

A. Uh-huh.

Q. That's a yes?

A. Yes, ma'am.

Q. They didn't leave anything out regarding what you told them about what Mr. Brunt had done, did they?

A. What Mr. Brunt had done to me, no. Maybe the effects of what happened to me now, but everything that happened then I think is correct.

Q. So everything you told them during your interviews with them is in that statement that's before you as Deposition Exhibit No. 3, correct?

A. Uh-huh.

Q. Is that a yes?

A. Yes.

Q. Let me show you Deposition Exhibit No. 4. That's the letter that went to your parents telling them the investigation had been conducted and concluded. Have you ever seen Exhibit No. 4 before

Page 164

today?

A. No.

Q. Is that a no?

A. No.

Q. Your parents didn't show that to you when they received it?

A. Actually, I'm pretty sure they did.

Q. Do you remember seeing on there that Mr. Sosa, for the school district had written that it was the correct thing for you to do, to report it, and they were glad that you had come forward and they were commending you for coming forward? Do you remember seeing all of that?

A. Yes, right here.

Q. And do you remember Mr. Sosa also telling you that you had done the right thing to come forward and report anything that had happened?

A. I don't remember him telling me that, but it's written down.

Q. Have you ever been asked out on a date with someone that you turned down or to whom you said no?

A. Like, have I been asked out and I said no to them?

Q. Yes.

A. Yes.

Page 165

Q. By more than one person?

A. Yes.

Q. Have you been asked out by boys or men who are older than you are?

A. Maybe like a year or two older --

Q. Have you --

A. -- not 20 or so.

Q. Have you turned some of them down?

A. Some that I'm not interested in, yes.

Q. Do you feel like you're in any way required to reciprocate if someone is hitting on you?

A. Come again.

Q. Do you feel like you have the right to say no if someone asks you out?

A. Yes.

Q. And you have said no before?

A. Uh-huh.

Q. That's a yes?

A. Yes.

Q. And I'm sure your parents have reinforced that you have the right to turn down anyone you want.

A. Yes.

Q. Were you ever asked to move out of the apartment you shared with either of your sisters?

A. By who?

Page 170

break the lease and you were left without any housing, why didn't you go back to your sisters?
A. Oh, I did for a little while, but I didn't really like living on the couch, so I wanted to move home.
Q. Oh, okay. When you were getting all these scholarships, did you ever ask whether any of them had women coaches or women trainers?
A. No, ma'am.
Q. Did you, I mean, even, you know, call them up and ask them that?
A. No.
Q. Would it have been okay then if they had women coaches and women trainers?
A. I don't know actually. To tell you the truth, I don't know if I can play soccer anymore.
Q. Okay. You mentioned that your mom knows some psychology. How is that?
A. She's, like, maybe two classes short from getting her diploma in psychology. She just can't practice over here because she worked -- I mean, she studied in Monterrey, so --
Q. Okay. Her bachelor's?
A. Yes.
Q. You also mentioned that your mom and your

Page 171

sister have been -- have they been diagnosed as having depression?
A. Not my mom, but my sister, at one point, she was taking antidepressants.
Q. Okay. Is she still?
A. I don't know. I don't know.
Q. Which sister? Ileana?
A. Ileana.
Q. You had talked a little bit about your changing -- or addressing your eating disorder when your parents started restricting your play time. Do you remember that?
A. Uh-huh.
Q. Do you remember if that was during school season or city league?
A. It was during both. I mean, whenever I was playing school, I was playing city.
Q. Okay.
A. So --
Q. If -- was that your freshman year or your sophomore year?
A. It was closer to my sophomore year when I started losing the most weight.
Q. Okay. So they were restricting your play time probably, then, during your sophomore year?

Page 172

A. Uh-huh. Yes.
Q. When you say restricting your play time, what do you mean?
A. I just -- I didn't get to play in one or two games.
Q. Would you still have to practice?
A. No. I couldn't go to practice either.
Q. Okay. So when they were restricting you, it was from participating at all?
A. At all, yes.
Q. How long did that last?
A. For maybe, like, a week or two, until I finally convinced them that I had to play.
Q. Was this preseason or during the season?
A. It was during the --
Q. Regular --
A. -- the city league season.
Q. Okay. So during the city league season -- so was that during the school season?
A. I don't remember if it was the fall or the spring. Actually, I think it was the fall. It was before the --
Q. Before the school season?
A. Uh-huh.
Q. Yes?

Page 173

A. Yes.
Q. When you used to go to the training room, you tried to take somebody with you?
A. Uh-huh. Yes.
Q. When you did, were those occasions that he would not say stuff to you?
A. Yes.
Q. When you were accompanied?
A. When I was accompanied, yes.
Q. And you did this during your sophomore season?
A. When -- it was already when he was starting to already tell me things and stuff like that. Then I was like, "Okay. Well, I'm not going to go in there alone." I would try and go in there with somebody else most of the time.
Q. Okay. Do you remember -- okay. I asked you about Manuel, and I think you told me that he was your boyfriend through your sophomore and through your junior year, right?
A. Uh-huh.
Q. And I don't remember what you told me about a boyfriend prior to Manuel.
A. I just had one.
Q. Okay. And you said you dated for two or three months?

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CYNTHIA L. ESPINOSA )(
Plaintiff )(
)(
VS. )( CIVIL ACTION NO. B-04-052
)(
HARLINGEN CONSOLIDATED )(
INDEPENDENT SCHOOL )(
DISTRICT and LARRY B. BRUNT)(
Defendants )(

REPORTER'S CERTIFICATE

I, Donna McCown, Certified Court Reporter, certify that the witness, CYNTHIA L. ESPINOSA, was duly sworn by me, and that the deposition is a true and correct record of the testimony given by the witness on NOVEMBER 4, 2004; that the deposition was reported by me in stenograph and was subsequently transcribed under my supervision.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor am I financially interested in the action.

WITNESS MY HAND on this the 16th day of November, 2004.

Donna McCown by: [signature]
DONNA McCOWN, CSR NO. 6625
Expiration Date: 12/31/05
Bryant & Stingley, Inc., CRN No. 41
2010 East Harrison
Harlingen, Texas 78550