IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA L. ESPINOSA<br>*Plaintiff* | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO.  B-04-052 |
| | § | |
| HARLINGEN CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT and<br>LARRY B. BRUNT<br>*Defendant* | §<br>§<br>§<br>§ | |

### DEFENDANT LARRY B. BRUNT'S RESPONSES TO PLAINTIFF'S INTERROGATORIES

To:   Plaintiff, Cynthia Espinosa, by and through her attorney of record:

Ms. Janice A. Cassidy
Janice A. Cassidy, P.C.
P.O. Box 592
San Benito, Texas 78586

COMES NOW, Larry B. Brunt, Defendant in the above styled and numbered cause and pursuant to Rule 33 of the Federal Rules of Civil Procedure serves this its responses to Plaintiff's Interrogatories as attached hereto.:

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Ste. 200
Brownsville, Texas  78520
Telephone    : 956-541-1846
Facsimile    : 956-541-1893

By: _____
Eileen M. Leeds
State Bar No. 00791093
**Attorney for Defendant Larry R. Brunt**



## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of November, 2004, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

Ms. Janice A. Cassidy
Janice A. Cassidy, P.C.
P.O. Box 592
San Benito, Texas 78586

Ms. Bridget R. Robinson
Walsh, Anderson, Brown, Schulze & Aldridge, P.C.
6300 La Calma, Suite 200
Austin, Texas 78752

_____
Eileen M. Leeds

**RESPONSE:**

I am not aware of any such policy.

**INTERROGATORY NO. 22:**
Describe school policy, if any, regarding a male trainer visiting at the home of or initiating contact by telephone with a female District student and how any such policy was made known to you.

**RESPONSE:**

I am not aware of any such policy.

**INTERROGATORY NO. 23:**
Identify by name, address and age the female student at Brownsville ISD who caused your termination from employment or caused your involuntary termination from your employ at Brownsville ISD.

**RESPONSE:**

None.

**INTERROGATORY NO. 24:**
State the extent of your education including the name and address of all schools attended as well as all licenses, degrees or certificates obtained by you at any time through the date of your answer.

**RESPONSE:**

I have a Bachelors of Science in Health and Physical Education (H.P.E) with an emphasis on sports medicine from Texas Christian University in 1974. I have a Texas Teaching Certificate. I am a licenced athletic trainer, and I attend yearly continuing education classes in sports medicine.

**INTERROGATORY NO. 25:**
State how you learned that the District was seeking a trainer, the amount of notice given by you to your then-employer, and the name of the District employee or person who interviewed you for the position.

**RESPONSE:**

When I learned that the clinic where I was employed was going to close, I called Guadalupe Zamora to ask him if there were any jobs open in South Texas. He told me there was a position open at Harlingen CISD. I later met with him and interviewed for the position.

# VERIFICATION

STATE OF TEXAS              *

COUNTY OF  El Paso          *

BEFORE ME, the undersigned authority, a Notary Public, on this day personally appeared Larry Brunt, who being by me duly sworn on his oath deposed and said that he is duly qualified and authorized in all respects to make this Verification; that he has read the above and foregoing answers to Interrogatories; and that every statement contained in the answers is within his knowledge are true and correct.

_____
Larry Brunt

SUBSCRIBED AND SWORN TO BEFORE ME on this the 18th day of October, 2004, to certify which witness my hand and official seal.



_____
NOTARY PUBLIC - STATE OF TEXAS

My Commission Expires: 06-08-2006