1

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION

CYNTHIA ESPINOSA           )(
      Plaintiff            )(
                           )(
                           )(
VS.                        )(  CIVIL ACTION NO. B-04-052
                           )(
HARLINGEN CONSOLIDATED     )(
INDEPENDENT SCHOOL         )(
DISTRICT AND LARRY B.      )(
BRUNT                      )(
      Defendants           )(
```

ORAL DEPOSITION OF
OMAR PEDROZA
FEBRUARY 22, 2005

ORAL DEPOSITION OF OMAR PEDROZA, produced as a witness at the instance of the PLAINTIFF, taken in the above-styled and numbered cause on FEBRUARY 22, 2005, reported by PEGGY BRYANT, Certified Court Reporter No. 1208, in and for the State of Texas, at Harlingen Consolidated Independent School District, J. Gordon Nix Building, 950 East Tyler, Harlingen, Texas, pursuant to the Federal Rules of Civil Procedure.



BRYANT & STINGLEY, INC.
McAllen            Harlingen           Brownsville
(956)618-2366    (956)428-0755      (956)542-1020

## APPEARANCES

COUNSEL FOR PLAINTIFF:

    JANICE A. CASSIDY
    JANICE A. CASSIDY, P.C.
    550 North Sam Houston Street
    San Benito, Texas  78586


COUNSEL FOR DEFENDANT HARLINGEN CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT:

    BRIDGET R. ROBINSON
    WALSH, ANDERSON, BROWN, SCHULZE &
       ALDRIDGE, P.C.
    6300 La Calma, Suite 200
    Austin, Texas  78752


COUNSEL FOR DEFENDANT LARRY B. BRUNT:

    EILEEN M. LEEDS
    WILLETTE & GUERRA, L.L.P.
    1534 East 6th Street, Suite 200
    Brownsville, Texas  78520


ALSO PRESENT:

    Dr. Maria Christina Garcia
    Donna Dahlen

**34**

1  A. No, ma'am.
2  Q. So it's your testimony today that you never saw
3  Mr. Brunt put his arms around or hug the soccer
4  players?
5  A. That's right.
6  Q. Never?
7  A. Never.
8  Q. Okay. Do you know Cindy Espinosa's parents?
9  A. While she was playing there, yes.
10  Q. Okay. Mrs. Espinosa told you her daughter had
11  an eating disorder; is that correct?
12  A. I believe so.
13  Q. Okay.
14  A. I believe she was the first one who told me.
15  Q. Okay. Was there somebody else who told you?
16  A. No, I think Mrs. Espinosa was the first one to
17  tell me.
18  Q. And do you know her father, Martin?
19  A. Yes.
20  Q. Okay. And what do you know about him?
21  A. Not -- not a lot. You know, I -- I just dealt
22  with Cindy, and her parents would just go to the games.
23  Q. Did they frequently go to the games?
24  A. Uh-huh, yes.
25  Q. What school officials routinely attended the

**35**

1  games; do you know?
2  A. Every event, you have to have an administrator
3  in charge.
4  Q. And would that administrator in charge change
5  from game to game?
6  A. Yes.
7  Q. Okay. So how many possible administrators in
8  charge were there? How many -- what was the rotation?
9  A. I'm not sure on that.
10  Q. Approximately?
11  A. Three.
12  Q. And who were they?
13  A. I don't recall at that time.
14  Q. And what's the purpose of having the
15  administrator in charge attend the games?
16       MS. LEEDS: Object to form.
17  Q. If you know.
18  A. I know that they're there to make sure that
19  there are no problems. If there are any problems with
20  the fans, then they would call security and make sure
21  that they were taken out.
22  Q. So they're there to keep the peace?
23  A. Yes, ma'am.
24  Q. Are they there to supervise any of the school
25  district personnel?

**36**

1  A. They are supervisors, yes. If they can call me
2  and tell me, "This is going on, take care of it," I
3  will take care of it.
4  Q. Okay. What do you mean they are -- they would
5  call you -- I don't understand your answer.
6  A. Yeah. If -- if -- for example, if the
7  administrator was there and while I'm looking at the
8  game my girls were doing something on the bench, they
9  would tell me. They would just somehow let me know
10  that "Those girls are doing something there on the
11  bench while you were looking at the game."
12  Q. Okay. Well, while you're watching the game,
13  where would Mr. Brunt be?
14  A. He could be any -- I mean, he could be -- just
15  depends.
16  Q. Well --
17  A. Around the bench area, our bench area.
18  Q. So while you were looking at the game, he could
19  be behind you and you could not be watching him?
20  A. Definitely, yes.
21  Q. So if he's doing something inappropriate and
22  he's behind you, you don't see him?
23  A. I'm looking at the game.
24  Q. Do you ever remember an incident where a parent
25  got upset with Mr. Brunt?

**37**

1  A. I don't remember.
