IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CYNTHIA ESPINOSA            ) (
        Plaintiff          ) (
                            ) (
                            ) (
VS.                         ) (  CIVIL ACTION NO. B-04-052
                            ) (
HARLINGEN CONSOLIDATED      ) (
INDEPENDENT SCHOOL          ) (
DISTRICT AND LARRY B.       ) (
BRUNT                       ) (
        Defendants         ) (

---

ORAL DEPOSITION OF
LUPE "CHIPPER" ZAMORA   .
FEBRUARY 22, 2005

---

ORAL DEPOSITION OF LUPE "CHIPPER" ZAMORA,

produced as a witness at the instance of the PLAINTIFF,

taken in the above-styled and numbered cause on

FEBRUARY 22, 2005, reported by PEGGY BRYANT, Certified

Court Reporter No. 1208, in and for the State of Texas,

at Harlingen Consolidated Independent School District,

J. Gordon Nix Building, 950 East Tyler, Harlingen,

Texas, pursuant to the Federal Rules of Civil Procedure.

 COPY

BRYANT & STINGLEY, INC.
McAllen          Harlingen          Brownsville
(956)618-2366   (956)428-0755   (956)542-1020

## APPEARANCES

COUNSEL FOR PLAINTIFF:

    JANICE A. CASSIDY
    JANICE A. CASSIDY, P.C.
    550 North Sam Houston Street
    San Benito, Texas  78586


COUNSEL FOR DEFENDANT HARLINGEN CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT:

    BRIDGET R. ROBINSON
    WALSH, ANDERSON, BROWN, SCHULZE &
      ALDRIDGE, P.C.
    6300 La Calma, Suite 200
    Austin, Texas  78752


COUNSEL FOR DEFENDANT LARRY B. BRUNT:

    EILEEN M. LEEDS
    WILLETTE & GUERRA, L.L.P.
    1534 East 6th Street, Suite 200
    Brownsville, Texas  78520


ALSO PRESENT:

    Dr. Maria Christina Garcia
    Donna Dahlen

**6**

1    A. Basically I'm in charge of the athletic program
2  in Harlingen, and then I serve as a consultant for UIL
3  policies for the school district.
4    Q. And what is UIL?
5    A. That's University Interscholastic League
6  that -- that's in charge of all interscholastic
7  activity in the State of Texas.
8    Q. Are you a supervisor with the school district?
9    A. I'm more or less like an assistant
10 superintendent.
11   Q. Okay. So --
12   A. But actually administrative assistant to the
13 superintendent.
14   Q. Whose -- what positions come under you? In
15 other words, what position do you supervise?
16   A. The coaches, basically.
17   Q. Do you supervise the trainers?
18   A. Yes, ma'am.
19   Q. Is there anyone else, coaches and trainers?
20   A. That's basically it.
21   Q. Okay. Do you hire the coaches?
22   A. No, ma'am. I just recommend to the board and
23 they hire the coaches.
24   Q. So board action has to hire the coaches,
25 correct?

**7**

1    A. Oh, definitely.
2    Q. Okay. And what about the trainers?
3    A. Likewise. Along with the -- we make the
4  recommendation, along with the high school principal,
5  to the board so that these people can be hired.
6    Q. So did the board hire Mr. Brunt?
7    A. Yes, ma'am.
8    Q. Did you recommend Mr. Brunt for employment?
9    A. Yes, ma'am, as well as the high school
10 principal.
11   Q. And who was the high school principal at that
12 time?
13   A. Mr. Guadalupe Nava.
14   Q. How long have you known Mr. Brunt?
15   A. I've known Mr. Brunt since 1978.
16   Q. And how did you first meet him?
17   A. I -- I became the athletic director in
18 Brownsville ISD in Brownsville, Texas in 1978, and
19 Mr. Brunt was one of the athletic trainers in
20 Brownsville.
21   Q. And how long did you two work together?
22   A. For four years, because I -- I left in 1982 to
23 be the athletic director in Corpus Christi.
24   Q. And did Mr. Brunt stay on with the Brownsville
25 ISD at that point?

