UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CYNTHIA L. ESPINOSA,<br>        Plaintiff, | §<br>§<br>§ |
| v. | § Civil Action No. B-04-052 |
|  | § |
| HARLINGEN CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT and<br>LARRY B. BRUNT,<br>        Defendants. | §<br>§<br>§<br>§ |

**ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Be it remembered that on this day came to be considered Defendant Harlingen Consolidated Independent School District's Motion for Summary Judgment. After consideration of the pleadings filed in this case, the Court is of the opinion that the Motion for Summary Judgment is meritorious.

It is therefore ORDERED, ADJUDGED and DECREED that Defendant Harlingen Consolidated Independent School District's Motion for Summary Judgment be, and it hereby is, GRANTED. Judgment is entered in favor of Defendant that Plaintiff takes nothing by this suit. All costs are taxed against Plaintiff.

Signed on this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE