UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 15 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CYNTHIA L. ESPINOSA,<br>    Plaintiff,<br><br>v.<br><br>HARLINGEN CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT and<br>LARRY B. BRUNT,<br>    Defendants. | §<br>§<br>§<br>§ Civil Action No. B-04-052<br>§<br>§<br>§<br>§<br>§ |

### DEFENDANT HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT'S FIRST AMENDED MOTION FOR LEAVE TO FILE EXCESS LENGTH DISPOSITIVE MOTION (UNOPPOSED)

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Defendant Harlingen Consolidated Independent School District and files this First Amended Motion for Leave to File Excess Length Dispositive Motion (Unopposed). Defendant shows as follows:

1. The Civil Procedures of the Honorable Judge Hilda G. Tagle limits the length of motions to 25 pages. Contemporaneously submitted with Defendant's initial Motion for Leave was Defendant Harlingen Consolidated Independent School District's Motion for Summary Judgment With Supporting Brief, which is 28 pages in length.

2. Defendant's Motion for Summary Judgment With Supporting Brief exceeds the 25 page limit due to the necessity to adequately address the causes of action raised by Plaintiff. Defendant's Motion for Summary Judgment With Supporting Brief addresses not only the claims brought by Plaintiff against Harlingen Consolidated Independent School District, but also claims

raised by Plaintiff against Defendant Larry Brunt, in his official capacity as a former employee of Harlingen Consolidated Independent School District. A copy of the proposed Motion for Summary Judgement With Supporting Brief was submitted contemporaneously for the Court's consideration with Defendant's initial Motion for Leave.

3. Accordingly, Defendant moves for leave to file its Motion for Summary Judgment in excess of the page limitation provided by the Civil Procedures of the Honorable Judge Hilda G. Tagle.

Respectfully submitted,

WALSH, ANDERSON, BROWN
SCHULZE & ALDRIDGE, P.C.
P.O. Box 2156
Austin, Texas 78768
Telephone: (512) 454-6864
Facsimile: (512) 467-9318

By: _____
BRIDGET ROBINSON
State Bar No. 17086800
Southern Dist. Admission No. 16521

ATTORNEYS FOR DEFENDANT HCISD

### CERTIFICATE OF CONFERENCE

I, Bridget Robinson, hereby certify that on April 12, 2005, I conferred with counsel for Defendant Larry Brunt regarding this motion, and Defendant Brunt is not opposed to this motion. I also conferred with Plaintiff's counsel on April 13, 2005, regarding this motion, and Plaintiff is not opposed to this motion.

_____
BRIDGET ROBINSON

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the __14th__ day of April 2005, a true and correct copy of the foregoing pleading was served upon counsel of record by placing same in the United States mail, certified, return receipt requested, postage prepaid and addressed as follows:

Janice A. Cassidy
P. O. Box 592
San Benito, TX 78586

Eileen Leeds
Willette & Guerra, L.L.P.
1534 East. 6th St., Suite 200
Brownsville, Texas 78520

_____
BRIDGET ROBINSON