UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA L. ESPINOSA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-04-052 |
| | § | |
| HARLINGEN CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT and | § | |
| LARRY B. BRUNT, | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT HARLINGEN CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT'S UNOPPOSED
<u>MOTION FOR LEAVE TO FILE EXCESS LENGTH DISPOSITIVE MOTION</u>**

Be it remembered that on this day came to be considered Defendant Harlingen Consolidated Independent School District's First Amended Motion for Leave to file Excess Length Dispositive Motion (Unopposed). After consideration of the pleadings of the parties, the Court is of the opinion that the Motion for Leave is meritorious.

It is therefore ORDERED that Defendant is granted leave to file its Motion for Summary Judgment With Supporting Brief, which was submitted contemporaneously with Defendant's initial Motion for Leave to file Excess Length Dispositive Motion.

SIGNED on this _____ day of _____, 2005.


_____
UNITED STATES DISTRICT JUDGE