United States District Court
Southern District of Texas
ENTERED

APR 1 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA L. ESPINOSA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-04-052 |
| | § | |
| HARLINGEN CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT and | § | |
| LARRY B. BRUNT, | § | |
| Defendants. | § | |

### ORDER GRANTING DEFENDANT HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS LENGTH DISPOSITIVE MOTION

Be it remembered that on this day came to be considered Defendant Harlingen Consolidated Independent School District's First Amended Motion for Leave to file Excess Length Dispositive Motion (Unopposed). After consideration of the pleadings of the parties, the Court is of the opinion that the Motion for Leave is meritorious.

It is therefore ORDERED that Defendant is granted leave to file its Motion for Summary Judgment With Supporting Brief, which was submitted contemporaneously with Defendant's initial Motion for Leave to file Excess Length Dispositive Motion.

SIGNED on this 15th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE