UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA ESPINOSA,<br>Plaintiff | § § § | |
| vs. | § § § § | CIVIL ACTION NO. B-04-052 |
| HARLINGEN CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT and<br>LARRY B. BRUNT,<br>Defendants | § § § § | |

**ORDER GRANTING PLAINTIFF'S REQUEST FOR REMAND**

CAME ON TO BE CONSIDERED Plaintiff's Response to Opinion and Order Granting Defendant, HCISD's, Motion for Summary Judgment and Request for Remand to State Court and the Court believing that it no longer has subject matter jurisdiction,

IT IS THEREFORE ORDERED that Plaintiff's Request for Remand to State Court be and is hereby granted and IT IS FURTHER ORDERED that the remaining state-law claim against Defendant, Larry B. Brunt, be and is hereby remanded to the 103rd Judicial District Court of Cameron County, Texas.

SIGNED FOR ENTRY this _____ day of _____ 2005.

BY THE COURT:

_____
JUDGE PRESIDING

Cc:   Attorney Bridget Robinson
      Attorney Eileen Leeds