IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CYNTHIA ESPINOSA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action B-04-052 |
| § | |
| § | |
| HARLINGEN CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT AND § | |
| LARRY B. BRUNT § | |
| Defendants. § | |

## ORDER OF REMAND

BE IT REMEMBERED, that on July 5, 2005, the Court, having granted summary judgment in favor of the Defendants on all federal claims, and declining to exercise its supplemental jurisdiction on the remaining state claim against Defendant Larry B. Brunt, **REMANDS** this case to the 103rd Judicial District Court of Cameron County, Texas.

DONE at Brownsville, Texas, this 5th day of July 2005.

Hilda G. Tagle
United States District Judge