IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CYNTHIA ESPINOSA, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> § <br> HARLINGEN CONSOLIDATED § <br> INDEPENDENT SCHOOL DISTRICT AND § <br> LARRY B. BRUNT § <br> Defendants. § | Civil Action B-04-052 |

## FINAL JUDGMENT

BE IT REMEMBERED, that on July 5, 2005, the Court, having granted summary judgment in favor of the Defendants on all federal claims enters final judgment in favor of the Defendants pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this 5th day of July 2005.

Hilda G. Tagle
United States District Judge