United States District Court
Southern District of Texas
FILED

JUL 1 3 2005

Michael N. Milby
Clerk of Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ADOLFO GARZA  ☐ Agent  ☐ Addressee<br>X *Adolfo Garza*<br>C. Date of Delivery 7/11/05 |
| 1. Article Addressed to:<br>DISTRICT COURT OF CAMERON COUNTY<br>103rd JUDICIAL DISTRICT COURT<br>974 E. HARRISON<br>BROWNSIVLLE, TX 78520<br>rmd/7/5/05   cv04-52 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7003 1010 0003 6967 6281 | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540 | |