





RECEIVED
JUL 1 2 2005
103rd
DISTRICT COURT

United States District Court
Southern District of Texas
FILED
JUL 2 8 2005
Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## OFFICE OF THE CLERK

MICHAEL N. MILBY, CLERK

Re: Case Number: B:04-CV-052

Dear Sir:

Enclosed is a certified copy of an Order filed _____ July 05, 2005 _____, remanding the above captioned case to your court.

Please acknowledge receipt of the enclosed order by executing the receipt and returning to us.

FILED
AURORA DE LA GARZA
DISTRICT CLERK

2005 JUL 26 P 2:06

CAMERON COUNTY, TEXAS

R Sotelo _____ DEPUTY

Very truly yours,
Michael N. Milby, Clerk

By: Rebecca Pinales
Deputy Clerk (Civil)

cc: Counsel

RECEIVED AND FILED UNDER CIVIL ACTION NO. 2003-08-4199-D

ON 7/26/05

BY Rosie Sheldon Sotelo