# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
EILEEN M. LEEDS

ELIZABETH S. CANTU*
ANALISA FIGUEROA
JOE HERNANDEZ*
MELANIE A. MOORE
ROBERT PUENTE *
HEATHER SCOTT

1534 EAST 6TH STREET, SUITE 200
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 WEST NOLANA, SUITE 320
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266
FACSIMILE (956) 686-5913

December 14, 2005

United States District Court
Southern District of Texas
FILED

DEC 1 4 2005

Michael N. Milby
Clerk of Court

Mr. Butch Barbosa
United States District Clerk
600 East Harrison Ste. 101
Brownsville, Texas 78520

Re: Civil No. B-04-052; Cynthia L. Espinosa vs. Harlingen CISD and Larry B. Brunt; In the U.S. District Court, Southern District of Texas, Brownsville Division
Our File No. 04-161    EL/MM

Dear Mr. Barbosa:

This letter is to advise the Court as well as all of the attorneys of record that the undersigned will be on medical leave and vacation from **December 7, 2005 through December 30, 2005.** We would request the Court not to schedule any matters which would require her presence at hearings during this period.

We would appreciate you file stamp the enclosed extra copy of the foregoing and returning it to our office in the self-addressed, stamped envelope. As noted hereunder, a copy of the foregoing and this letter have been served on all counsel of record.

Thank you for your assistance in this matter.

Very truly yours,

Willette & Guerra, L.L.P.

By: _____
Eileen M. Leeds

EL/cv

Mr. Butch Barbosa
United States District Clerk
December 14, 2005
Page 2

xc:

**VIA FAX 956 399-0688**
Ms. Janice A. Cassidy
Janice A. Cassidy, P.C.
P.O. Box 592
San Benito, Texas 78586

**Via Fax 512 467-9318**
Ms. Bridget R. Robinson
Walsh, Anderson, Brown, Schulze & Aldridge, P.C.
P.O. Box 2156
Austin, Texas 78768