2  Q. To clarify your answer you just gave me some
3  answers back, you're saying that if somebody -- there
4  are supervisors, if they would call you -- okay, my
5  question to you was, the administrators in charge were
6  there to keep the peace. We established that, correct?
7  A. Yes.
8  Q. Okay.
9  A. And to make sure that the students' behavior
10  was appropriate.
11  Q. Okay. Who was there to make sure that the
12  school district personnel's behavior was appropriate?
13  A. I'm sorry, I don't understand.
14  Q. Well, for example, if you or Mr. Brunt or any
15  school district employee who was at the game --
16  A. Uh-huh.
17  Q. -- were doing something inappropriate, who was
18  there to observe that?
19  A. The administrator in charge.
20  Q. Okay. So that was another job for the
21  administrator in charge?
22  A. Right.
23  Q. Okay. As well as keeping the peace?
24  A. Yes.
25  Q. Okay. But you don't remember who they were --

**Page 38**

1  A. No, ma'am.
2  Q. -- in the 1999-2000 school year?
3  A. No, ma'am.
4  Q. Or the 2000-2001 school year?
5  A. No.
6  Q. Who are they today?
7  A. Today you have Ms. Daniels, Mr. Saenz,
8  Ms. Carrington. The principals at our school are the
9  ones in charge of kind of rotating.
10  Q. How would you describe Cindy Espinosa as far
11  as -- you described her as an athlete. Was she
12  cooperative?
13  A. Yes.
14  Q. Was she a good team player?
15  A. Yes.
16  Q. You've heard the allegations that she's made
17  against Mr. Brunt, correct?
18  A. Yes.
19  Q. What have you heard?
20  A. Basically that when Mr. Brunt was treating her,
21  he touched her inappropriately.
22  Q. Did you hear that he took her to the water shed
23  and -- or to the shed where the water bottles are kept
24  and put the door down and kissed her? Did you hear
25  that?

**Page 39**

1  A. Did I hear that --
2  Q. That Mr. Brunt took her in the -- whatever the
3  cart is?
4  A. Yeah, that was one of the allegations, I
5  believe.
6  Q. All right. Did you hear that?
7  A. Yes.
8  Q. Okay. Do you have any way to say that didn't
9  happen?
10  A. I wouldn't know.
11  Q. Do you have any reason to believe that Cindy
12  Espinosa is a liar?
13  A. No, I wouldn't have any reason to believe she
14  is.
15  Q. During the time you were her coach and you
16  worked together for at least the three years that she
17  played soccer, you have no reason to believe she is a
18  liar?
19  A. She was a very good -- she was a very good
20  athlete, very good student.
21    MS. CASSIDY: Thank you, Coach. I pass
22  the witness.
23    EXAMINATION
24  BY MS. LEEDS:
25  Q. Good morning, Coach. My name is Eileen Leeds

**Page 40**

1  and I represent Mr. Brunt in this lawsuit. What was
2  your relationship with Cindy? You -- you coach, she
3  athlete?
4  A. Right, just I'm the coach and I'm there to
5  train just not Cindy, but everybody on the team.
6  Q. Okay. Was she at all -- if she was as good as
7  you say, was she at all kind of special? I mean, did
8  you -- you know, sometimes coaches focus a little more
9  on the better players.
10  A. I treat everybody the same.
11  Q. Okay. Did the -- did your girls see you as a
12  friend?
13  A. Yes.
14  Q. Did they sometimes come to you and talk to you
15  about stuff?
16  A. Yes.
17  Q. Did Cindy ever mention to you that Mr. Brunt
18  had ever done anything inappropriate with her?
19  A. No, ma'am.
20  Q. Did you ever see her shy away from him and not
21  want to go to the training room or be treated by him?
22  A. No, ma'am.
23  Q. Did you ever see anything in the years that you
24  were with Cindy and the years that Cindy was being
25  treated by Mr. Brunt that would make you think that

**Page 41**

1  there's something wrong about their relationship?
2  A. No, ma'am.
3    MS. LEEDS: Okay. I'll reserve the rest
4  of my questions. Thank you.
5    MS. CASSIDY: Let me just -- I have a few
6  more questions, Coach, which reminds me --
7    MS. ROBINSON: Before you do, I have a
8  few, if you don' mind.
9    MS. CASSIDY: Oh, sorry. Go ahead. I
10  apologize. You always reserve.
11    MS. ROBINSON: Usually I do.
12    EXAMINATION
13  BY MS. ROBINSON:
14  Q. I have a few follow-up questions regarding
15  scholarships.
16  A. Sure.
17  Q. Coach Pedroza, if a university or college was
18  interested in a particular student --
19  A. Uh-huh.
20  Q. -- would they send you information specifically
21  for that student or send you a questionnaire regarding
22  a specific student?
23  A. If they were interested in just a particular
24  student?
25  Q. Yes.

11 (Pages 38 to 41)