**8**

1    A. He stayed there, I believe, for several years.
2  I hired a coach at -- at King High School by the name
3  of Gordon Forrester, who was the head coach at Pace
4  High School in Brownsville, and he recommended to us to
5  hire Larry as a trainer back in 1985, I believe.
6    Q. Okay. 19 -- okay. Let me stop you right
7  there. You're saying that -- okay. You worked with
8  Mr. Brunt at Brownsville ISD, correct, and you left in
9  1982?
10   A. That's -- that's correct.
11   Q. Are you saying this Mr. Forrester recommended
12 that you hire Mr. Brunt in Corpus?
13   A. I hired -- I hired Gordon Forrester to come to
14 King High School from Brownsville back then.
15   Q. And King High School was in Corpus Christi?
16   A. That's correct.
17   Q. Okay.
18   A. And back then, I think that's the year that he
19 recommended we hire Larry Brunt, and we recommended him
20 to the board. And I do believe that it was King High
21 School in Corpus Christi.
22   Q. Well, let me ask you this: Why did you need
23 Mr. Forrester to recommend Mr. Brunt? You already knew
24 him from Brownsville ISD, correct?
25   A. Right, and so did Coach Forrester, because he

**9**

1  worked closely with the coaches there.
2    Q. Uh-huh. Well, how well did you know Mr. Brunt
3  when you were with Brownsville ISD?
4    A. I knew him well, because he was -- at the time
5  he was situated there at the stadium where my office
6  was. He was centrally located.
7    Q. Did you socialize with him?
8    A. No, ma'am.
9    Q. Okay. So it was strictly professional,
10 strictly work-related?
11   A. Yes, ma'am.
12   Q. So according to what you're telling me, you
13 worked with him for about four years; is that correct?
14   A. That's correct.
15   Q. Okay. And then Mr. Brunt went over to Corpus
16 Christi to King High School?
17   A. I believe it was King High School.
18   Q. And how long did he work there?
19   A. I really don't have any idea. I would have to
20 check the records to see, but -- I don't have any idea.
21 He -- I know he was there several years.
22   Q. So you believe he was -- he was in Brownsville
23 from 1978 to 1985?
24   A. No, I was in Brownsville. Now, he was there
25 before I got to Brownsville.

3  (Pages 6 to 9)

**38**

1     A. No, I'll answer her question. I can't get
2 anybody a scholarship. Now, if the student athlete is
3 good enough to be -- to play college ball, number one,
4 if he or she has good grades, they'll come -- the
5 recruiters will come and recruit that person. Now, we
6 can recommend. You know, I can give you my opinion
7 about her playing.
8     Q. That's what I'm asking you, Mr. Zamora.
9     A. I'd say she probably could play maybe -- she
10 could have played maybe Division II in college.
11     Q. Did you know if she was recruited by any
12 colleges?
13     A. No, ma'am, I really don't know.
14     Q. And she didn't complete the school year at
15 Harlingen South, did she?
16     A. I have no idea.
17     Q. Okay.
18     A. I mean, no, ma'am, I did not know that.
19     Q. Did you read anything or review anything in
20 preparation for today's deposition, Mr. Zamora?
21     A. No, ma'am.
22     Q. Was anything read to you?
23     A. No, ma'am.
24     Q. Did you read Mr. Brunt's deposition?
25     A. No, ma'am.

**39**

1     Q. Did you read Ms. Espinosa's deposition?
2     A. No, ma'am.
3     Q. Did you know a young lady by the name of Linda
4 Skill?
5     A. No, ma'am.
6     Q. That name doesn't ring at all a bell with you?
7     A. No.
8     MS. CASSIDY: I pass the witness. Thank
9 you, Mr. Zamora.
10         EXAMINATION
11 BY MS. LEEDS:
12     Q. Good morning, Mr. Zamora.
13     A. Good morning.
14     Q. My name is Eileen Leeds and I represent Larry
15 in this case. I just have one question for you. You
16 testified that you knew the Espinosas.
17     A. Yes, ma'am.
18     Q. They knew who you were?
19     A. Yes, ma'am.
20     Q. And they knew where to contact you?
21     A. Definitely.
22     Q. They could have called you at any time?
23     A. Yeah. And I'll be real honest with you. I
24 know them personally and I'm very surprised that --
25 that they didn't come to me.