```
 1              ERRATA SHEET/SIGNATURE PAGE

 2    PAGE LINE  CHANGE                            REASON

 3    _____

 4    _____

 5    _____

 6    _____

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14       I, OMAR PEDROZA, have read the foregoing transcript
      and hereby affix my signature that same is true and
15    correct, except as noted above.

16                         _____
                                  OMAR PEDROZA
17

18    THE STATE OF TEXAS

19    COUNTY OF  Cameron

20            SUBSCRIBED AND SWORN TO BEFORE ME, the

21    undersigned authority on this the  22nd   day of

22     March                , 2005.

23        [SEAL: MARGIE RESENDEZ
                NOTARY PUBLIC
24              STATE OF TEXAS
                MY COMMISSION EXPIRES 9/09/06]
                                        Margie Resendez
                                        _____
25                                      Notary Public in and for
                                        The State of Texas
```

TM-3357

ORIGINAL

BRYANT & STINGLEY, INC.
McAllen            Harlingen           Brownsville
(956)618-2366      (956)428-0755       (956)542-1020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CYNTHIA ESPINOSA )( | |
|     Plaintiff )( | |
| )( | |
| )( | |
| VS. )( | CIVIL ACTION NO. B-04-052 |
| )( | |
| HARLINGEN CONSOLIDATED )( | |
| INDEPENDENT SCHOOL )( | |
| DISTRICT AND LARRY B. )( | |
| BRUNT )( | |
|     Defendants )( | |

REPORTER'S CERTIFICATE TO THE ORAL DEPOSITION
OF OMAR PEDROZA
TAKEN FEBRUARY 22, 2005

I, PEGGY BRYANT, Certified Court Reporter No. 1208 in and for the State of Texas, certify that the witness, OMAR PEDROZA, was duly sworn by me, and that the deposition is a true and correct record of the testimony given by the witness on FEBRUARY 22, 2005; that the deposition was reported by me in stenograph and was subsequently transcribed under my supervision.

    I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor am I financially interested in the action.

BRYANT & STINGLEY, INC.
McAllen     Harlingen     Brownsville
(956)618-2366    (956)428-0755    (956)542-1020

WITNESS MY HAND on this the 9th day of March, 2005.

_Peggy Bryant by Y.J._
PEGGY BRYANT, CSR NO. 1208
Expiration Date 12/31/06
Firm Registration No. 41
Bryant & Stingley, Inc.
2010 East Harrison
Harlingen Texas 78501
956-428-0755