**40**

1     Q. So that -- and that was my question. If this
2 was really happening, they had an open door to your
3 office to come to you to complain if these things that
4 they allege about Mr. Brunt were true?
5     A. I believe so, because I feel that they had
6 enough confidence in -- in coming to me and saying,
7 "Mr. Zamora, we have a problem. We have a concern.
8 Can you please look into it," and I -- I definitely
9 would.
10     Q. When did you first find out about these
11 allegations?
12     A. Golly, I just found out about this -- about
13 exactly who it was?
14     Q. Uh-huh.
15     A. Golly, just about six months ago.
16     Q. Okay. So, I mean, even -- even after the
17 lawsuit was filed, they never came to you and said,
18 "We" -- you know, "We're alleging that Mr. Brunt did
19 something to our daughter"?
20     A. No, ma'am. Matter of fact, a question was
21 asked of me by the lawyer about how long it's been. I
22 haven't seen them in maybe -- maybe they just stayed
23 away for whatever reasons from me, but I haven't seen
24 them in a long -- I had even forgotten on her --
25 their -- when the name was brought up, I says, "I don't

**41**

1 think I know these people." And finally I says, "Oh,
2 okay, yes, I know who they're talking about." But I
3 just found out about this case about six months ago, at
4 least.
5     Q. From what you know of Mr. Brunt and the many
6 years you knew him, would you tend to believe these
7 allegations?
8     A. No, ma'am. You know, like I said, I've known
9 Larry like I've known a lot of trainers, and we -- we
10 never did have any complaints at all. If anything, we
11 had a lot of compliments from -- from parents about how
12 he treated their -- their youngsters, both males and
13 females.
14     Q. And that's true throughout all the years you've
15 known Mr. Brunt, from at least 1978 on?
16     A. Yes, ma'am.
17     MS. LEEDS: Okay. I'll reserve the rest
18 my questions. Thank you.
19     MS. ROBINSON: Defendant HCISD reserves
20 its questions.
21     (Deposition concluded)
22
23
24
25

11 (Pages 38 to 41)

```
 1              ERRATA SHEET/SIGNATURE PAGE

 2    PAGE LINE   CHANGE                        REASON

 3    _____

 4    _____

 5    _____

 6    _____

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14        I, LUPE "CHIPPER" ZAMORA, have read the foregoing
      transcript and hereby affix my signature that same is
15    true and correct, except as noted above.

16                         _____
                              LUPE "CHIPPER" ZAMORA
17

18    THE STATE OF TEXAS

19    COUNTY OF  Cameron

20              SUBSCRIBED AND SWORN TO BEFORE ME, the

21    undersigned authority on this the   22   day of

22    March                , 2005.

23    _____

24                              _____
                                Notary Public in and for
25                              The State of Texas
```

YOLANDA M SALAZAR
Notary Public, State of Texas
My Commission Expires
09-20-2008

TR-3357

**ORIGINAL**

BRYANT & STINGLEY, INC.
McAllen              Harlingen              Brownsville
(956)618-2366    (956)428-0755    (956)542-1020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CYNTHIA ESPINOSA                  ) (
        Plaintiff                 ) (
                                  ) (
                                  ) (
VS.                               ) (   CIVIL ACTION NO. B-04-052
                                  ) (
HARLINGEN CONSOLIDATED            ) (
INDEPENDENT SCHOOL                ) (
DISTRICT AND LARRY B.             ) (
BRUNT                             ) (
        Defendants                ) (


REPORTER'S CERTIFICATE TO THE ORAL DEPOSITION
OF LUPE "CHIPPER" ZAMORA
TAKEN FEBRUARY 22, 2005


        I, PEGGY BRYANT, Certified Court Reporter No.

1208 in and for the State of Texas, certify that the

witness, LUPE ZAMORA, was duly sworn by me, and that

the deposition is a true and correct record of the

testimony given by the witness on FEBRUARY 22, 2005;

that the deposition was reported by me in stenograph

and was subsequently transcribed under my supervision.

        I FURTHER CERTIFY that I am not a

relative, employee, attorney or counsel of any of

the parties, nor a relative or employee of such

attorney or counsel, nor am I financially

interested in the action.

WITNESS MY HAND on this the _9th_ day of

_March_____, 2005.


_Peggy Bryant by Y.J._

PEGGY BRYANT, CSR NO. 1208
Expiration Date 12/31/06
Firm Registration No. 41
Bryant & Stingley, Inc.
2010 East Harrison
Harlingen Texas 78501
956-428-0755